UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture (Farm Service Agency) | CIVIL NO. |
| | Foreclosure of Mortgage |
| Plaintiff | |
| v. | |
| The Estate of RAMON NORAT ZAYAS, composed by his known heirs RAMON LUIS NORAT COLLAZO, RAMON A. NORAT SANTIAGO, ANIBAL NORAT SANTIAGO, RAMIR NORAT DIAZ and CARLA NORAT DIAZ; JOHN DOE AND RICHARD ROE | |
| Defendants | |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America –acting by the United States Department of Agriculture (Farm Service Agency)– through the undersigned attorney, who respectfully alleges and prays as follows:

1.   Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.   Plaintiff, United States of America, is acting through the United States Department of Agriculture (Farm Service

Agency), which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of four (4) promissory notes that affect the three (3) properties described further below.

3. The first promissory note is for the amount of **$31,850.34**, with annual interest of 6.50%, subscribed on May 19, 1989. *See Exhibits 1 and 2*

4. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 42. *See Exhibit 3*

5. On September 17, 1998, the promissory note for $31,850.34, was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 73. *See Exhibits 4 and 5*

6. Plaintiff also is the owner and holder of a promissory note for the amount of **$62,727.61**, with annual interest of 6.50%, subscribed on May 19, 1989. *See Exhibits 6 and 7*

7. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 43. *See Exhibit 8*

8.    On September 17, 1998, the promissory note for $62,727.61, was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 73. *See Exhibits 4 and 5*

9.    Plaintiff also owns and holds a promissory note for the amount of **$75,000.00**, with annual interest of 3.75%, signed on September 17, 1998. *See Exhibit 9*

10.    For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 75. *See Exhibit 10*

11.    Plaintiff is the owner and holder of a promissory note for the amount of **$70,000.00**, with annual interest of 5%, signed on November 16, 1977. *See Exhibit 11 and 12*

12.    For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 122. *See Exhibits 13 and 14*

13.    The promissory note for $70,000.00 was modified, under the terms and conditions stipulated and agreed therein, on 2 occasions. On September 17, 1998, the last modification was executed, through Deed No. 73. *See Exhibits 4 and 5*

14.    According to the Property Registry, the deceased Ramón Norat

Zayas appears as owner of record of the real estate properties subject of this case. Said properties are described -as they were recorded in Spanish- as follows:

(A)   RUSTICA: Predio de terreno situado en el Barrio Cuyón de la municipalidad de Coamo, Puerto Rico, de una superficie de 122.3205 cuerdas equivalentes a 48 hectáreas; 7 áreas y 89 centiáreas; que linda al ESTE, con terrenos de Fernando Font; al OESTE, con los de Monserrat y María Teresa; al NORTE, con los de Evelio Santiago; y al SUR, con los de los Hermanos Passalacqua.

Property 376, recorded at page 192 overleaf of volume 149 of Coamo, Property Registry of Barranquitas, Puerto Rico.

*See Title Search attached as Exhibit 15*

(B)   RUSTICA: Predio de terreno radicado en el Barrio Cuyón del término municipal de Coamo en forma triangular compuesta de ciento cincuenta cuerdas con veintiseis centésimas de otra (150.26), equivalentes a cincuenta y nueve (59) hectáreas, cinco (5) áreas, y ochenta y dos (82) centiáreas, y en colindancias por el NORTE, con terrenos de Luis Norat; SUR, Rafael Díaz y Juan Botas; ESTE, con Juan Botas; OESTE, con Juan Botas, Luis Norat y Rafael Díaz.

Property 4,173, recorded at page 10 of volume 160 of Coamo, Property Registry of Barranquitas, Puerto Rico.

*See Title Search attached as Exhibit 16*

(C)   RUSTICA: Parcela de terreno situada en el Barrio Cuyón del término municipal de Coamo, Puerto Rico, compuesta de veintiséis cuerdas con sesenta y seis centésimas de otra (26.66), equivalentes a diez (10) hectáreas, cuarenta y siete (47) áreas, setenta y tres (73) centiáreas y 80 miliáreas. En lindes por el NORTE, con limite jurisdiccional entre Coamo y

4

> Aibonito que separa terrenos de Petronila González, después de Librada Gutiérrez y Emilio Esteban, ahora Espiridión Canino; por el SUR, a distancia de ochocientos treinta (830) metros con terrenos de Elisa Aurelia Alvarado; ESTE, terrenos de la Sucesión de Joaquín García; y por el OESTE con camino municipal.
>
> Property 6,006, recorded at page 15 of volume 160 of Coamo, Property Registry of Barranquitas, Puerto Rico.
>
> *See Title Search attached as Exhibit 17*

15. The title searches attached to this complaint confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibits 15, 16 and 17*

16. Ramón Norat Zayas passed away on December 5, 2006. *See Exhibit 18*

17. Mrs. Leila Milagros Norat Collazo is one of the known daughters of the deceased debtor. On September 8, 2018, Ms. Norat Collazo subscribed a Deed of Repudiation of Inheritance before a Notary Public, where she formally rejected her right to participate in the Estate of Mr. Ramón Norat Zayas, as an heir to said estate. Therefore, although Mrs. Norat Collazo was the daughter of the deceased debtor, she is not included as a co-defendant. *See Exhibits 19 and 20*

18. Amilcar Norat Collazo and Ricardo Leonel Norat Collazo are both known children of the deceased debtor. On December 1, 2018, they subscribed a Deed of Repudiation of Inheritance

before a Notary Public, where they formally rejected their right to participate in the Estate of Mr. Ramón Norat Zayas, as heirs to said estate. Therefore, although they were children of the deceased debtor, they are not included as co-defendants. *See Exhibits 21 and 22*

19.  The Estate of RAMON NORAT ZAYAS is composed by the following heirs:

   a) RAMON LUIS NORAT COLLAZO;

   b) RAMON A. NORAT SANTIAGO;

   c) ANIBAL NORAT SANTIAGO;

   d) RAMIR NORAT DIAZ, and;

   e) CARLA NORAT DIAZ.

20.  Codefendants JOHN DOE and RICHARD ROE are included in this complaint as unknown heirs of the Estate before mentioned.

21.  Article 959 of Title 31 from *P.R. Laws Ann.,* (Section 2787), states that defendants have 30 days to either accept or reject their estates.

22.  It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

6

23. The defendants herein have failed to comply with terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness of defendant due and payable, defendants owe to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 23*, the following amounts:

    a) On the $75,000.00 Note:

        1) The sum of $75,000.00, of principal;

        2) The sum of $57,449.45, of interest accrued as of March 13, 2019, and thereafter until its full and total payment, which interest amount increases at the daily rate of $7.7055;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    b) On the $70,000.00 Note, as modified:

        1) The sum of $142,063.39, of principal;

        2) The sum of $145,507.96, of interest accrued as of March 13, 2019, and thereafter until its full and total payment, which interest amount increases at the daily rate of $19.4607;

        3) Plus, insurance premium, taxes, advances, late

charges,    costs,    court    costs    expenses,
disbursements and attorney's fees guaranteed
under the mortgage obligation.

c) On the $31,850.34.00 Note, as modified:

   1) The sum of $46,573.72, of principal;

   2) The sum of $36,271.68, of interest accrued as
of March 13, 2019, and thereafter until its
full and total payment, which interest amount
increases at the daily rate of $5.5825;

   3) Plus, insurance premium, taxes, advances, late
charges,    costs,    court    costs    expenses,
disbursements and attorney's fees guaranteed
under the mortgage obligation.

d) On the $62,727.61 Note, as modified:

   1) The sum of $102,293.83, of principal;

   2) The sum of $96,161.45, of interest accrued as
of March 13, 2019, and thereafter until its
full and total payment, which interest amount
increases at the daily rate of $12.2612;

   3) Plus, insurance premium, taxes, advances, late
charges,    costs,    court    costs    expenses,
disbursements and attorney's fees guaranteed
under the mortgage obligation.

24. The indebtedness evidenced by the aforementioned notes is

8

secured by the mortgages over the properties described in this complaint.

25. Plaintiff is unable to provide evidence stating that defendants are not presently active in the military service for the United States, since we could not obtain their social security numbers.

26. The real estate properties which are hereby being foreclosed are subject to the following liens in the rank indicated:

(A)   Property 376:

    1) Recorded liens with preference or priority over mortgage herein recorded:

             -NONE.

    2) Junior Liens with inferior rank or priority over mortgage herein executed:

        a) SEIZURE: In favor of Treasure Department, Income Tax, Certification dated August 4, 1992, presented on September 11, 1992. Annotated on page 194, volume 149 of Coamo, annotation E, against Ramón Norat Zayas y Myrta Collazo, in the amount of $88,832.87.

(B)   Property 4,173:

    1) Recorded liens with preference or priority over mortgage herein recorded:

             -NONE.

    2) Junior Liens with inferior rank or priority over

mortgage herein executed:

   a) SEIZURE: In favor of the Treasure Department,
      Income Tax, Certification dated August 4, 1992,
      presented on August 14, 1992. Annotated on page
      13, volume 160 of Coamo, annotation C, against
      Ramón Norat Zayas y Myrta Collazo, in the amount
      of $88,832.87, dated August 17, 1992.

(C)   Property 6,006:

   1) Recorded liens with preference or priority over mortgage

      herein recorded:

      a) MORTGAGE: Constituted by Ramón Norat Zayas and
         his wife Myrta L. Collazo, in favor of The Federal
         Land Bank at Baltimore, in the original principal
         amount of $8,600.00, with 8 ½% annual interests,
         due on January 1, 2002, constituted by deed #239,
         executed in Barranquitas, Puerto Rico, on
         November 20, 1976, before Carlos E. Berríos Rojas
         Notary Public, recorded at overleaf of page 138
         of volume 116 of Coamo, property number 6,006,
         3rd inscription.

      b) MORTGAGE: Constituted by Ramón Norat Zayas and
         his wife Myrta L. Collazo, in favor of Puerto
         Rico Production Credit Association, in the
         original principal amount of $2,000.00, with 8%
         annual interests, due on presentation,
         constituted by deed #240, executed in
         Barranquitas, Puerto Rico, on November 20, 1976,
         before Carlos E. Berríos Rojas Notary Public,
         recorded at page 139 of volume 116 of Coamo,
         property number 6,006, 4th inscription.

   2) Junior Liens with inferior rank or priority over

      mortgage herein executed:

      a) SEIZURE: In favor of the Commonwealth of Puerto
         Rico, Certification dated August 4, 1992,
         presented on August 14, 1992. Annotated on page
         19, volume 160 of Coamo, annotation D, against

10

Ramón Norat Zayas y Myrta Collazo, in the amount of $88,832.87, for Income Tax.

## VERIFICATION

I, EDGAR MALDONADO MEDERO, of legal age, single, executive and resident of Toa Alta, Puerto Rico, in my capacity as Farm Loan Chief of the United States Department of Agriculture (Farm Service Agency), San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge

11

and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 22th day of March, 2019.

EDGAR MALDONADO MEDERO

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a) That defendant's party pays unto the United States the amounts claimed on this complaint;

b) Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c) That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)   That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)   That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)   That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)   For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this 27 day of March , 2019.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN,  PR 00908
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

Form FmHA 1940-17(S)
(Rev. 12-88)

*(44-11)*

| TYPE OF LOAN | |
|---|---|
| | ☐ Regular |
| Type: OL_____ | XX Limited Sources |

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARMERS HOME ADMINISTRATION**

**PROMISSORY NOTE**

In accordance with:

X Consolidated Farm and Rural Development Act
☐ Emergency Agricultural Credit Adjustment Act of 1978

| Name | | NOTE REQUIRED FOR: | |
|---|---|---|---|
| RAMON NORAT ZAYAS | | ☐ Initial Loan | X Restructuring |
| State | Office | ☐ Subsequent Loan | ☐ Re-amortization |
| PUERTO RICO | COAMO | ☐ Consolidation and | ☐ Consolidation |
| Case Number | Date | Subsequent Loan | ☐ Debt Reduction |
| 63-26-584143915 | 5-19-89 | ☐ Sale on Credit | |
| Fund Code | Loan Number | ☐ Deferred Payments | |
| 44 | 07 | ☐ Easement Consolidation | |

**FOR VALUE RECEIVED**, the undersigned Borrower(s) and any other co-signer do jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereinafter referred to as the "Government"), or its assignee, at its offices in COAMO, PUERTO RICO, or at another place designated by the Government in writing, the principal amount of THIRTY-ONE THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND THIRTY-FOUR CENTS dollars ($31,850.34) plus interest on the unpaid principal at 6.5 PERCENT (6.5%) per annum and FOUR HUNDRED TWENTY dollars AND NINETY-FOUR ($420.94) of interest that may not be capitalized. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis, and shall notify Borrower by mail at his/her last known address thirty (30) days in advance. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interest shall be paid in 16 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

| $ 578.00 | on 0101 , 1990 ; | $ 578.00 | on 01-01 , 1991 ; |
|---|---|---|---|
| $_____ | on _____ , 19___ ; | $_____ | on _____ , 19___ ; |
| $_____ | on _____ , 19___ ; | $_____ | on _____ , 19___ ; |
| $_____ | on _____ , 19___ ; | $_____ | on _____ , 19___ ; |
| $_____ | on _____ , 19___ ; | $_____ | on _____ , _____ ; |
| $_____ | on _____ , 19___ ; | $_____ | on _____ , _____ ; |

and $ 3,948.00 _____ each year thereafter until the principal and interests are fully paid, except that the final payment of the debt established herein, which, if not sooner paid, shall mature and become due and payable 15 years from the date of this promissory note, with the exception that advance payments may be made as provided below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the closing date, the loan shall be forwarded to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown in the Advance Payment Log at the end of this promissory note. Borrower authorizes the Government to record the amount(s) and date(s) of such advance payment(s) in the Advance Payment Log.

Interest accumulated for over ninety (90) days on each promissory note that is re-amortized, consolidated, or re-structured must be added to the principal and this new principal shall accrue interest at the percentage rate established by this document.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued during the deferment period, second to interest computed as of the effective date of payment, and lastly to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government does assign this promissory note and insure payment of the same, Borrower shall continue making payments to the Government as the holder's collecting agent.

Whenever this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder or, except for the final payment, such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of each payment made by the borrower, except payments retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of the Treasury check remitted by the Government to the holder. The effective date of any payment retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled that accrues between the effective date of such advance payments and the date of the Treasury check remitted to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or invested in any way under the terms of any security agreement or other instrument granted in relation to the loan herein established shall, at the Government's option, become part of the loan and shall accrue interest at the same rate as the principal of the debt herein established and shall be immediately due and payable by the Borrower to the Government without need of payment order.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan," "Consolidation," "Re-amortization" or "Restructuring" is marked in the upper box of the first page under the section "Note Required For," this promissory note is granted to consolidate, re-amortize or show a restructuring, but not in satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| LOAN NUM. AND CODE | PROMISSORY NOTE VALUE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

The security documents taken in relation to the loans established by these described promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or restructuring. These security instruments shall remain in effect and the security offered for the loans established by the described promissory notes shall remain as guaranty for the loan established by this promissory note and for any other related obligations.

**REFINANCING AGREEMENT (GRAGUATION)**: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at an interest rate and on terms deemed reasonable for loans of similar purposes time periods and considerations, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**CONSERVATION AGREEMENT FOR HIGHLY-ERODIBLE SOILS AND WETLANDS**: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, subsection G of Part 1940 of 7CFR. If (1) the loan period extends beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower attempts to produce crops on highly-erodible soils exempt from the restrictions under Exhibit M until January 1, 1990, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the borrower's farm, whichever occurs later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must show that he/she is actively applying a soil conservation plan on the highly-erodible land that has been approved by the Soil Conservation Service (SCS) or by the corresponding Soil Conservation District if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he/she must show that any crop production on highly-erodible land after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or the Conservation District, in accordance with the requirements of the Soil Conservation Service.

**DEFAULT:** Failure to pay any debt established herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default under the terms of this document. **UPON ANY SUCH DEFAULT,** the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box **'TYPE OF LOAN.'** This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
RAMON NORAT ZAYAS                     (Borrower)

(SEAL)

[Signature]
MYRTA LEILA COLLAZO HERNANDEZ         (Borrower)

(SEAL)

URB. VISTA DEL SOL
                        (Borrower's Address)
CALLE E#51
COAMO, PUERTO RICO 00640

## ADVANCE PAYMENT REGISTRY

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ |  |  |  |  |  |
| $ |  |  |  |  |  |
| $ |  |  |  |  |  |
| $ |  |  |  |  |  |
|  |  |  | TOTAL | $ |  |

CERTIFICATION

I, Juan M. Ortíz Serbia, of legal age, married and resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico
[Signature]
JUAN M. ORTIZ SERBIA
State Executive

PROMISSORY NOTE ANNEX

THE AMOUNT OF THIS PROMISSORY NOTE AND THE MORTGAGE THAT
GUARANTEES IT, RE-AMORTIZED ON MAY 19, L989, HAS A BALANCE OWED
OF $32,271.28 AT 9.50 PERCENT PER ANNUM, OF WHICH ONLY THE
PORTION OF $31,850.34 SHALL ACCRUE INTEREST AT A RATE OF 5.00%
PERCENT PER ANNUM, AS THE AMOUNT OF $420.94 IS ITEREST THAT MAY
NOT BE CAPITALIZED AND AS A PARTIAL DEFERMENT OF TWO YEARS HAS
BEEN GIVEN, IT SHALL BE PAID AS FOLLOWS:

$578.00 ON OR BEFORE 1-1-90

$578.00 ON OR BEFORE 1-1-91

$3,948.00 ON OR BEFORE 1-1-92 AND

$3,948.00 ON OR BEFORE EACH JANUARY SUBSEQUENT, EXCEPT THAT
THE FINAL INSTALLMENT OF THE DEBT HEREIN EVIDENCED, SHALL BE
MADE ON OR BEFORE ON MAY 19, 2004, ACCORDING TO DEED NUMBER
FORTY-TWO (42) DATED THIS SAME DATE, BEFORE THE NOTARY
ARQUIMEDES GIERBOLINI. I DO ATTEST.

IN COAMO, PUERTO RICO, ON MAY 19, 1989.


[Signature]    [Seal]
ARQUIMEDES GIERBOLINI
Attorney and Notary

ADDENDUM FOR DEFERRED INTEREST:

ADDENDUM TO THE PROMISSORY NOTE DATED MAY 19, 1989, IN THE ORIGINAL AMOUNT OF $31,850.34 AND 6.50% ANNUAL INTEREST.

THIS AGREEMENT AMENDS AND IS ATTACHED TO THE PROMISSORY NOTE INDICATED ABOVE. A TOTAL OF $26.91 OF EACH REGULAR PAYMENT ON THE PROMISSORY NOTE SHALL BE APPLIED TO THE INTEREST ACCUMULATED DURING THE DEFERRAL PERIOD. THE REMAINDER OF THE REGULAR PAYMENT SHALL BE APPLIED ACCORDING TO SEC. 7-CFR, SUB-PART A OF THE PART 1951. WE AGREE TO SIGN A SUPPLEMENTARY PAYMENTS AGREEMENT AND MAKE ADDITIONAL PAYMENTS IF DURING THE DEFERRAL PERIOD WE HAVE A SUBSTANTIAL INCREASE IN INCOME AND OUR ABILITY TO PAY.

| 5/19/89 | [Signature] |
|---|---|
| DATE | MORTGAGOR |
|  | [Signature] |
|  | WIFE |

The amount of this promissory note and the mortgage that guarantees it, has been extended and re-amortized as of September 17, 1998, resulting in a balance owed of $31,850.34 of principal and $14,723.38 of interest, for a new principal balance of $14,723.38, which shall accrue interest at a rate of five (5.00%) per annum and as a partial deferment of zero years has been given, shall be paid as follows:

$4,488.00 on or before January 9, 1999, and on January 9 of each subsequent year, except that the final installment of the debt evidenced herein shall be paid on or before on September 1, 2013, according to deed number SEVENTY-THREE (73) dated September 17, 1998, before the Notary Antonio Ortíz Rodríguez. I do attest.

In Coamo, Puerto Rico, on September 17, 1998.

[Signature]                    [Seal]
ANTONIO ORTIZ RODRIGUEZ

( 44 -11 )

Formulario FmHA 1940-17(S)
(Rev. 12-88)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: __OL__ | ☐ Regular |
| | ☒ Recursos Limitados |
| De acuerdo a: | |
| ☒ Consolidated Farm and Rural Development Act | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | |

| Nombre |
|---|
| RAMON NORAT ZAYAS |

| Estado | Oficina |
|---|---|
| PUERTO RICO | COAMO |

| Caso Num. | Fecha |
|---|---|
| 63-26-584143915 | 05-19-89 |

| Clave de Fondos | Num. de Prestamo |
|---|---|
| 44 | 07 |

| ACCION QUE REQUIERE PAGARE | |
|---|---|
| ☐ Préstamo Inicial | ☒ Restructuración |
| ☐ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y Préstamo Subsiguiente | ☐ Consolidación |
| ☐ Venta a Crédito | ☐ Reducción de Deuda |
| ☐ Pagos Diferidos | |
| ☐ Servidumbre de Conservación | |

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidariamente pagaremos a la orden de los Estados Unidos de America, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en   __COAMO, PUERTO RICO__—————————————————

o en otro sitio designado por el Gobierno por escrito, la suma principal de—TREINTA Y UN MIL OCHOCIENTOS

CINCUENTA CON TREINTA Y CUATRO————— dólares ($ 31,850.34— ) más intereses sobre el principal adeudado al 6.5

PORCIENTO (6.5%) anual y  CUATROCIENTOS VEINTE CON NOVENTA Y CUATRO dólares ($ 420.94  )
de intereses no Capitalizados. Si este pagare es para un prestamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación desde su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en  16  plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

| | | | |
|---|---|---|---|
| $ 578.00 en 0101 de 19 90 | $ 578.00 en 01-01 de 19 91 |
| $____ en____ de 19___ | $____ en____ de 19___ |
| $____ en____ de 19___ | $____ en____ de 19___ |
| $____ en____ de 19___ | $____ en____ de____ |
| $____ en____ de 19___ | $____ en____ de____ |

y $ 3,948.00 , subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en 15 años a partir de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee mas abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este pagaré.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el periodo de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construída, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente","Reducción de Deuda","Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION): Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el préstamo es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS: El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos. Si el término del préstamo excede del 1ro. de enero de 1995. El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodable después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO:  La falta de pago a   vencimiento de cualquier deuda aquí evid   ada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

RAMON NORAT ZAYAS                    (Prestatario)

MYRTA LEILA COLLAZO   HERNANDEZ      (Prestatario)

(SELLO)

URB. VISTA DEL SOL
(Dirección del Prestatario)
CALLE E#51

COAMO, P. R.   00640

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |

TOTAL $

**CERTIFICATION**

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico.  In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

Agricultura                    POSICION 2                    Formulario FmHA 1940-17(S)
                                                              (Rev. 12-88)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ANEXO AL PAGARE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"EL IMPORTE DE ESTE PAGARE Y LA HIPOTECA QUE LO
GARANTIZA, REAMORTIZADO AL 19 DE MAYO DE L989, DIO UN SALDO
DEUDOR MONTANTE A $32,271.28 A RAZON DEL 9.50 PORCIENTO ANUAL
DE LOS CUALES SOLO LA PORCION DE $31,850.34 DEVENGARA
INTERESES A RAZON DE UN 5.00% PORCIENTO DE INTERES ANUAL, YA
QUE LA CANTIDAD DE $420.94 SON INTERESES NO CAPITALIZABLES Y
POR HABERSELE CONCEDIDO UN DIFERIMIENTO PARCIAL DE DOS AÑOS
HABRA DE SER PAGADO EN LA SIGUIENTE FORMA:

$578.00 EN O ANTES DE 1-1-90

$578.00 EN O ANTES DE 1-1-91

$3,948.00 EN O ANTES DEL 1-1-92 Y

$3,948.00 EN O ANTES DE CADA ENERO SUBSIGUIENTE, EXCEPTO
QUE EL PLAZO FINAL DE LA DEUDA AQUI EVIDENCIADA SE HARA EN O
ANTES DE 19 DE MAYO DEL AÑO 2004, SEGUN CONSTA DE LA
ESCRITURA NUMERO CUARENTA Y DOS (42) DE ESTA MISMA FECHA,
ANTE EL NOTARIO ARQUIMEDES GIERBOLINI. DOY FE.

EN COAMO, PUERTO RICO, A 19 DE MAYO DE 1989.

ARQUIMEDES GIERBOLINI
Abogado y Notario

ADDENDUM POR INTERESES DIFERIDOS:

ADDENDUM AL PAGARE FECHADO DEL 19 DE MAYO DE 1989 POR LA CANTIDAD ORIGINAL DE $31,850.34 Y 6.50% DE INTERESES ANUAL. ESTE ACUERDO ENMIENDA Y SE ADHIERE AL PAGARE ARRIBA INDICADO. A SUMA DE $26.91 DE CADA PAGO REGULAR EN EL PAGARE SERA APLICADO AL INTERES QUE SE ACUMULE DURANTE EL PERIODO DE DIFERIMIENTO.  EL REMANENTE DE PAGO REGULAR SERA APLICADO DE ACUERDO A LA SEC. 7-CFR, SUB PARTE A DE LA PARTE 1951. NOSOTROS ACORDAMOS FIRMAR UN ACUERDO DE PAGO SUPLEMENTARIOS Y HACER PAGOS ADICIONALES SI DURANTE EL PERIODO DE DIFERIMIENTO TENEMOS UN AUMENTO SUSTANCIAL EN INGRESOS Y HABILIDAD DE PAGO.

5/19/89

FECHA

PRESTATARIO

ESPOSA

El importe de este pagare y la hipoteca que lo garantiza, ha sido ampliado y reamortizado al 17 de septiembre de 1998, dio un saldo deudor montante a $31,850.34 de principal, y $14,723.38 de intereses para un nuevo principal de $14,723.38, el cual devengará intereses a razón de un cinco (5.00%) anual y por habersele dado un diferimiento parcial de cero años habrá de ser pagada en la siguiente forma:------
---$4,488.00 en o antes del 9 de enero de 1999 y subsiguiente en el 9 de enero de cada año excepto que el plazo final de la deuda aquí evidenciada se hará en o antes del 1 de septiembre de 2013 según consta de la escritura número SETENTA Y TRES (73) de 17 de septiembre de 1998 ante el Notario Antonio Ortiz Rodríguez. Doy fe.

En Coamo, Puerto Rico, a 17 de septiembre de 1998.

ANTONIO ORTIZ RODRIGUEZ

ADDENDUM POR INTERESES DIFERIDOS

ADDENDUM AL PAGARE FECHADO 19 DE MAYO DE 1989 POR LA CANTIDAD
ORIGINAL DE $31,850.34 AL 6.5% DE INTERES ANUAL.

ESTE ACUERDO SE ENMIENDA Y SE ADHIERE AL PAGARE ARRIBA
INDICADO. LA SUMA DE $            DE CADA PAGO REGULAR EN EL PAGARE
SERA APLICADO AL INTERES QUE SE ACUMULE DURANTE EL PERIODO DE
DIFERIMIENTO. EL REMANENTE DE PAGO REGULAR SERA APLICADO DE ACUERDO
A LA SEC. 7-CFR, SUB PARTE A DE LA PARTE 1951. ME COMPROMETO A
FIRMAR UN ACUERDO DE PAGO SUPLEMENTARIOS Y HACER PAGOS ADICIONALES
SI DURANTE EL PERIODO DE DIFERIMIENTO TENGO UN AUMENTO SUBSTANCIAL
EN INGRESOS Y HABILIDAD DE PAGO.

RAMON NORAT LAJAS

17 de septiembre de 1998

ma FmHA 427-1(S) PR
N. 10-82)

------------------NUMERO CUARENTA Y DOS------------
                  NUMBER

------------HIPOTECA VOLUNTARIA------------------
            VOLUNTARY MORTGAGE

En la ciudad de Coamo, Puerto Rico, a los diecinueve---
días del mes de mayo de mil novecientos ochenta y------
nueve.------------------------------------------------

--------------------ANTE MI--------------------
                  BEFORE ME

--------------ARQUIMEDES GIERBOLINI--------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
Attorney and Notary Public for the Island of Puerto Rico, with residence in      Coamo, -----

                    y oficina en                          Puerto Rico.
                    and office in
Puerto Rico------                      Coamo, Puerto Rico.------
------------------COMPARECEN--------------------
                   APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-------------

aparecen de dicho párrafo.--------------------------------------
appear from said paragraph.--------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their---

de su edad, estado civil, profesión y vecindad.---------------------
statements which I believe to be true of their age, civil status, profession and residence.------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this---

miento.----------------------------------------------------
voluntary mortgage.--------

--------------------EXPONEN--------------------
                  WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in-----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same-----

denominada de aquí en adelante "los bienes".----------------------
hereinafter referred to as "the property".--------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.----------------------
specified in paragraph ELEVENTH herein.--------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----------

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,-----------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with---------------

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the------------

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor------------------

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor--------------

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on-----------

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,----

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,----------

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and--------------------------

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or----------------

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,---------------

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to---------------------

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor--------------------

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or-------------------

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest----------------

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until--

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and-----

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full,-------------------------------

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the-------------

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and----------------

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account---

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and-----------------

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of-----------

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional--------

adicional especificada en el párrafo NOVENO de este documento.------------------
amounts as specified in paragraph NINTH hereof.--------------------------------

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:----------------
SIXTH: That the mortgagor specifically agrees as follows:------------------------

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness-------------------------------

- 4 -

orma FmHA 427-1(S) PR
Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del
subparagraph shall bear interest at the rate of

SEIS Y MEDIO---- por ciento (--6.50 %)---
            per cent (   6.50 %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause——————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect—————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered———————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,———————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.—————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor—————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a———————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply—————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,—————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of————





- 8 -

orma FmHA 427-1(S) PR
Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,——————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgage secured hereby, immediately due and payable and——————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)——————

de solicitar la protección de la ley.——————————————————————
request the protection of the law.——————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————

rarios de abogado.——————————————————————————
attorney's fees.——————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered to——————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————

- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any



quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,



en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

    TREINTA Y UN MIL OCHOCIENTOS CINCUENTA
de  DOLARES CON TREINTA Y CUATRO CENTAVOS   ($31,850.34)
of

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinb.fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré!
should assign this mortgage without insurance of the note,

    TREINTA Y UN MIL OCHOCIENTOS CINCUENTA DOLARES ($
    DOLARES CON TREINTA Y CUATRO   DOLLARS ($ 31,850.34)

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

SEIS Y MEDIO --------------------- por ciento ( --6.50   o/o) anual;
per cent (     o/o) per annum;



- 11 -



Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:
--------------------------------------------------------------

(A)
(A)
    TREINTA Y UN MIL OCHOCIENTOS CINCUENTA (\$
    DOLARES CON TREINTA Y CUATRO---- DOLLARS (\$   31,850.34)

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,

Tercero:-------------------------------------------------------
Three:-----

(B)
(B)
    CUARENTA Y SIETE MIL SETECIENTOS CINCUENTA------------
    Y UN DOLARES CON CINCUENTA Y UN DOLARES (\$  47,751.51)
                  DOLLARS (\$

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.-------------------------
sustain under its insurance of payment of the note;--

Tres. En cualquier caso y en todo tiempo:------------------
Three. In any event and at all times whatsoever:---

(A)    DOCE MIL SETECIENTOS CUARENTA DOLARES------------
(A)    CON TRECE CENTAVOS------------------------------

(\$  12,740.13    ) para intereses después de mora:-----------
(\$             ) for default interest;---

(B)    SEIS MIL TRESCIENTOS SETENTA DOLARES-----------
(B)    CON SEIS CENTAVOS-------------------------------

{  \$6,370.06    ) para contribuciones, seguro y otros adelantos para la con-
          ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero:-----------------------------------------------
SIXTH, Three:-----

(C)    TRES MIL CIENTO OCHENTA Y CINCO---------------
(C)    DOLARES CON TRES CENTAVOS----------------------

(\$  3,185.03-----    ) para costas, gastos y honorarios de abogado en caso
(\$           ) for costs, expenses and attorney's fees in case

de ejecución:-------------------------------------------------
of foreclosure:---

(D)    TRES MIL CIENTO OCHENTA Y CINCO---------------
(D)    DOLARES CON TRES CENTAVOS----------------------

(\$  3,185.03-----    ) para costas y gastos que incurriere el acreedor hipoteca-
(\$          ) for costs and expenditures incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece.-------------------------
provided in paragraph (SIXTH, Thirteen.

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (lós) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número   SESENTA Y TRES GUION VEINTISEIS
"Promissory note executed in case number

GUION CINCO OCHENTA Y CUATRO GUION CATORCE GUION——————

TREINTA Y NUEVE QUINCE———————   fechado el día   diecinueve
                                              dated the

(19)          de          mayo————————de mil novecientos——
          day of                        nineteen hundred and

                              por la suma de
ochenta y nueve——————in the amount of——————————

TREINTA Y UN MIL OCHOCIENTOS CINCUENTA dólares de principal más
DOLARES CON TREINTA Y CUATRO CENTAVOS——              of principal plus

intereses sobre el balance del principal adeudado a razón del
interest over the unpaid balance at the rate of

SEIS Y MEDIO——————————   {   —6.50%— ) por ciento anual,
                                              ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed—

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the—

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due——————————

a los   QUINCE———————   (15)———————————————
and payable

años de la fecha de este pagaré.——————————————————
years from the date of this promissory note.———————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the——

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United——

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act——

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as—————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers———

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the——

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.—————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.—

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which————

constituye Hipoteca Voluntaria, se describe como sigue:——————
voluntary mortgage is constituted, is described as follows:————



- 13 -

VER PAGINAS 14 A, 14 B, 14 C Y 14 D.------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------



Adquirió el prestatario la descrita finca por   COMPRAVENTA,------------
Borrower acquired the described property by

según consta de la Escritura Número   CIENTO VEINTIUNO (121) (1),-
Pursuant to Deed Number   VEINTIOCHO (128) (2), SEISCIENTOS-
SETENTIUNO (671) (3) Y SIETE (7) (4) RESPECTIVAMENTE

de fecha
dated   dieciseis de nov. 1977, veinte de nov. 1976,--
  dieciocho de nov. 1971 y dieciseis de enero de 1980,

otorgada en la ciudad de
executed in the city of   COAMO, PUERTO RICO,------------------

ante el Notario   ENRIQUE CORCHADO, CARLOS E. BERRIOS---
before Notary   PEDRO D. QUILES MARIANI Y ENRIQUE CORCHADO.--

Dicha propiedad se encuentra
Said property is   (VER PAGINAS 14 A, 14 B, 14 C,
  Y 14 D).---------------------------------------

------------------------------------------------------

------------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ------------------

carios
are   DON RAMON NORAT ZAYAS Y DOÑA MYRTA LEILA---
COLLAZO HERNANDEZ, mayores de edad casados entre---
si y vecinos de Coamo, Puerto Rico, con los---
números de Seguro Social ████████ y ████████

cuya dirección postal es:
whose postal address is:   URBANIZACION VISTA DEL SOL--------

CALLE E NUMERO CINCUENTA Y UNO (E-51) COAMO, PUERTO-

RICO, 00640.------------------------------------------

------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----------



14

Folio - 11 140
Tomo - 140 Coamo
Finca - 4173
Insc. 6ta

NUMERO UNO: RUSTICA: Predio de terreno locali-
zado en el Barrio Cuyón del término municipal de--
Coamo, Puerto Rico en forma triangular, compuesto-
de CIENTO CINCUENTA CUERDAS CON VEINTISEIS CENTIMOS
DE OTRA, equivalentes a cincuentinueve hectáreas,-
cinco áreas y ochentidós centiáreas y en colindan-
cias por el Norte, terrenos de Luis Norat; por el-
Sur, Rafael Díaz y Juan Botas; por el Este, Juan--
Botas y por el Oeste, Juan Botas, Luis Norat y-----
Rafael Díaz.------------------------------------------

---INSCRITA al folio ciento cinco (105) del tomo--
ciento dos (102) de Coamo, finca número cuatro mil
ciento setentitres (4,173), inscripción segunda.---

---Afecta a hipoteca a favor de Estados Unidos de--
América, por la suma de SETENTA MIL DOLARES--------
($70,000.00), con vencimiento a los cuarenta (40)--
años. Afecta también a embargo a favor del Banco--
Popular de Puerto Rico, por las sumas de VEINTE Y--
CINCO MIL DOLARES ($25,000.00) Y CUATRO MIL DOLARES
($4,000.00) en honorarios - en el Caso Civil Núm.--
ochenta y tres raya dieciocho noventa y ocho-------
(83-1898) del Tribunal Superior, Sala de Ponce.----
Prorrogado este embargo por la suma de CINCO MIL---
DOLARES ($5,000.00) por mandamiento del doce (12)--
de abril de mil novecientos ochenta y ocho (1988).-

NUMERO DOS: RUSTICA: Parcela de terreno situa-
da en el Barrio Cuyón del término municipal de-----
Coamo, Puerto Rico, compuesta de VEINTISEIS CUERDAS
CON SESENTA Y SEIS CENTESIMAS DE OTRA, equivalentes
a diez hectáreas, cuarentisiete áreas y setenta y--
tres centiáreas, sita en el Barrio Cuyón de Coamo--
en lindes por el Norte, con límite jurisdiccional--
entre Coamo y Aibonito, que separa de terrenos de--
doña Petronila González, después de Librada--------
Gutiérrez y Emilio Esteban, ahora de Espiridión----
Canino; por el Sur, a distancia de ochocientos-----
treinta metros con terrenos de doña Elisa Aurelia--
Alvarado; por el Este, con terrenos de la Sucesión-
de Joaquín García y por el Oeste, con un camino----
municipal.-------------------------------------------

---INSCRITA al folio ciento treintinueve (139) del-
tomo ciento dieciseis (116) de Coamo, finca número-
seis mil seis (6,006), inscripción segunda.--------

---Afecta a hipoteca a favor del Federal Land Bank-
por la suma de OCHO MIL SEISCIENTOS DOLARES--------
($8,600.00) con vencimiento en el año dos mil dos--
(2002); a hipoteca a favor de Puerto Rico----------

Folio - 17
Tomo - 160 Coamo
Finca - 6006
Insc. 7ta



14-A

Production Credit Association por la suma de DOS---
MIL DOLARES ($2,000.00), con vencimiento a la pre--
sentación e hipoteca a favor de Estados Unidos de--
América por la suma de SETENTA MIL DOLARES---------
($70,000.00) con vencimiento a los cuarenta (40)---
años.  Afecta además a embargo a favor del Banco---
Popular de Puerto Rico, por la suma de DIEZ MIL----
DOLARES ($10,000.00), en el Caso Civil Núm. ochenta
y tres raya dieciocho noventa y ocho (83-1898), del
Tribunal Superior, Sala de Ponce.  Este embargo fue
prorrogado por la suma de OCHENTA Y CINCO MIL-------
DOLARES ($85,000.00) según mandamiento del doce----
(12) de abril de mil novecientos ochenta y ocho.---

---NUMERO TRES:  RUSTICA:  Solar marcado con el----
número cincuenta y uno del plano de inscripción de-
la Urbanización Vista del Sol, situada en el barrio
San Ildefonso de Coamo, Puerto Rico, con una cabida
superficial de cuatrocientos tres metros cuadrados-
y veinte centimetros cuadrados, en lindes por el---
Norte, en veintiocho metros con el solar número----
cincuenta; por el Sur, en veintiocho metros con el-
solar número cincuenta y dos; por el Este, en cator
ce metros cuarenta centimetros con la Calle "E" y--
por el Oeste, en catorce metros cuarenta centime---
tros con los solares números treinta y dos y-------
cuarenta.------------------------

---INSCRITA al folio ciento veintiocho (128) del---
tomo noventicuatro (94) de Coamo, finca número tres
mil seiscientos veintiuno (3,621), inscripción-----
segunda.----------------------------------

---Se halla afecta a una hipoteca, en garantía de--
un pagaré a favor de Estados Unidos de América por-
la suma de CUARENTA Y UN MIL SEISCIENTOS CINCUENTA-
DOLARES ($41,650.00), con intereses a razón del----
cinco porciento (5.00%), anual, pagadero principal-
e intereses en los plazos que en el mismo se-------
estipulan, según resulta de la escritura número----
Ciento Sesenta (160) de fecha del veinticinco (25)-
de sept. de mil novecientos ochenta y seis (1986),-
ante el Notario José A.  Gierbolini Rosa, en la----
ciudad de Coamo, Puerto Rico, e inscrita al folio--

14-B

Ciento Cincuenta y Cinco (155), del tomo Ciento----
Setenta y Cinco (175) de Coamo, finca número Tres--
Mil Veinte (3020), inscripción dieciocho (18va).---
---Afecta por su procedencia a condiciones restric-
tivas y a servidumbre a favor de la Autoridad de---
Acueductos y Alcantarillados, Autoridad de Fuentes-
Fluviales; a hipoteca a favor del Sistema de Retiro
de los Empleados del Estado Libre Asociado de------
Puerto Rico por la suma de VEINTE Y NUEVE MIL CIEN-
DOLARES ($29,100.00) con vencimiento a los treinta-
(30) años, hipoteca a favor de los Estados Unidos--
de América por la suma de SETENTA MIL DOLARES-----
($70,000.00), con vencimiento a los cuarenta (40)--
años; afecta además a embargo a favor del Banco----
Popular de Puerto Rico por las sumas de DIEZ MIL---
DOLARES ($10,000.00) y CUATRO MIL DOLARES----------
($4,000.00) en honorarios, en el Caso Civil Núm.---
ochenta y dos raya dieciocho noventa y ocho-------
(82-1898) en el Tribunal Superior, Sala de Ponce,--
prorrogado el embargo por la suma de OCHENTA Y CIN-
CO MIL DOLARES ($85,000.00) en virtud del manda----
miento del doce (12) de abril de mil novecientos---
ochenta y ocho (1988).-----------------------------

---NUMERO CUATRO: RUSTICA: Predio de terreno-----
situado en el Barrio Cuyón de la municipalidad de--
Coamo, Puerto Rico, de una superficie de ciento----
veintidós cuerdas con tres mil doscientos cinco----
diezmilésimas de otra (122.3205 cds), equivalentes-
a cuarenta y ocho (48) hectáreas, siete (7) áreas,-
ochenta y nueve (89) centiáreas, que linda al Este,
con terrenos de don Fernando Pont, al Oeste, con---
los de doña Monserrat y doña María Teresa, al Norte
con los de don Evelio Santiago y al Sur, con los de
los hermanos Passalacqua.--------------------------

---INSCRITA al folio noventa y cinco (95) del tomo-
ocho (8) de Coamo, finca número Trescientos Setenta
y Seis (376), inscripción septima (7ma.).----------

---Afecta a hipoteca a favor de Carmen Company y---
Pardo, por la suma de TREINTA Y TRES MIL DOLARES---
($33,000.00) con vencimiento en al año mil nove----

folio - 119
Tomo - 149 de Coamo
finca - 376
Insc - 8va

14C

cientos ochenta y seis (1986); afecta además a-----
embargos a favor del Banco Popular de Puerto Rico,-
por la suma de VEINTE Y SEIS MIL DOLARES----------
($26,000.00), prorrogado el embargo por OCHENTA Y--
CINCO MIL DOLARES ($85,000.00), así resulta del----
mandamiento del doce (12) de abril de mil novecien-
tos ochenta y ocho (1988) y embargo a favor del----
Fondo del Seguro del Estado por la suma de SEIS MIL
DOSCIENTOS SESENTA DOLARES CON SIETE CENTAVOS------
($6,260.07), según resulta de certificación expedi-
da el treinta (30) de octubre de mil novecientos---
ochenta y sies (1986).------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------

14-D

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851).
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part ----------

de la propiedad gravada por esta Hipoteca.--------- ----------------------------------
of the property encumbered by this Mortgage.------- --------------------------------------

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move----------------------------

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty --------------------------

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances-----------

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will----------------------------------

notificará por escrito al Supervisor Local.--------------------------------------------
notify it in writing to the County Supervisor.----------------------------------------------

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed----------------------------

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous ------

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations------------------------

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and----------------------------

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern-----------------

estos tipos de préstamos.------------------------------------------------------------
these types of loans.------------------------------------------------------------------------

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of--------------------------------------

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the------------------

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidós del Código
Government pursuant to Forty-Two-----------------------------------------------------------

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)-----
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a).-------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

16

orma FmHA 427-1(S) PR
Rev. 10-82)

-----------------------ACEPTACION-----------------------
-----------------------ACCEPTANCE-----------------------

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.-----

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.-------------------------------------------------------------------
I  advised him (them).--------------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its-------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed-----------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES------

FE de todo el contenido de esta escritura.------------------------------------------
FAITH to everything contained in this deed.------------------------------------------

Ramón Norat Zayas y
(Firmado).  Myrta Leila Collazo Hernández

Firmado signado, sellado y rubricado. A. GIEZ..INI SANTIAGO. En
los folios de su original se han cancelado los correspondientes de-
rechos en sellos de Rentas Internas y el Impuesto Notarial. Los
alargantes han puesto sus iniciales y estampado el sello y la rúbri-
ca del Notario.

CONCUERDA E ELE..ENTE con el ...G...R. original obrante en
el protocolo corriente de i....... ....... ........a Secretaría a
mi cargo. En fe de ello y a ...  ....... entrego a parte intere..da, expido
esta  primera  ... ......... ... Viejal, Guayma, Puerto ...rich..
ca, hoy día  19  ........... ...  ...  de 19...

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, mar...
a resident of Guayama, Puerto Rico.  In
official capacity as State Executive Direct...
the Farm Service Agency, U.S. Departme...
Agriculture, hereby declare under penal...
perjury that this is a true and exact copy ...
original document which I have unde...
custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

17

Notificado hoy
de dies 1994

registradas alli donde de
indica la nota al margen
de cada una de las fotas
cargas. La finca 4173 se
halla afecta a hipoteca a favor
de E.U.A. por $70,000.00 reconstituida
a $97,075.01 y embargo a favor del
Banco Popular por $65,000.00
prorrogada según anotación B;
finca 600 se halla afecta a
hipotecas a favor del Federal
Land Bank of Baltimore por
$8,600.00 a favor de la P.R.
Production Credit Asst por
$2,000.00 y a favor de E.U.A.
por $70,000.00 reconstituida a $A
$97,075.01 y embargo de la $A $B
prorrogado según 30t B. la finca
3601 se halla afecta por su
procedencia a condiciones restric-
tivas servidumbres a favor
de AAA; AEE y Municipio de
Loaiza y por si a hipotecas
a favor del Sistema de Retiro
de los Empleados de E.U.A. por
$29,100.00 a favor de E.U.A. por
$70,000.00 reconstituida a $9707
y embargo a favor del Banco Popular
de PR prorrogada según anotación
B y la finca 376 se halla afecta
a hipoteca a favor de Caribex
Carriley Cards por $33,000.00
embargo a favor del Banco
Popular de PR prorrogada según
según ... 1971 del C. y a la
... hipoteca que por este
... documento se constituye
... por $31,850.34
Datos, 17 de enero de 1994
Sin Prog
Carmen G. Ruiz Juncado
Reg

Podemos otros in-
... foja bajo
el número 94/204
Bgtos, P.R. a 8 de junio de 89
Carmen G. Ruiz Juncado
Reg

Ordenado según el del Artículo 52 de la
Ley 198 de 8 de agosto de 1979.
Bgts, P.R. a 18 de abril de 89
Sin duda

Ordenado según el del Artículo ...
el número 378/707
Bgts, P.R. a 8 de sept de 89
Carmen G. Ruiz Juncado
Reg

Ordenado en virtud del Artículo 52 de la
Ley 198 de 8 de agosto de 1979.
Bgts, P.R. a 11 de dic de 1989
Sin duda
Reg

Not. fecha hoy 27

---------- DEED NUMBER SEVENTY-THREE ----------

-------- REFINANCING OF MORTGAGE LOAN --------

------- AND MODIFICATION OF MORTGAGE AND -----

---- WAIVER OF RESPONSIBILITY BY MORTGAGOR ---

--- In the city of Coamo, Puerto Rico, on the

seventeenth (17) day of the month of September

of Nineteen Hundred Ninety-eight (9/17/1998).-

------------------ BEFORE ME ------------------

--- ANTONIO ORTIZ RODRIGUEZ, Attorney and

Notary Public for the island of Puerto Rico,

with residence, domicile and offices in Coamo,

Puerto Rico.-----------------------------------

------------------ APPEAR --------------------

--- AS PARTY OF THE FIRST PART: RAMON NORAT

ZAYAS, with Social Security number ▓▓▓▓▓▓

▓▓▓▓ of legal age, single, farmer and

resident of Coamo, Puerto Rico, hereinafter

designated as THE MORTGAGOR.-----------------

--- AS PARTY OF THE OTHER PART: THE UNITED

STATES OF AMERICA, acting by and through the

FARM SERVICE AGENCY, in accordance with the

provisions of the Act of Congress entitled

"Consolidated Farmers Home Administration Act

of 1961", as amended, Columbia, United States

of America, represented herein by MR. ISMAEL

CERTIFIED To be a true and correct trans-
lation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.              4/11/07

2

LUIS ALFONZO REYES, Social Security number
████████, and Employer Identification
Number ████████, of legal age, married,
employee and resident of Isabela, Puerto Rico,
in his capacity as Agricultural Credit Manager
(FARM SERVICE AGENCY), hereinafter designated
as the MORTGAGEE. --------------------------
--- I ATTEST that I personally know the
appearing parties and by their statements I
attest to their personal circumstances, he
assures me he has and in my judgment he has
the necessary legal capacity for this
execution and pursuant thereto they freely, --
-------------------- STATE --------------------
--- FIRST: That the appearing party of the
first part is the fee simple owner of the
following real properties:--------------------

A) --- "RURAL: - Parcel of land located in the
Cuyon Ward of the municipality of Coamo,
Puerto Rico, with a surface area of one
hundred twenty-three 'cuerdas' with three
thousand two hundred five ten thousandths of
another (123.3205), equivalent to forty-eight
hectares, seven ares, eighty-nine centares;
bounding on the East with land belonging to
Fernando Pont; on the West with those of
Monserrate and Maria Teresa; on the North with
those of Evelio Santiago; and on the South,
with those of the Passalacqua brothers.------

--- Registered at page one hundred ninety-two

CERTIFIED To be a true and correct trans-
lation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

3

(192), volume one hundred forty-nine (149), property number three hundred seventy-six (376) of Coamo, at the Registry of the Property of Barranquitas. --------------------
--- Subject on its own to:-------------------
--- Mortgage constituted by spouses Ramon Norat Zayas and Mirta L. Collazo in guaranty of the delayed price in favor of Carmen Campoy Pardo, married to José María Palau, for the amount of THIRTY-THREE THOUSAND DOLLARS ($33,000.00), with interests at five percent (5%) per annum, due on January sixteenth of Nineteen hundred eighty-six (1/16/1986). ----
--- Embargo: In the Superior Court of P.R., Ponce Part, Civil Case number CS-83-1898, filed by Banco Popular de P.R. versus Ramón Norat Zayas and the conjugal partnership formed by him and his wife Mirta L. Collazo an embargo was noted over this property and others more for the amount of TWENTY-SIX THOUSAND DOLLARS ($26,000.00), as to this property, the sum of FOUR THOUSAND DOLLARS ($4,000.00) for attorneys fees.---------------
--- Mortgage constituted by spouses Ramón

CERTIFIED To be a true and correct trans-
lation from its original. *(signature)*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.   *4/11/07*

Norat Zayas and Mirta L. Collazo over this property and others more guaranteeing a promissory note in favor of the United States of America acting through the Farmers Home Administration, for the amount of THIRTY-ONE THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND THIRTY-FOUR CENTS ($31,850.34), with interests at six and a half percent (6.50%) annually, due in fifteen (15) years.--------------------

--- Mortgage constituted by spouses Ramón Norat Zayas and Mirta L. Collazo over this property and another one guaranteeing a promissory note in favor of the United States of America, acting through the Farmers Home Administration, for the sum of SIXTY-TWO THOUSAND SEVEN HUNDRED TWENTY-SEVEN DOLLARS AND SIXTY-ONE CENTS ($62,727.61), with interests at six and a half percent (6.50%) per annum, due in fifteen (15) years. -------

--- Embargo in favor of the Commonwealth of Puerto Rico for the sum of EIGHTY-EIGHT THOUSAND EIGHT HUNDRED THIRTY-TWO DOLLARS AND EIGHTY-SEVEN CENTS ($88,832.87) for income tax.-------------------------------------------

CERTIFIED To be a true and correct trans-
lation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

B) RURAL: Parcel of land located in the Cuyon Ward of the municipality of Coamo, with a triangular shape formed by one hundred fifty 'cuerdas' with twenty-six hundredths of another (150.26), equivalent to fifty-nine (59) hectares, five (5) areas and eighty-two (82) centares, and bounding on the North with property of Luis Norat; South, Rafael Díaz and Juan Botas; East, with Juan Botas; West, with Juan Botas, Luis Norat and Rafael Díaz.------

--- Registered on page eleven (11), volume one hundred sixty (160), property number four thousand one hundred seventy-three (4173) of Coamo at the Registry of the Property of Barranquitas.---------------------------

--- Subject on its own to:--------------------

--- Mortgage constituted by spouses Ramón Norat Zayas and Mirta L. Collazo Hernández over this property and others guaranteeing a promissory note in favor of the United States of America for the amount of SEVENTY THOUSAND DOLLARS ($70,000.00), with interests at five percent (5%) per annum, due in forty (40) years.----------------------------------------

--- Embargo: In the Superior Court of Puerto Rico, Ponce Part, in Civil case #CS 83-1898 filed by Banco Popular de P.R. versus Ramón Norat Zayas and the conjugal partnership comprised by him and his wife Mirta L. Collazo

CERTIFIED To be a true and correct translation from its original.

AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

an embargo was registered over this property and others to secure the effectivess of the judgment which may be issued, the property described is embargoed for the amount of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), plus the amount of FOUR THOUSAND DOLLARS ($4,000.00) for attorneys fees.---------------

--- Mortgage for the amount of SEVENTY THOUSAND DOLLARS ($70,000.00) is reamortized and modified and according to the liquidation as of May nineteen of Ninety Hundred Eighty Nine (5/19/1989) reflected a balance due amounting to NINETY-SEVEN THOUSAND SEVENTY-FIVE DOLLARS WITH ONE CENT ($97,075.01), of which only the portion of NINETY-FIVE THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS WITH SEVENTY-THREE CENTS ($95,775.73) will earn interests at the rate of five percent (5%) per annum, ONE THOUSAND TWO HUNDRED NINETY-NINE DOLLARS WITH TWENTY-EIGHT CENTS ($1,299.28) are non-capitalizable interests and the debt will be due on or before the year Two Thousand Seventeen (2017).----------------------------

--- Mortgage constituted by spouses Ramón

CERTIFIED To be a true and correct trans-
lation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

7

Norat Zayas and Mirta L. Collazo over this property and others guaranteeing a promissory note in favor of United States of America, acting through the Farmers Home Administration for the amount of THIRTY ONE THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND THIRTY FOUR CENTS ($31,850.34) of principal, interests at six and a half percent (6.50%) per annum, due in fifteen (15) years.---------------------------
--- Mortgage constituted by spouses Ramón Norat Zayas and Mirta L. Collazo over this property and others in favor of United States of America, acting through the Farmers Home Administration for the amount of SIXTY TWO THOUSAND SEVEN HUNDRED TWENTY SEVEN DOLLARS AND SIXTY ONE CENTS ($62,727.61) of principal, interests at six and a half percent (6.50%) per annum, due in fifteen (15) years.--------
-- Embargo in favor of the Commonwealth of Puerto Rico for Income Taxes for the amount of $88,832.87.------------------------------------

C)    RURAL: Parcel of land located in the Cuyón Ward of the municipality of Coamo, Puerto Rico, comprised of twenty six cuerdas and sixty six hundredths of another (26.66), equivalent to ten (10) hectares, forty seven (47) ares, seventy three (93) centiares.

CERTIFIED To be a true and correct trans-
lation from its original. *(signature)*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

Bounding on the North with jurisdictional limit between Coamo and Aibonito which separates land of Petronila González, later of Librada Gutiérrez and Emilio Esteban, now Espiridión Canin9o; on the South, at a distance of eight hundred thirty (830) meters with land of Elisa Aurelia Alvarado; and on the West, with municipal road; East, land of the Estate of Joaquín García.----------------

--- Recorded at page seventeen (17), volume one hundred sixty (160) property number six thousand six (6006) of Coamo, at the Registry of the Property of Barranquitas.--------------

--- Subject on its own to:--------------------

--- Mortgage constituted by spouses Ramón Norat Zayas and Mirta Leila Collazo guaranteeing a promissory note to the order of The Federal Land Bank of Baltimore for the amount of EIGHT THOUSAND SIX HUNDRED DOLLARS ($8,600.00), with interests at the rate of eight and a half percent (8.50%) per annum, due on January first of the year two thousand two (1/1/2002).-------------------------------

--- Mortgage constituted by spouses Ramón Norat Zayas and Mirta L. Collazo guaranteeing a promissory note to the order of Puerto Rico Production Credit Association for the amount of TWO THOUSAND DOLLARS ($2,000.00), with

CERTIFIED To be a true and correct translation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRET
ADMINISTRATIVE OFFICE OF THE UNIT
STATES COURT. *[initials]*

interests at the rate of eight percent (8%) annually, due at its presentation.-----------

--- Mortgage constituted by spouses Ramón Norat Zayas and Mirta L. Collazo over this property and others in favor of the United States of America for the amount of SEVENTY THOUSAND DOLLARS ($70,000.00), with interests at five percent (5%) per annum, due in forty (40) years.-----------------------------------

--- Embargo:  In the Superior Court of Puerto Rico, Ponce Part, in Civil case #CS 83-1898 filed by Banco Popular de P.R., plaintiff, versus Ramón Norat Zayas and the conjugal partnership comprised by him and his wife Mirta L. Collazo an embargo for collection of monies was noted over this property and others for the amount of TEN THOUSAND DOLLARS ($10,000.00) plus the amount of FOUR THOUSAND DOLLARS ($4,000.00) for attorneys fees.------

--- Mortgage for the amount of SEVENTY THOUSAND DOLLARS ($70,000.00) constituted in favor of the United States of America which caused that the 5th inscription is modified and reamortized by the mortgagors and by the

CERTIFIED To be a true and correct trans-
lation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT

United States of America reflecting as of the date of May nineteen, Nineteen hundred eighty-nine (5/19/1989) a balance of NINETY-SEVEN THOUSAND SEVENTY-FIVE DOLLARS WITH ONE CENT ($97,075.01), of which only the portion of NINETY-FIVE THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS WITH SEVENTY-THREE CENTS ($95,775.73) will earn interests at the rate of five percent (5%) per annum; and ONE THOUSAND TWO HUNDRED NINETY NINE DOLLARS AND TWENTY FIVE CENTS ($1,299.25) are non-capitalizable interests, due on or before the year Two Thousand Seventeen (2017).----------

--- Mortgage constituted by spouses Ramón Norat Zayas and Mirta L. Collazo over this property and others in guaranty of a promissory note in favor of the United States of America acting through the Farmers Home Administration for the amount of THIRTY-ONE THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS AND THIRTY-FOUR CENTS ($31,850.34) of principal, interests at six and a half percent (6.50%) per annum, due in fifteen (15) years.--------

--- Mortgage constituted by spouses Ramón

CERTIFIED To be a true and correct trans-
lation from its original. [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

11

Norat Zayas and Mirta L. Collazo over this property and others in guaranty of a promissory note in favor of the United States of America acting though the Farmers Home Administration for the amount of SIXTY-TWO THOUSAND SEVEN HUNDRED TWENTY-SEVEN DOLLARS WITH SIXTY-ONE CENTS ($62,727.61) of principal, interests at six and one half percent (6.50%) per annum, due in fifteen (15) years.------------------------------------------
--- Embargo in favor of the Commonwealth of Puerto Rico for the amount of EIGHTY-EIGHT THOUSAND EIGHT HUNDRED THIRTY-TWO DOLLARS WITH EIGHTY-SEVEN CENTS ($88,832.87) for income tax.------------------------------------------
--- The appearing party of the first part acquired the aforementioned property through adjudication in liquidation of the conjugal partnership that he comprised with Myrta Leila Collazo Hernández as stated in deed number seventy-two (72) of September seventeen, Nineteen Hundred Ninety-eight (9/17/1998), executed in Coamo, Puerto Rico, before Notary Antonio Ortiz Rodríguez.---------------------

CERTIFIED To be a true and correct translation from its original. _Aida Torres_
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT

12

--- SECOND: In order to reamortize the mortgage debts for the amounts of ONE HUNDRED TWO THOUSAND TWO HUNDRED NINETY-THREE DOLLARS AND EIGHTY-THREE CENTS ($102,293.83), plus FORTY-SIX THOUSAND FIVE HUNDRED SEVENTY-THREE DOLLARS AND SEVENTY-TWO CENTS ($46,573.72), plus ONE HUNDRED FORTY-TWO THOUSAND SIXTY-THREE DOLLARS AND THIRTY-NINE CENTS ($142,063.39), guarantied by individual promissory notes, for a total of TWO HUNDRED NINETY THOUSAND NINE HUNDRED THIRTY DOLLARS AND NINETY-FOUR CENTS ($290,930.94), there was requested and obtained the consent of the mortgagee, United States of America, acting through and by the FARM SERVICE AGENCY in accordance with the Act of Congress entitled "Consolidated Farmers Home Administration Act of 1961" and the regulation approved to that effect to reamortize mortgage loans.----------

---THIRD: The appearing party of the first part states that he has personal knowledge of each and every one of the obligations, clauses and stipulations contained or mentioned in the mortgage deeds and in this act, in a clear,

CERTIFIED To be a true and correct translation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

solemn and final manner he agrees to comply
with each and every one of said obligations,
clauses and stipulations required by the
administration of the FARM SERVICE AGENCY.---
---------- REFINANCING AND MODIFICATION ------
- OF PAYMENT OF PROMISSORY NOTE AND MORTGAGE -
--- FIFTH: The appearing party of the second
part states, in the capacity he represents,
that having been the appearing mortgagor of
the first part accepted to receive the
benefits of the Act of Congress, as amended,
it has agreed to reamortize and modify the
method of payment of the installments
consigned in the promissory note and in the
mortgage in the following manner:------------
-------- RESTRUCTURING THE FIRST LOAN -------
--- A restructuring of the loan, which as of
September seventeen of Nineteen hundred
ninety-eight (9/17/1998), has a balance of
THIRTY-ONE THOUSAND EIGHT HUNDRED FIFTY
DOLLARS AND THIRTY-FOUR CENTS ($31,850.34) of
principal and FOURTEEN THOUSAND SEVEN HUNDRED
TWENTY-THREE DOLLARS AND THIRTY-FOUR CENTS
($14,723.38)(sic) in interests, for a new

CERTIFIED To be a true and correct trans-
lation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

principal of FORTY-SIX THOUSAND FIVE HUNDRED SEVENTY-THREE DOLLARS AND SEVENTY-TWO CENTS ($46,573.72). The same will be for fifteen (15) years at five percent (5%) of annual interests.-----------------------------------

--- New payment plan: FOUR THOUSAND FOUR HUNDRED EIGHTY-EIGHT DOLLARS ($4,488.00) on September first of Nineteen Hundred Ninety-nine (9/1/1999) and in subsequent years until the same is paid in full, except that the final payment of debt herein evidenced will be made on or before September seventeen of Two thousand thirteen (9/17/2003).-----------------

-------- RESTRUCTURING THE SECOND LOAN ---------

--- A restructuring of the loan which as of September seventeen of Nineteen Hundred Ninety Eight (9/17/1998) has a balance of SIXTY-TWO THOUSAND SEVEN HUNDRED TWENTY-SEVEN DOLLARS AND SIXTY-ONE CENTS ($62,727.61) in principal and THIRTY-NINE THOUSAND FIVE HUNDRED SIXTY-SIX DOLLARS AND TWENTY-TWO CENTS ($39,566.22) in interests, for a new balance of ONE HUNDRED TWO THOUSAND TWO HUNDRED NINETY-THREE DOLLARS AND EIGHTY-THREE CENTS ($102,293.83). The

CERTIFIED To be a true and correct translation from its original. _Aida Lee_
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT. 4/11/19

same will be for fifteen (15) years at five percent (5%) annual interest.-----------------
--- New payment plan: NINE THOUSAND EIGHT HUNDRED FIFTY-SEVEN DOLLARS ($9,857.00) on the first of September of Nineteen Hundred Ninety-nine (9/1/1999) and subsequent years, until the same is paid in full, except that the final payment of the debt herein evidenced will be made on or before September seventeen, of Two Thousand Thirteen (9/17/2013).--------
---------- RESTRUCTURING OF THIRD LOAN ------
--- A reamortization will be made to the loan, which as of September seventeen of Nineteen Hundred Ninety-eight (9/17/1998) has a balance of NINETY-SIX THOUSAND TWELVE DOLLARS AND SIXTY-SEVEN CENTS ($96,012.67) in principal and FORTY-SIX THOUSAND FIFTY DOLLARS AND SEVENTY-TWO CENTS ($46,050.72) in interests, for a new principal of ONE HUNDRED FORTY-TWO THOUSAND SIXTY-THREE DOLLARS WITH THIRTY-NINE CENTS ($142,063.39). The same will be for nineteen (19) years at the rate of five percent (5%) of annual interest.-------------
--- New payment plan: ELEVEN THOUSAND SEVEN

CERTIFIED To be a true and correct translation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. *[date]*

HUNDRED FIFTY-SIX DOLLARS ($11,756.00) on the

first of September of Nineteen Hundred Ninety-

nine (9/1/1999) and subsequent years until the

same is paid in full, except that the final

payment of the debt herein evidenced will be

made on or before September seventeen of two

thousand seventeen (9/17/2017).--------------

--- SIXTH: The appearing party of the second

part, in the capacity he bears, hands to me,

the Notary, the three promissory notes

guaranteed by the mortgages, who assures me

they have not been negotiated or encumbered in

any manner whatsoever by its present holder

and owner, the United States of America, and

once identified by me, the Notary, making sure

that they are the same promissory notes, I

proceed to place on the reverse of each one

the following note:------------------------

"The total amount of this promissory note and

the mortgage which guarantees the same has

been expanded and reamortized on September 17,

1998, giving a balance owed amounting to

$62,727.61 in principal, and $39,566.22 in

interests, for a new principal of $102,293.83,

CERTIFIED To be a true and correct trans-
lation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

which will earn interests at the rate of five
(5.000%) per annum, and since it was given a
partial deferment of zero years, it will be
paid in the following manner:----------------
--- $9,857.00 on or before January 9, 1999 and
subsequently on January 9th of each year,
except that the final installment of the debt
herein evidenced will be made on or before
September 1, 2013, as appears from deed number
SEVENTY-THREE (73) of September 17, 1999
before Notary Antonio Ortiz Rodríguez.    I
attest.   In Coamo, Puerto Rico, this 17th day
of September of 1998.    (Signed, marked,
flourished and sealed.)---------------------
--- "The total amount of this promissory note
and the mortgage which guarantees the same has
been expanded and reamortized on September 17,
1998, giving a balance owed amounting to
$31,850.34 in principal, and $14,723.38, which
will earn interests at the rate of five
(5.000%) per annum, and since it was given a
partial deferment of zero years, it will be
paid in the following manner:----------------
--- $4,488.00 on or before January 9, 1999 and

CERTIFIED To be a true and correct trans-
lation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

18

subsequently on January 9th of each year, except that the final installment of the debt herein evidenced debt will be made on or before September 1, 2013, as appears from deed number SEVENTY-THREE (73) of September 17, 1999 before Notary Antonio Ortiz Rodríguez. I attest. In Coamo, Puerto Rico, this 17th day of September 1998. (Signed, marked, flourished and sealed.)----------------------- "The total amount of this promissory note and the mortgage which guarantees the same has been expanded and reamortized on September 17, 1998, giving a balance due amounting to $96,012.67 in principal, and $46,050.72 in interests, for a new principal of $142,063.39, which will earn interests at the rate of five (5.000%) per annum, and since it was given a partial deferment of zero years, it will be paid in the following manner:---------------- --- $11,756.00 on or before January 9, 1999 and subsequently on January 9th of each year, except that the final installment of the debt herein evidenced will be made on or before September 1, 2013, as appears from deed number

CERTIFIED To be a true and correct trans-
lation from its original. *Aida*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.                    4/11/05

19

SEVENTY-THREE (73) of September 17, 1999 before Notary Antonio Ortiz Rodríguez. I attest. In Coamo, Puerto Rico, this 17th day of September 1998. (Signed, marked, flourished and sealed.)---------------------- --- SEVENTH: The contracting parties in this instrument agree as well that this reamortization agreement does not constitute an extinctive novation of the existing obligations (debts), which have herein been mentioned, since there is nor does there exist an incompatibility between said existing obligations (debts) and the modifications of the same under the terms and conditions herein stated, wherefore it is requested from the Honorable Registrar of the Property, that this be stated in the inscription of this document. --- EIGHTH: The debts which have referenced in this instrument of reamortization were contracted originally by the appearing party Ramón Norat Zayas and his ex-wife Myrta Leila Collazo Hernández, guaranteeing said debts through mortgage over the properties described in the FIRST paragraph of this deed.---------

CERTIFIED To be a true and correct translation from its original. *(signature)*
AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 4/11/07

20

--- NINTH: Through deed number SEVENTY-TWO (72) of September seventeen of Nineteen Hundred Ninety-eight (9/17/1998), executed before Notary Antonio Ortiz Rodríguez, Ramón Norat Zayas acquired through adjudication in the dissolution of the conjugal partnership he comprised with Myrta Leila Collazo Hernández, the properties described in the FIRST paragraph of this deed, and in consideration to the fact that Mr. Ramón Norat Zayas is the sole and exclusive owner of said properties, the mortgagee, represented herein by the appearing party of the SECOND PART, wishes to release from her responsibility as mortgagee in the aforementioned debts Mrs. Myrta Leila Collazo Hernández and releases her as such by this public instrument and through an administrative document entitled "RELEASE FROM PERSONAL LIABILITY" and it is requested from the Honorable Registrar of the Property that he make the corresponding annotations to that effect in the Registry of the Property.------

-------------- ACCEPTANCE ------------------

--- So stated and executed by the appearing

CERTIFIED To be a true and correct trans-
lation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.    4/11/0)

21

parties, after having waived the right I informed them they had to require the presence of attesting witnesses.----------------------

--- Having this deed been read by me, the Notary, to the executing parties, and also read by them personally, they ratify the same, affix their initials on each and every one of the pages of this deed and sign before me, the Notary, who as to everything that has been stated in this public instrument, I ATTEST.---

s/Ramón Norat Zayas

Notarial Seal of Antonio Ortiz Rodríguez affixed.

    Signed, sealed, marked and flourished.
    Antonio Ortiz Rogíuez, Notary Public.
    There appear on each page the initials of
    the executing parties and cancelled the
    corresponding   Internal   Revenue   and
    Notarial Tax stamps.}
        Is faithfully in agreement with the
    original which is in my protocol of
    public instruments of the same year under
    my custody and I issue this first
    certified copy on the place and date of
    its   execution   at   the   request   of
    Interested Party and it consists of 14
    pages.
                s/illegible
                Antonio Ortiz Rodríguez
                    Notary Public

CERTIFIED To be a true and correct trans-
lation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.   4/11/n

Recorded at pages 105, 139 and 128
Volumes: 102, 116 and 94 of Coamo
Properties 4173, 6006, 3621
Insc. 4th, 5th and 3rd

4173-(free of fees) I mean subject to mortgage
which is constituted by this document.

6006-    Subject to mortgage in favor of the
         Federal Reserve Bank of Balt, for
         $8,600.00.  Mtg. in favor of P.R.
         Production  Credit  Association  for
         #2,000.00  and  to  the  one  which  is
         constituted by this doc.

3621-    Subject by its origin to restrictive
         conditions and to easement in favor
         of  the  AAA,  AFF,  in  favor  of  the
         Municipality  of  Coamo  and  to  a
         mortgage  in  favor  of  Retirement
         System  of  the  Employees  of  the
         Commonwealth  of  Puerto  Rico  for
         $29,000.00. and to the one which is
         constituted  by  this  doc.   Bqtas,
         Dec. 29, 1977.
                            s/illegible
                                 Reg.


NO Fees
              (illegible note
                   2/14/78
                        s/illegible

CERTIFIED To be a true and correct trans-
lation from its original. *Aida* ~~~
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT. 4/11/07

--------- ESCRITURA NUMERO SETENTA Y TRES ---------

----- REAMORTIZACION DE PRESTAMO HIPOTECARIO ------

----------- MODIFICACION DE HIPOTECA Y-----------

- RELEVO DE RESPONSABILIDAD DE DEUDOR HIPOTECARIO -

---En la ciudad de Coamo, Puerto Rico, a los diecisiete días del mes de septiembre de mil novecientos noventa y ocho (17/9/1998).------------

-------------------- ANTE MI --------------------

---ANTONIO ORTIZ RODRIGUEZ, Abogado—Notario Público de la Isla de Puerto Rico, con residencia, vecindad y estudio abierto en Coamo, Puerto Rico.----------

-------------------- COMPARECE --------------------

---DE LA PRIMERA PARTE: RAMON NORAT ZAYAS, con número de seguro social ████████ mayor de edad, soltero, agricultor y vecino de Coamo, Puerto Rico, denominado EL DEUDOR HIPOTECARIO.------------------

---DE LA OTRA PARTE: ESTADOS UNIDOS DE AMERICA, actuando por conducto y a través de FARM SERVICE AGENCY a tenor con las disposiciones de la Ley del Congreso titulada `Consolidated Farmers Home Administration Act of 1961", según enmendada, Columbia-Estados Unidos de América, representado en este acto por DON ISMAEL LUIS ALFONZO REYES, seguro social ████████ y Seguro Social Patronal ████ ████, mayor de edad, casado, empleado y vecino de Isabela, Puerto Rico, en su carácter de Gerente de Crédito Agrícola (FARM SERVICE AGENCY) denominado el ACREEDOR HIPOTECARIO.----------------

---DOY FE de conocer personalmente a la compareciente y por sus dichos la doy de sus circunstancias personales, me asegura tener y a mi juicio tiene la capacidad legal necesaria para este otorgamiento y en tal virtud libremente,-----------

-------------------------EXPONE---------------------

---PRIMERO: Que el compareciente de la primera

parte es dueño en pleno dominio de las siguientes

propiedades inmuebles:------------------------------

A)---RUSTICA: Predio de terreno situado en el
Barrio Cuyón de la municipalidad de Coamo, Puerto
Rico, de una superficie de ciento veintitres
cuerdas con tres mil doscientos cinco diezmilésimas
de otra (123.3205) equivalentes a cuarenta y ocho
hectáreas, siete áreas, ochenta y nueve centiáreas,
que linda al Este, con terrenos de Fernando Pont;
al Oeste, con los de Monserrate y María Teresa; al
Norte, con los de Evelio Santiago; y al Sur, con
los de los hermanos Passalacqua.--------------------

---Inscrita al folio ciento noventa y dos (192),--

tomo ciento cuarenta y nueve (149), finca número--

trescientos setenta y seis (376) de Coamo, al-----

Registro de la Propiedad de Barranquitas.----------

---Afecta por si a:--------------------------------

---Hipoteca constituida por los esposos Ramón Norat

Zayas y Mirta L. Collazo en garantía de precio

aplazado a favor de Carmen Campoy Pardo casada con

José Maria Palau por la suma de TREINTA Y TRES MIL

DOLARES ($33,000.00), con intereses al cinco por

ciento (5%) anual, vencedero el dieciseis de enero

de mil novecientos ochenta y seis (16/1/1986). ----

---Embargo: En el Tribunal Superior de P.R. Sala de

Ponce en el CASO CIVIL # CS-83-1898 seguido por el

Banco Popular de P.R. versus Ramón Norat Zayas y la

sociedad de gananciales que tiene él y su esposa

Mirta L. Collazo se anotó un embargo sobre ésta

finca y otras más por la suma de VEINTISEIS MIL

DOLARES ($26,000.00) en cuanto a ésta finca la suma

de CUATRO MIL DOLARES ($4,000.00) por concepto de

honorarios de abogado.-----------------------------

---Hipoteca constituida por los esposos Ramón Norat

Zayas y Mirta L. Collazo sobre ésta finca y otras



Tomo: 149
Coamo
Folio: 194
Finca: 376
Insc 10ma

más en garantía de un pagaré a favor de Estados
Unidos de América actuando por conducto de la
Administración de Hogares de Agricultores por la
suma de TREINTA Y UN MIL OCHOCIENTOS CINCUENTA
DOLARES CON TREINTA Y CUATRO CENTAVOS ($31,850.34),
con intereses al seis y medio por ciento (6.50%)
anual, vencedero a los quince (15) años.-----------
---Hipoteca constituida por los esposos Ramón Norat
Zayas y Mirta L. Collazo sobre ésta finca y otra
mas en garantía de un pagaré a favor de Estados
Unidos de América actuando por conducto de la
Administración de Hogares de Agricultores por la
suma de SESENTA Y DOS MIL SETECIENTOS VEINTISIETE
DOLARES CON SESENTA Y UN CENTAVOS ($62,727.61), con
intereses al seis y medio por ciento (6.50%) anual,
vencedero a los quince (15) años. -----------------
---Embargo a favor del Estado Libre Asociado de
Puerto Rico por la suma de OCHENTA Y OCHO MIL
OCHOCIENTOS TREINTA Y DOS DOLARES CON OCHENTA Y
SIETE   CENTAVOS   ($88,832.87)   por   concepto   de
Contribución sobre Ingresos.----------------------
B)---RUSTICA: Predio de terreno radicado en el
Barrio Cuyón del término municipal de Coamo en
forma triangular compuesta de ciento cienta cuerdas
con  veintiseis  centésimas  de  otra  (150.26),
equivalentes a cincuenta y nueve (59) hectáreas,
cinco (5) áreas, y ochenta y dos (82) centiáreas, y
en colindancias por el Norte, con terrenos de Luis
Norat; Sur, Rafael Díaz y Juan Botas; Este, con
Juan Botas; Oeste, con Juan Botas, Luis Norat y
Rafael Díaz.--------------------------------------

---Inscrita al folio once (11), tomo ciento sesenta
(160), finca número cuatro mil ciento setenta y
tres (4173) de Coamo, al Registro de la Propiedad
de Barranquitas.----------------------------------
Afecta por si a:----------------------------------

---Hipoteca constituida por los esposos Ramón Norat
Zayas y Mirta L. Collazo Hernández sobre ésta finca
y otras más en garantía de un pagaré a favor de
Estados Unidos de América por la suma de SETENTA
MIL DOLARES ($70,000.00), con intereses al cinco
por ciento (5%) anual, vencedero a los cuarenta
(40) años.-------------------------------------------
---Embargo: En el Tribunal Superior de Puerto Rico,
Sala de Ponce, en el CASO CIVIL #CS 83-1898 seguido
por el Banco Popular de P.R. versus Ramón Norat
Zayas y la sociedad de gananciales compuesta por él
y su esposa Mirta L. Collazo, se anotó un embargo
sobre ésta finca y otras más en aseguramiento de la
efectividad de la sentencia que pueda recaer, se
embarga la finca descrita por la suma de
VEINTICINCO MIL DOLARES ($25,000.00), más la suma
de CUATRO MIL DOLARES ($4,000.00)por concepto de
honorarios de abogado.-------------------------------
---La hipoteca por la suma de SETENTA MIL DOLARES
($70,000.00) se reamortiza y modifica y según
liquidación al diecinueve de mayo de mil
novecientos ochenta y nueve (19/5/1989) dio un
saldo deudor montante a NOVENTA Y SIETE MIL
SETENTA Y CINCO DOLARES CON UN CENTAVO ($97,075.01)
de los cuales sólo la porción de NOVENTA Y
CINCO MIL SETECIENTOS SETENTA Y CINCO DOLARES
CON SETENTA Y TRES CENTAVOS ($95,775.73) devengará
intereses a razón del cinco por ciento (5%) anual;
MIL DOSCIENTOS NOVENTA Y NUEVE DOLARES CON
VEINTIOCHO CENTAVOS ($1,299.28) son intereses no
capitalizables y vencerá la deuda en o antes del
año dos mil diecisiete (2017).----------------------
---Hipoteca constituida por los esposos Ramón Norat





Zayas y Mirta L. Collazo sobre ésta finca y otras
más en garantía de un pagaré a favor de Estados
Unidos de América actuando por conducto de la
Administración de Hogares de Agricultores por la
suma de TREINTA Y UN MIL OCHOCIENTOS CINCUENTA
DOLARES CON TREINTA Y CUATRO CENTAVOS ($31,850.34)
de principal, intereses al seis y medio por cientos
(6.50%) anual, vencedero a los quince (15) años.--
---Hipoteca constituida por los esposos Ramón Norat
Zayas y Mirta L. Collazo sobre ésta finca y otras
más a favor de Estados Unidos de América actuando
por conducto de la Administración de Hogares de
Agricultores por la suma de SESENTA Y DOS MIL
SETECIENTOS    VEINTISIETE    DOLARES    CON
SESENTA Y UN CENTAVO ($62,727.61) de principal,
intereses al seis y medio por ciento (6.50%) anual,
vencedero a los quince (15) años.-------------------
---Embargo a favor del Estado Libre Asociado de
Puerto Rico por Contribución sobre Ingresos por la
suma de $88,832.87.---------------------------------

C)---RUSTICA: Parcela de terreno situada en el
Barrio Cuyón del término municipal de Coamo, Puerto
Rico, compuesta de veintiseis cuerdas con sesenta y
seis centésimas de otra (26.66), equivalentes a
diez (10) hectáreas, cuarenta y siete (47) áreas,
setenta y tres (73) centiáreas. En lindes por el
Norte, con límite jurisdiccional entre Coamo y
Aibonito que separa terrenos de Petronila González,
después de Librada Gutiérrez y Emilio Esteban,
ahora Espiridión Canino; por el Sur, a distancia de
ochentocientos treinta (830) metros con terrenos de
Elisa Aurelia Alvarado; y por el Oeste, con camino
municipal; Este, terrenos de la Sucesión de Joaquín
García.---------------------------------------------
---Inscrita al folio diecisiete (17), tomo ciento
sesenta (160), finca número seis mil seis (6006) de
Coamo, al Registro de la Propiedad de Barranquitas.
---Afecta por sí a:---------------------------------
---Hipoteca constituida por los esposos Ramón Norat

Zayas y Mirta Leila Collazo en garantía de un pagaré a la orden de The Federal Land Bank Of Baltimore por la suma de OCHO MIL SEISCIENTOS DOLARES ($8,600.00), con intereses al ocho y medio por ciento (8.50%) anual, vencedero el primero de enero del año dos mil dos (1/1/2002).--------------

---Hipoteca constituida por los esposos Ramón Norat Zayas y Mirta L. Collazo en garantía de un pagaré a la orden de la Puerto Rico Production Credit Association por la suma de DOS MIL DOLARES ($2,000.00), con intereses al ocho (8%) anual, vencedero a la presentación.----------------------

---Hipoteca constituida por los esposos Ramón Norat Zayas y Mirta L. Collazo sobre ésta finca y otras más a favor de Estados Unidos de América por la suma de SETENTA MIL DOLARES ($70,000.00), con intereses al cinco por ciento (5%) anual, vencedero a los cuarenta (40) años.-------------------------

---Embargo: En el Tribunal Superior de Puerto Rico Sala de Ponce en el CASO CIVIL #CS-83-1898 seguido por el Banco Popular de P.R. demandante versus Ramón Norat Zayas y la sociedad de gananciales compuesta por él y su esposa Mirta L. Collazo se anotó un embargo en cobro de dinero sobre ésta finca y otras más por la suma de DIEZ MIL DOLARES ($10,000.00), más la suma de CUATRO MIL DOLARES ($4,000.00) por concepto de honorarios de abogados.

---La hipoteca por la suma de SETENTA MIL DOLARES ($70,000.00) constituida a favor de Estados Unidos de América que motivó la inscripción 5ta se modifica y reamortiza por los deudores hipotecarios y por Estados Unidos de América arrojando al día diecinueve de mayo de mil novecientos ochenta y

nueve (19/5/1989) un saldo deudor de NOVENTA
Y SIETE MIL SETENTA Y CINCO DOLARES CON UN
CENTAVO ($97,075.01) de los cuales solo la porción
de NOVENTA Y CINCO MIL SETECIENTOS SETENTICINCO
DOLARES CON SETENTA Y TRES CENTAVOS ($95,775.73)
devengará interés al cinco por ciento (5%) anual; y
MIL DOSCIENTOS NOVENTA Y NUEVE DOLARES CON
VEINTIOCHO CENTAVOS ($1,299.28) son intereses no
capitalizables; vencedero en o antes del año dos
mil diecisiete (2017).------------------------------



---Hipoteca constituida por los esposos Ramón Norat
Zayas y Mirta L. Collazo sobre ésta finca y otras
más en garantía de un pagaré a favor de Estados
Unidos de América actuando por conducto de la
Administración de Hogares de Agricultores por la
suma de TREINTA Y UN MIL OCHOCIENTOS CINCUENTA
DOLARES CON TREINTA Y CUATRO CENTAVOS ($31,850.34)
de principal, intereses al seis y medio por ciento
(6.50%) anual, vencedero a los quince (15) años.--



---Hipoteca constituida por los esposos Ramón Norat
Zayas y Mirta L. Collazo sobre ésta finca y otras
más en garantía de un pagaré a favor de Estados
Unidos de América actuando por conducto de la
Administración de Hogares de Agricultores por la
suma de SESENTA Y DOS MIL SETECIENTOS VEINTISIETE
DOLARES CON SESENTA Y UN CENTAVOS ($62,727.61) de
principal, intereses al seis y medio por ciento
(6.50%) anual, vencedero a los quince (15) años.--



---Embargo a favor del Estado Libre Asociado de
Puerto Rico por la suma de OCHENTA Y OCHO MIL
OCHOCIENTOS TREINTA Y DOS DOLARES CON OCHENTA
Y SIETE CENTAVOS ($88,832.87) por concepto de
contribucion sobre ingresos.-----------------------



---Adquirió el compareciente de la primera parte
la propiedad antes descrita mediante adjudicación
en la liquidación de la sociedad de gananciales
que componia con doña Myrta Leila Collazo Hernández
según consta en la escritura número setenta y dos
(72)del diecisiete de septiembre de mil novecientos
noventa y ocho (17/9/1998) otorgada en Coamo,
Puerto Rico, ante el Notario Antonio Ortiz
Rodríguez.------------------------------------------
---SEGUNDO: Con el fin de reamortizar deudas
hipotecarias por la cantidades de CIENTO DOS MIL
DOSCIENTOS NOVENTA Y TRES DOLARES CON OCHENTA Y
TRES CENTAVOS ($102,293.83), más CUARENTA Y SEIS
MIL QUINIENTOS SETENTA Y TRES DOLARES CON SETENTA Y
DOS CENTAVOS ($46,573.72), más CIENTO CUARENTA Y
DOS MIL SESENTA Y TRES DOLARES CON TREINTA Y NUEVE
CENTAVOS ($142,063.39), garantizadas por pagarés
individuales, para un total de DOSCIENTOS NOVENTA
MIL NOVECIENTOS TREINTA DOLARES CON NOVENTA Y
CUATRO CENTAVOS ($290,930.94) solicitó y obtuvo el
consentimiento del acreedor hipotecario, Estados
Unidos de América, actuando por conducto y a través
de FARM SERVICE AGENCY en conformidad con la Ley
del Congreso titulada "Consolidated Farmers Home
Administration Act of 1961" y el reglamento
aprobado al efecto para  reamortizar la deudas
hipotecarias.---------------------------------------
---TERCERO: Manifiesta el compareciente de la
primera parte que son de su propio y personal
conocimiento todas y cada una de las obligaciones,
cláusulas y estipulaciones contenidas o mencionadas
en las escrituras de hipoteca y en este acto en
forma clara, solemne y terminantemente se obliga a
cumplir todas y cada una de dichas obligaciones,

cláusulas y estipulaciones requeridas por la Administración de FARM SERVICE AGENCY.-------------- ---------- REAMORTIZACION Y MODIFICACION ----------- ----------DE PAGO DE PAGARE E HIPOTECA----------- ---QUINTO: Manifiesta el compareciente de la segunda parte en el carácter que ostenta, que habiendo sido aceptado el deudor hipotecario compareciente de la primera parte, para recibir los beneficios de la Ley del Congreso, según enmendada ha convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca en la siguiente forma:-------------------- -------REESTRUCTURACIÓN DEL PRIMER PRESTAMO------- ---Se hará una restructuración al préstamo, el cual al diecisiete de septiembre de mil novecientos noventa y ocho (17/9/1998) tiene un balance de TREINTA Y UN MIL OCHOCIENTOS CINCUENTA DOLARES CON TREINTA Y CUATRO CENTAVOS ($31,850.34) de principal y CATORCE MIL SETECIENTOS VEINTITRES DOLARES CON TREINTA Y CUATRO CENTAVOS ($14,723.38) de intereses, para un nuevo principal de CUARENTA Y SEIS MIL QUINIENTOS SETENTA Y TRES DOLARES CON SETENTA Y DOS CENTAVOS ($46,573.72). La misma será por quince (15) años al cinco por ciento (5.00%) de interés anual.------------------------------------ ---Nuevo plan de pago: CUATRO MIL CUATROCIENTOS OCHENTA Y OCHO DOLARES ($4,488.00) en primero de septiembre de mil novecientos noventa y nueve (1/9/1999) y en años subsiguientes hasta que el mismo sea pagado en su totalidad, excepto que el plazo final de la deuda aquí evidenciada se hará en o antes del diecisiete de septiembre del dos mil trece (17/9/2013).------------------------------- ------ REESTRUCTURACION DEL SEGUNDO PRESTAMO ------ ---Se hará un restructuración al préstamo el cual

al diecisiete de septiembre de mil novecientos noventa y ocho (17/9/1998) tiene un balance de SESENTA Y DOS MIL SETECIENTOS VEINTISIETE DOLARES CON SESENTA Y UN CENTAVOS ($62,727.61) de principal y TREINTA Y NUEVE MIL QUINIENTOS SESENTA Y SEIS DOLARES CON VEINTIDOS CENTAVOS ($39,566.22) de intereses para un nuevo balance de CIENTO DOS MIL DOSCIENTOS NOVENTA Y TRES DOLARES CON OCHENTA Y TRES CENTAVOS ($102,293.83). La misma será por quince (15) años al cinco por ciento (5.00%) de interés anual. -----------------------------------

---Nuevo plan de pago: NUEVE MIL OCHOCIENTOS CINCUENTA Y SIETE DOLARES ($9,857.00) en primero de septiembre de mil novecientos noventa y nueve (1/9/1999) y en años subsiguientes hasta que el mismo sea pagado en su totalidad, excepto que el pago final de la deuda aquí evidenciada se hará en o antes del diecisiete de septiembre del dos mil trece (17/9/2013).-----------------------------------

-------REESTRUCTURACION DEL TERCER PRESTAMO-------

---Se hará una reamortización al préstamo, el cual al diecisiete de septiembre de mil novecientos noventa y ocho (17/9/1998) tiene un balance de NOVENTA Y SEIS MIL DOCE DOLARES CON SESENTA Y SIETE CENTAVOS ($96,012.67) de principal y CUARENTA Y SEIS MIL CINCUENTA DOLARES CON SETENA Y DOS ($46,050.72) de intereses para un nuevo principal de CIENTO CUARENTA Y DOS MIL SESENTA Y TRES DOLARES CON TREINTA Y NUEVE CENTAVOS ($142,063.39). La misma será por diecinueve (19) años al cinco por ciento (5.00%) de interés anual.--------------------

---Nuevo plan de pago: ONCE MIL SETECIENTOS CINCUENTA Y SEIS DOLARES ($11,756.00) en primero de septiembre de mil novecientos noventa y nueve (1/9/1999) y en años subsiguientes hasta que el



mismo sea pagado en su totalidad, excepto que el plazo final de la deuda aquí evidenciada, se hará en o antes del diecisiete de septiembre del dos mil diecisiete (17/9/2017).--------------------------

---SEXTO: El compareciente de la segunda parte, en el carácter que ostenta, me entrega a mí, el Notario, los tres pagarés garantizados con las hipotecas, quien me asegura no han sido negociados ni gravados en forma alguna por su actual tenedor y poseedor Estados Unidos de América y una vez identificados por mí, el Notario, cerciorándome que se tratan del mismo pagaré, procedo a poner al dorso de cada uno la siguiente nota:--------------- "El importe de este pagaré y la hipoteca que lo garantiza, ha sido ampliado y reamortizado al 17 de septiembre de 1998, dio un saldo deudor montante a $62,727.61 de principal, y $39,566.22 de intereses para un nuevo principal de $102,293.83, el cual devengará intereses a razón de un cinco (5.00%) anual y por habersele dado un diferimiento parcial de cero años habrá de ser pagada en la siguiente forma:---------------------------------------------- ---$9,857.00 en o antes del 9 de enero de 1999 y subsiguiente en el 9 de enero de cada año excepto que el plazo final de la deuda aquí evidenciada se hará en o antes del 1 de septiembre de 2013 según consta de la escritura número SETENTA Y TRES (73)de 17 de septiembre de 1998 ante el Notario Antonio Ortiz Rodríguez. Doy fe. En Coamo, Puerto Rico, a 17 de septiembre de 1998. (Firmado, signado, rubricado y sellado)".--------------------------- "El importe de este pagaré y la hipoteca que lo garantiza, ha sido ampliado y reamortizado al 17 de septiembre de 1998, dio un saldo deudor montante a $31,850.34 de principal, y $14,723.38 de intereses

para un nuevo principal de $14,723.38, el cual devengará intereses a razón de un cinco (5.00%) anual y por habersele dado un diferimiento parcial de cero años habrá de ser pagada en la siguiente forma:------------------------------------------------
---$4,488.00 en o antes del 9 de enero de 1999 y subsiguiente en el 9 de enero de cada año excepto que el plazo final de la deuda aquí evidenciada se hará en o antes del 1 de septiembre de 2013 según consta de la escritura número SETENTA Y TRES (73) de 17 de septiembre de 1998 ante el Notario Antonio Ortiz Rodriguez. Doy fe. En Coamo, Puerto Rico, a 17 de septiembre de 1998. (Firmado, signado, rubricado y sellado)".------------------------------
El importe de este pagaré y la hipoteca que lo garantiza, ha sido ampliado y reamortizado al 17 de septiembre de 1998, dio un saldo deudor montante a $96,012.67 de principal, y $46,050.72 de intereses para un nuevo principal de $142,063.39, el cual devengará intereses a razón de un cinco (5.00%) anual y por habersele dado un diferimiento parcial de cero años habrá de ser pagada en la siguiente forma:------------------------------------------------
---$11,756.00 en o antes del 9 de enero de 1999 y subsiguiente en el 9 de enero de cada año excepto que el plazo final de la deuda aquí evidenciada se hará en o antes del 1 de septiembre de 2013 según consta de la escritura número SETENTA Y TRES (73) de 17 de septiembre de 1998 ante el Notario Antonio Ortiz Rodriguez. Doy fe. En Coamo, Puerto Rico, a 17 de septiembre de 1998. (Firmado, signado, rubricado y sellado)".------------------------------
---SEPTIMO: Las partes contratantes en este instrumento convienen asimismo, que este convenio de reamortización no constituye una novación




extintiva de las obligaciones (deudas) existentes a
las cuales ya se ha hecho mención, por no haber ni
existir incompatibilidad entre dichas obligaciones
(deudas) existentes y las modificaciones de la
mismas bajo los términos y condiciones aquí
consignados, por lo que se ruega al Honorable
Registrador de la Propiedad, que así se haga
constar en la inscripción de este documento.--------
---OCTAVO: Las deudas a las cuales se hace
referencia en el presente instrumento de
reamortización de deudas fueron contraidas en su
origen por el compareciente Ramón Norat Zayas y su
ex-esposa doña Myrta Leila Collazo Hernández
garantizándose las deudas mediante hipotecas sobre
la fincas descritas en el párrafo PRIMERO de esta
escritura.-----------------------------------------
---NOVENO: Mediante la escritura número SETENTA Y
DOS (72) del día diecisiete de septiembre de mil
novecientos noventa y ocho (17/9/1998) otorgada
ante el Notario Antonio Ortiz Rodríguez, don Ramón
Norat Zayas adquirió por adjudicación de la
disolución de la sociedad de gananciales que
componía con doña Myrta Leila Collazo Hernández las
fincas descritas en el párrafo PRIMERO de esta
escritura, y en consideración a que el señor Ramón
Norat Zayas es el único y exclusivo propietario de
dichas fincas, el acreedor hipotecario, representado
en este acto por el compareciente de la SEGUNDA
PARTE, interesa relevar de su responsabilidad como
deudor hipotecario de las deudas mencionada a la
señora Myrta Leila Collazo Hernández y la releva
como tal mediante este instrumento público y
mediante documento administrativo denominado
"RELEASE FROM PERSONAL LIABILITY" y se ruega al
Honorable Registrador de la Propiedad que haga las



correspondientes anotaciones a esos efectos en el Registro de la Propiedad.----------------------------

-----------------------ACEPTACION------------------

---Asi lo dicen y otorgan los comparecientes, luego de haber renunciado al derecho que les hice saber tenian para requerir la presencia de testigos instrumentales.--------------------------------

---Y leida la presente escritura, por mi, el Notario a los otorgantes y también leida por ellos personalmente, en la misma se ratifican, fijan sus iniciales en todos y cada uno de los folios de esta escritura y firman ante mí, y conmigo, el Notario, que de todo cuanto queda consignado anteriormente en el presente documento público, DOY FE.---------

*notificado hoy*
*6 octubre 2000*

Suspendido Término de Caducidad de 60
días por haberse recibido hoy documento
para la corrección de falta.
*Bata*, P. R. a 5 de dic de 2000
*Cruz Rivera Martin*
Registrador u Oficial

*Registrado el presente*
*documento allí donde*
*se indica en la nota al*
*margen de cada una de*
*la descripción de los fincas*
*Barrosquita, a 11 de diciembre*
*2000.*
*Sin Dros.*

**CERTIFICATION**

I, Juan M. Ortiz Serbiá, of legal age, married,
a resident of Guayama, Puerto Rico. In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of the
original document which I have under my
custody.

San Juan, Puerto Rico

**JUAN M. ORTIZ SERBIÁ**
**State Executive Director**

Form FmHA 1940-17(S)
(Rev. 12-88)

*44-12*

| TYPE OF LOAN |
|---|
| ❑ Regular |
| Type: <u>OL</u>    X Limited Sources |
| In accordance with: |
| X Consolidated Farm and Rural Development Act |
| ❑ Emergency Agricultural Credit Adjustment Act of 1978 |

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARMERS HOME ADMINISTRATION**

**PROMISSORY NOTE**

| NOTE REQUIRED FOR: | |
|---|---|
| ❑ Initial Loan | X Restructuring |
| ❑ Subsequent Loan | ❑ Re-amortization |
| ❑ Consolidation and | ❑ Consolidation |
| Subsequent Loan | ❑ Debt Reduction |
| ❑ Sale on Credit | |
| ❑ Deferred Payments | |
| ❑ Easement Consolidation | |

| Name |
|---|
| RAMON NORAT ZAYAS |

| State | Office |
|---|---|
| PUERTO RICO | COAMO |

| Case Number | Date |
|---|---|
| 63-26-584143915 | MAY 19, 1989 |

| Fund Code | Loan Number |
|---|---|
| 44 | 08 |

**FOR VALUE RECEIVED,** the undersigned Borrower(s) and any other co-signer do jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereinafter referred to as the "Government"), or its assignee, at its offices in <u>COAMO, PUERTO RICO,</u> or another place designated in writing by the Government, the principal amount of <u>SIXTY-TWO THOUSAND SEVEN HUNDRED [Illegible]-SEVEN DOLLARS AND SIXTY-ONE</u> dollars ($<u>62,727.61</u>) plus interest on the unpaid principal at <u>SIX [Illegible] PERCENT (6.5%)</u> per annum and <u>ONE THOUSAND FIVE HUNDRED EIGHTEEN DOLLARS AND NINETY-ONE</u> dollars ($<u>1,518.91</u>) of interest that may not be capitalized. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE,** in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis, and shall notify Borrower by mail at his/her last known address thirty (30) days in advance. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in <u>16</u> installments, as stated below, unless modified by a different interest rate, on or before the following dates:

$<u>0.00</u> on <u>0101</u>, 19<u>90</u> ;   $<u>0.00</u> on <u>0101</u>, 19<u>91</u> ;
$_____ on _____, 19_____ ;   $_____ on _____, 19_____ ;
$_____ on _____, 19_____ ;   $_____ on _____, 19_____ ;
$_____ on _____, 19_____ ;   $_____ on _____, 19_____ ;
$_____ on _____, 19_____ ;   $_____ on _____, _____ ;
$_____ on _____, 19_____ ;   $_____ on _____, _____ ;

and $<u>8,039.00</u> each year thereafter until the principal and interests are completely paid, except the final payment on the debt established herein, which, if not sooner paid, shall mature and become due and payable <u>15 years</u> from the date of this promissory note, with the exception that advance payments may be made as provided below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the closing date, the loan shall be forwarded to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown in the Advance Payment Log at the end of this promissory note. Borrower authorizes the Government to record the amount(s) and date(s) of such advance payment(s) in the Advance Payment Log.

Interest accumulated for over ninety (90) days on each promissory note that is re-amortized, consolidated, or re-structured must be added to the principal and this new principal shall accrue interest at the percentage rate established by this document.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued during the deferment period, second to interest computed as of the effective date of payment, and lastly to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government does assign this promissory note and insure payment of the same, Borrower shall continue making payments to the Government as the holder's collection agent.

Whenever this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder or, except for the final payment, such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of each payment made by the borrower, except payments retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of the Treasury check remitted by the Government to the holder. The effective date of any payment retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled that accrues between the effective date of such advance payments and the date of the Treasury check remitted to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or invested in any way under the terms of any security agreement or other instrument granted in relation to the loan herein established shall, at the Government's option, become part of the loan and shall accrue interest at the same rate as the principal of the debt herein established and shall be immediately due and payable by the Borrower to the Government without need of payment order.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this loan is made to a Farm Owner (FO).

If "Consolidation and Subsequent Loan," "Debt Reduction," "Consolidation," "Restructuring" or "Re-amortization" is marked in the upper box of the first page under the section "Note Required For," this promissory note is granted to consolidate, re-amortize or as evidence of a restructuring, but not in satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| LOAN CODE AND NUMBER | PROMISSORY NOTE VALUE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

The security documents taken in relation to the loans established by these described promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or restructuring. These security instruments shall remain in effect and the security offered for the loans established by the described promissory notes shall remain as guaranty for the loan established by this promissory note and for any other related obligations.

**REFINANCING AGREEMENT (GRADUATION)**: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at an interest rate and on terms deemed reasonable for loans of similar purposes time periods and considerations, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**CONSERVATION AGREEMENT FOR HIGHLY-ERODIBLE SOILS AND WETLANDS**: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, subsection G of Part 1940 of 7CFR. If (1) the loan period extends beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower attempts to produce crops on highly-erodible soils exempt from the restrictions under Exhibit M until January 1, 1990, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the borrower's farm, whichever occurs later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must show that he/she is actively applying a soil conservation plan on the highly-erodible land that has been approved by the Soil Conservation Service (SCS) or by the corresponding Soil Conservation District if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he/she must show that any crop production on highly-erodible land after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or the Conservation District, in accordance with the requirements of the Soil Conservation Service.

[Translator's Note: Scanned Spanish language document includes a cut-off portion of the following page at the bottom of this page.]

[Translator's Note: Scanned Spanish language document includes a cut-off portion of the preceding page at the top of this page.]

[First line illegible]
due or violation of any condition any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default under the terms of this promissory note. **UPON ANY SUCH DEFAULT**, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box **'TYPE OF LOAN**." This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

|  |  |  |
|---|---|---|
| | [Signature] | |
| | RAMON NORAT ZAYAS | (Borrower) |
| (SEAL) | | |
| | [Signature] | |
| | MYRTA LEILA COLLAZO HERNANDEZ | (Borrower) |
| (SEAL) | | |
| | URB. VISTA DEL SOL | |
| | (Borrower's Address) | |
| | CALLE E#51 | |
| | COAMO, PUERTO RICO 00640 | |

### ADVANCE PAYMENT REGISTRY

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ | | | | | |
| $ | | | | | |
| $ | | | | | |
| $ | | | TOTAL | $ | |

CERTIFICATION

I, Juan M. Ortiz Serbia, of legal age, married a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico
[Signature]
JUAN M. ORTIZ SERBIA
State Executive Director

"THE AMOUNT OF THIS PROMISSORY NOTE AND THE MORTGAGE THAT GUARANTEES IT, RE-AMORTIZED ON MAY 19, 1989, RESULTS IN A TOTAL BALANCE OWED OF $64,246.52, AT AN INTEREST RATE OF 14 PERCENT PER ANNUM OF WHICH ONLY THE PORTION OF 62,727.61 SHALL ACCRUE INTEREST AT A RATE OF 6.50% PERCENT PER ANNUM, AS THE AMOUNT OF $1,518.91 IS INTEREST THAT MAY NOT BE CAPITALIZED AND BECAUSE IT A PARTIAL DEFERRAL OF TWO YEARS HAS BEEN GRANTED TO BE PAID AS FOLLOWS:

$8,039.00 ON OR BEFORE 1-1-92

$8,039.00 ON OR BEFORE EACH JANUARY SUBSEQUENT, EXCEPT THAT THE FINAL INSTALLMENT OF THE DEBT EVIDENCED HEREIN SHALL BE MADE ON OR BEFORE MAY 19, 2004, ACCORDING TO DEED NUMBER DATED THIS SAME DAY, BEFORE THE NOTARY ARQUIMEDES GIERBOLINI, I DO ATTEST.

IN COAMO, PUERTO RICO, ON MAY 19, 1989.


[Seal]

[Signature]

ARQUIMEDES GIERBOLINI

ADDENDUM FOR DIFFERED INTEREST:

ADDENDUM TO THE PROMISSORY NOTE DATED MAY 19, 1989, IN THE ORIGINAL AMOUNT OF $62,727.61 AND 6.50% ANNUAL INTEREST.

THIS AGREEMENT AMENDS AND IS ATTACHED TO THE PROMISSORY NOTE INDICATED ABOVE. A TOTAL OF $116.84 OF EACH REGULAR PAYMENT ON THE PROMISSORY NOTE SHALL BE APPLIED TO THE INTEREST ACCUMULATED DURING THE DEFERRAL PERIOD. THE REMAINDER OF THE REGULAR PAYMENT SHALL BE APPLIED ACCORDING TO SEC. 7-CFR, SUB-PART A OF THE PART 1951. WE AGREE TO SIGN A SUPPLEMENTARY PAYMENTS AGREEMENT AND MAKE ADDITIONAL PAYMENTS IF DURING THE DEFERRAL PERIOD WE HAVE A SUBSTANTIAL INCREASE IN INCOME AND OUR ABILITY TO PAY.


_____May 19, 1989_____          _____[Signature]_____
           DATE                         MORTGAGOR


                                     _____[Signature]_____
                                        WIFE

The amount of this promissory note and the mortgage that guarantees it, has been extended and re-amortized as of September 17, 1998, resulting in a balance owed of $62,727.61 of principal, and $39,566.22 of interest for a new principal amount of $102,293.83, which shall accrue interest at a rate of five (5.00%) per annum, and as a partial deferral of zero years has been given, it shall be paid as follows:

$9,857.00 on or before January 9, 1999, and subsequently on January 9 of each year, except that the final installment on the debt evidenced herein shall be made on or before September 1, 2013, according to deed number SEVENTY-THREE (73) dated September 17, 1998, before the Notary Antonio Ortíz Rodríguez, I do attest.   In Coamo, Puerto Rico, on September 17, 1998.


[Signature]                              [Seal]

ANTONIO ORTÍZ RODRÍGUEZ

Formulario FmHA 1940-17(S)
    (Rev. 12-88)

44 - 12

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: __OL__ | ☐ Regular |
| | ☒ Recursos Limitados |
| De acuerdo a: | |
| ☒ Consolidated Farm and Rural Development Act | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | |

| Nombre  RAMON NORAT ZAYAS | | | ACCION QUE REQUIERE PAGARE | |
|---|---|---|---|---|
| Estado PUERTO RICO | Oficina COAMO | | ☐ Préstamo Inicial | ☒ Restructuración |
| Caso Num. 63-26-584143915 | Fecha 19 DE MAYO DE 1989 | | ☐ Préstamo Subsiguiente | ☐ Reamortización |
| Clave de Fondos 44 | Num. de Prestamo 08 | | ☐ Consolidación y Préstamo Subsiguiente | ☐ Consolidación |
| | | | ☐ Venta a Crédito | ☐ Reducción de Deuda |
| | | | ☐ Pagos Diferidos | |
| | | | ☐ Servidumbre de Conservación | |

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidaria-
mente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de
Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en —COAMO, PUERTO RICO————————————————————

o en otro sitio designado por el Gobierno por escrito, la suma principal de SESENTA Y DOS MIL SETECIENTOS

ISIETE CON SESENTA Y UNO——————dólares($62,727.61—— ) más intereses sobre el principal adeudado al SEIS

IO         PORCIENTO ( 6 %) anual y _MIL QUINIENTOS DIECIOCHO CON NOVENTA Y UNO__ dólares ($ 1,518.91——)
de intereses no Capitalizados. Si este pagaré es para un prestamo de Recursos Limitados (indicado en el encasi-
llado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los regla-
mentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por
correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no
deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de
Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en _16_ plazos, según indicado abajo, excepto si es modificado por un
tipo de interés diferente en o antes de las siguientes fechas:

$ _0.00_ en _0101_ de 19_90_       $ _0.00_ en _0101_ de 19_91_

$ _____ en _____ de 19___       $ _____ en _____ de 19___

$ _____ en _____ de 19___       $ _____ en _____ de 19___

$ _____ en _____ de 19___       $ _____ en _____ de 19___

$ _____ en _____ de 19___       $ _____ en _____ de _____

$ _____ en _____ de 19___       $ _____ en _____ de _____

y $ _8,039.00_____ , subsiguientemente cada año hasta que el principal e intereses sean completamente pagados
excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero
en 15 años a partir de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee
mas abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al
Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será
dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán
intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de
Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y
fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90)
días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses
a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados
durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al
principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cederá este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de pago anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente","Reducción de Deuda","Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION): Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS: El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro. de enero de 1995. El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Presta---... asegurada o garantizada por el Gobier... en cualquier otro i...
términos de este pagaré. CONSTITU... ...imiento bajo cualquier otro instrum...

por el Servicio de Conservacion de Suelos.

del Servicio de Conservacion de Suelos.

~~~~~~~~~~~~~ el plazo de pago, su vencimiento de cualquier deuda aqui evidenciada o el incumplimiento de cualquier condicion o acuerdo bajo este documento constituira incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituira incumplimiento bajo los terminos de este pagare, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opcion, podra declarar toda o parte de dicha deuda vencida y pagadera irmediatamente.

Este pagare se otorga como evidencia de un prestamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de prestamo segun indicado en el encasillado "CLASE DE PRESTAMO". Este pagare esta sujeto a los reglamentos presentes de la Administracion de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aqui consignadas.

Presentacion, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

RAMON NORAT ZAYAS     (Prestatario)

(SELLO)

                                                (Prestatario)

MYRTA LEILA COLLAZO HERNANDEZ

URB. VISTA DEL SOL
(Direccion del Prestatario)

CALLE E#51

COAMO, PUERTO RICO   00640

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ |  | $ |  | $ |  |
| $ |  | $ |  | $ |  |
| $ |  | $ |  | $ |  |
| $ |  | $ |  | $ |  |

TOTAL | $

**CERTIFICATION**

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIA
State Executive Director

Agricultura                    POSICION 2                Formulario FmHA 1940-17(S)
                                                                (Rev. 12-88)

"EL IMPORTE DE ESTE PAGARE Y LA HIPOTECA QUE LO GARANTIZA, REAMORTIZADO AL 19 DE MAYO DE 1989, DIO UN SALDO DEUDOR MONTANTE A $64,246.52, A RAZON DEL 14 PORCIENTO ANUAL DE LOS CUALES SOLO LA PORCION DE 62,727.61 DEVENGARA INTERESES A RAZON DE UN 6.50% PORCIENTO DE INTERES ANUAL, YA QUE LA CANTIDAD DE $1,518.91 SON INTERESES NO CAPITALIZABLES Y POR HABERSELE CONCEDIDO UN DIFERIMIENTO PARCIAL DE DOS AÑOS HABRA DE SER PAGADO EN LAS SIGUIENTE FORMA:

$8,039.00 EN O ANTES DE 1-1-92

$8,039.00 EN O ANTES DE CADA ENERO SUBSIGUIENTE, EXCEPTO QUE EL PLAZO FINAL DE LA DEUDA AQUI EVIDENCIADA SE HARA EN O ANTES DE 1º DE MAYO DEL AÑA 2004, SEGUN CONSTA DE LA ESCRITURA NUMERO DE ESTA MISMA FECHA, ANTE EL NOTARIO ARQUIMEDES GIERBOLINI.  DOY FE.

EN COAMO, PUERTO RICO, A 19 DE MAYO DE 1989.

ARQUIMEDES GIERBOLINI
ABOGADO - NOTARIO

ADDENDUM POR INTERESES DIFERIDOS:

ADDENDUM AL PAGARE FECHADO DEL 19 DE MAYO DE 1989 POR LA
CANTIDAD ORIGINAL DE $62,727.61 Y 6.50% DE INTERESES ANUAL.
ESTE ACUERDO ENMIENDA Y SE ADHIERE AL PAGARE APRIBA INDICADO.
A SUMA DE $116.84 DE CADA PAGO REGULAR EN EL PAGARE SERA
APLICADO AL INTERES QUE SE ACUMULE DURANTE EL PERIODO DE
DIFERIMIENTO.  EL REMANENTE DE PAGO REGULAR SERA APLICADO DE
ACUERDO A LA SEC. 7-CFR, SUB PARTE A DE LA PARTE 1951.
NOSOTROS ACORDAMOS FIRMAR UN ACUERDO DE PAGO SUPLEMENTARIOS Y
HACER PAGOS ADICIONALES SI DURANTE EL PERIODO DE DIFERIMIENTO
TENEMOS UN AUMENTO SUSTANCIAL EN INGRESOS Y HABILIDAD DE
PAGO.

19 de mayo de 1989
FECHA

PRESTATARIO

ESPOSA

44-12

El importe de este pagare y la hipoteca que lo garantiza, ha sido ampliado y reamortizado al 17 de septiembre de 1998, dio un saldo deudor montante a $62,727.61 de principal, y $39,566.22 de intereses para un nuevo principal de $102,293.83, el cual devengará intereses a razón de un cinco (5.00%) anual y por habersele dado un diferimiento parcial de cero años habrá de ser pagada en la siguiente forma:------ ---$9,857.00 en o antes del 9 de enero de 1999 y subsiguiente en el 9 de enero de cada año excepto que el plazo final de la deuda aquí evidenciada se hará en o antes del 1 de septiembre de 2013 según consta de la escritura número SETENTA Y TRES (73)de 17 de septiembre de 1998 ante el Notario Antonio Ortiz Rodríguez. Doy fe. ----En Coamo, Puerto Rico, a 17 de septiembre de 1998.

ANTONIO ORTIZ RODRIGUEZ

ANTONIO ORTIZ RODRIGUEZ
Y AL FINAL...
ABOGADO - NOTARIO

COPY



ADDENDUM POR INTERESES DIFERIDOS

ADDENDUM AL PAGARE FECHADO 19 DE MAYO DE 1989 POR LA CANTIDAD ORIGINAL DE $62,727.61 AL 6.5% DE INTERES ANUAL.

ESTE ACUERDO SE ENMIENDA Y SE ADHIERE AL PAGARE ARRIBA INDICADO. LA SUMA DE $        DE CADA PAGO REGULAR EN EL PAGARE SERA APLICADO AL INTERES QUE SE ACUMULE DURANTE EL PERIODO DE DIFERIMIENTO. EL REMANENTE DE PAGO REGULAR SERA APLICADO DE ACUERDO A LA SEC. 7-CFR, SUB PARTE A DE LA PARTE 1951. ME COMPROMETO A FIRMAR UN ACUERDO DE PAGO SUPLEMENTARIOS Y HACER PAGOS ADICIONALES SI DURANTE EL PERIODO DE DIFERIMIENTO TENGO UN AUMENTO SUBSTANCIAL EN INGRESOS Y HABILIDAD DE PAGO.

17 de septiembre de 1998

RAMON NORAT ZAYAS

Forma FmHA 427-1(S) PR
(Rev. 10-82)

------------------NUMERO CUARENTA Y TRES------------------
NUMBER

------------------HIPOTECA VOLUNTARIA------------------
VOLUNTARY MORTGAGE

En   la ciudad de Coamo, Puerto Rico, a los diecinueve----
la días del mes de mayo de mil novecientos ochenta y------
nueve.------------------------------------------------------

------------------ANTE MI------------------
BEFORE ME

------------------ARQUIMEDES GIERBOLINI------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
Attorney and Notary Public for the Island of Puerto Rico, with resident in     Coamo,------

y oficina en                          Puerto Rico.
and office in
Puerto Rico------          Coamo, Puerto Rico.------

------------------COMPARECEN------------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage--

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances------

aparecen de dicho párrafo.------------------------------------------------------
appear from said paragraph.--

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.------------------------------
statements which I believe to be true of their age, civil status, profession and residence.--

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.------------------------------------------------------------------------
voluntary  mortgage.--

------------------EXPONEN------------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same---- .

denominada de aquí en adelante "los bienes".------------------------------
hereinafter referred to as "the property",--

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.------------------------------------
specified in paragraph ELEVENTH herein.--

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States of

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,--

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with--

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————

hayan estimado sobre la propiedad hipotecada.———————————
estimated against the property.————

CUARTO: Se sobreentiende que:———————————————
FOURTH: It is understood that:————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.———————————————————
will be the insured lender.————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal————

tereses de dicho pagaré.———————————————————
and interest.————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado
the mortgagee by agreement with the insured lender————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".———————————
ments on the note, to be designated the "annual charge".————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————

- 2 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.——————————————————
supplementary agreement.——

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,—————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage———

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————————

plimiento por parte del deudor hipotecario.——————————————————————
by the mortgagor.——

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH———————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the—————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any—————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————



subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor—————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,——

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and—————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or—————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and———

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad,
after maturity until paid, have been paid in full.———————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account-———

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of——————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————

adicional especificada en el párrafo NOVENO de este documento.————————
amounts as specified in paragraph NINTH hereof.—————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—————————
SIXTH: That the mortgagor specifically agrees as follows:——————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness———————————————

- 4 -

orma FmHA 427-1(S) PR
Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.———

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the———————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,———————

hipotecario como agente cobrador del tenedor del mismo.——————————————
as collection agent for the holder.———————————————————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal——————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by——————————————

reglamentos de la Administración de Hogares de Agricultores.——————————
regulations of the Farmer's Home Administration.——————————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited——————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance———————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————
by the mortgagee for the account of the mortgagor.——————————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————————————

párrafo devengará intereses a razón del
subparagraph shall bear interest at the rate of ——————————————————————

SEIS Y MEDIO————— por ciento ( ~6.50 %)——————————————————
                    per cent  ( ~6.50 %)——————————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————————
to the mortgagee.——————————————————————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any—————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,———

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
tions and other claims, for the protection of the mortgaged property,——————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————————



- 5 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.——————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced————

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,——————————————

en el orden y manera que el acreedor hipotecario determinare.——————————————
in what ever order and manner mortgagee may determine.——————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.——————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured————

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called————————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí conteni-
with any clause, condition, stipulation, covenant, or agreement contained herein,————————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an————————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of————————

- 8 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option



- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its----------------------

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said----------------

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered------------------

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause----------------

para adelantos, gastos y otros pagos.-------------------------------------------
for advances, expenditures and other payments.----------------------------------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect---------

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,-----------------

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered------------------------------------

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect--------

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the------------

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced-

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,-------------------

en el orden y manera que el acreedor hipotecario determinare.----------------------
in what ever order and manner mortgagee may determine.-------------------------

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor----------------------

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production-----------------

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a--------------

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,----------------------

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept------------------------

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.--------------------
purchase any necessary shares of stock in the cooperative agency in regard to said loan.----

(Dieciséis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured-----

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called---------

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply----------

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,-------

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an-----------------------

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of--------

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, u los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,———————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,———————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is———————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to———————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness———————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencido y pagadera y
to the mortgagee secured hereby, immediately due and payable and—————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the———————————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as———————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premiums,————————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property————————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————————————————————————————
request the protection of the law.————————————————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements————————————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————————————

rarios de abogado.——————————————————————————————————————
attorney's fees.————————————————————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—————————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——————————————————————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at———————————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation·—————————————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————————————————



- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any—————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by—————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee—————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured) or (three) execute and deliver partial releases of any—————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or—————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over—————————————

dichos bienes.—————————————————————————————
said property.—————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,—————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,—————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in—————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest—————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.—————
in or to the lien or any benefits herein contained.—————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any—————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held—————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor—————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall—————————

constituirá incumplimiento de esta hipoteca.—————————————
constitute default hereunder.—————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall—————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,—————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto;
and shall be addressed until some other address is designated in a notice so given,—

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,—————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the—————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated—————

especifica más adelante.—————————————————————
hereinafter.—————

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee—————————

- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment———————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.————
mortgage, and if any amount then remains, will pay such amount to mortgagor.————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case————————

de ejecución de esta hipoteca; de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount————————

    SESENTA Y DOS MIL SETECIENTOS VEINTE Y————————
de  SIETE DOLARES CON SESENTA Y UN——————  ($62,727.61)
of
————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the————

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and————

y aseguramiento del préstamo antes mencionado.————————————————
insuring of the loan hereinbefore mentioned.————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:————
NINTH: The amounts guaranteed by this mortgage are as follows:————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee————————

hipotecario cediere esta hipoteca sin asegurar el pagaré
should assign this mortgage without insurance of the note,————————



SESENTA Y DOS MIL SETECIENTOS VEINTE—————————————————
Y SIETE DOLARES CON SESENTA Y UN——DOLARES ($ 62,727.61)
                                DOLLARS ($  62,727.61)

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

SEIS Y MEDIO—————————————por ciento ( ———6.50   o/o) anual;
                                      per cent (    —   o/o) per annum)



Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A) ----------------------------------------------------------
(A) SESENTA Y DOS MIL SETECIENTOS VEINTE Y----------------
SIETE DOLARES CON SESENTA Y UN **DOLARES ($  62,727.61)**
**DOLLARS ($**

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,

Tercero; ----------------------------------------------------
Three; ------------------------------------------------------

(B) ----------------------------------------------------------
(B) NOVENTA Y CUATRO MIL CERO NOVENTA-----------------
Y UN DOLARES CON CUARENTA Y UN **DOLARES ($  94,091.41)**
**DOLLARS ($**

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.----------------------
sustain under its insurance of payment of the note;

Tres. En cualquier caso y en todo tiempo;---------------------
Three. In any event and at all times whatsoever;

(A) VEINTE Y CINCO MIL CERO NOVENTA---------------
(A) Y UN DOLARES CON CUATRO CENTAVOS---------------

($ 25,091.04         ) para intereses después de mora;---------
($                   ) for default interest;

(B) DOCE MIL QUINIENTOS CUARENTA Y CINCO---------
(B) DOLARES CON CINCUENTA Y DOS CENTAVOS---------

( $12,545.52         ) para contribuciones, seguro y otros adelantos para la con-
(                    ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;----------------------------------------------
SIXTH, Three;------------------------------------------------

(C) SEIS MIL DOSCIENTOS SETENTA Y DOS---------------
(C) DOLARES CON SETENTA Y SEIS CENTAVOS------------

($ 6,272.76-----     ) para costas, gastos y honorarios de abogado en caso
($                   ) for costs, expenses and attorney's fees in case

de ejecución;------------------------------------------------
of foreclosure;----------------------------------------------

(D) SEIS MIL DOSCIENTOS SETENTA Y DOS-------------
(D) DOLARES CON SETENTA Y SEIS CENTAVOS------------

($ 6,272.76-----     ) para costas y gastos que incurriere el acreedor hipoteca-
($                   ) for costs and expenditures incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece.-----------------------
provided in paragraph (SIXTH, Thirteen.

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment ————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so—————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this————————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.————
mortgage, and if any amount then remains, will pay such amount to mortgagor.—————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount——————

     SESENTA Y DOS MIL SETECIENTOS VEINTE Y—————————
de
SIETE DOLARES CON SESENTA Y UN——————    ($62,727.61)
of

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the——————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and——————

y aseguramiento del préstamo antes mencionado.——————————————
insuring of the loan hereinbefore mentioned.————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:—————
NINTH: The amounts guaranteed by this mortgage are as follows:————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee————————————

hipotecario cediere esta hipoteca sin asegurar el pagaré
should assign this mortgage without insurance of the note,        ———————————

SESENTA Y DOS MIL SETECIENTOS VEINTE——————————————
Y SIETE DOLARES CON SESENTA Y UN——  **DOLARES ($**
     **DOLLARS ($** 62,727.61)

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

SEIS Y MEDIO————————————por ciento (———6.50  º/o) anual;
     per cent  (        º/o) per annum;

- 11 -



Dos. En todo tiempo ·cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)----------------------------------------------------------------------
(A)----------------------------------------------------------------------
SESENTA Y DOS MIL SETECIENTOS VEINTE Y----------------
SIETE DOLARES CON SESENTA Y UN-- DOLARES ($ 62,727.61)
                                        DOLLARS ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender----------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as----------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,----------------

Tercero;---------------------------------------------------------------------
Three;-----------------------------------------------------------------------

(B)----------------------------------------------------------------------
(B)----------------------------------------------------------------------
NOVENTA Y CUATRO MIL CERO NOVENTA----------------------
Y UN DOLARES CON CUARENTA Y UN-- DOLARES ($ 94,091.41)
                                        DOLLARS ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------------

sufrir bajo su seguro de pago del pagaré.----------------------------------------
sustain under its insurance of payment of the note;-----------------------------

Tres. En cualquier caso y en todo tiempo;----------------------------------
Three. In any event and at all times whatsoever;-----------------------------

(A)    VEINTE Y CINCO MIL CERO NOVENTA----------------------
(A)    Y UN DOLARES CON CUATRO CENTAVOS--------------------

($              ) para intereses después de mora;--------------------
($25,091.04     ) for default interest;--------------------------------

(B)    DOCE MIL QUINIENTOS CUARENTA Y CINCO----------------
(B)    DOLARES CON CINCUENTA Y DOS CENTAVOS-----------------

( $12,545.52    ) para contribuciones, seguro y otros adelantos para la con-
(               ) for taxes, insurance and other advances for the preservation--

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párra-
and protection of this mortgage, with interest at the rate stated in paragraph------

SEXTO, Tercero;-------------------------------------------------------------
SIXTH, Three;----------------------------------------------------------------

(C)    SEIS MIL DOSCIENTOS SETENTA Y DOS------------------
(C)    DOLARES CON SETENTA Y SEIS CENTAVOS------------------

($ 6,272.76----- ) para costas, gastos y honorarios de abogado en caso
($              ) for costs, expenses and attorney's fees in case-------------

de ejecución;----------------------------------------------------------------
of foreclosure;--------------------------------------------------------------

(D)    SEIS MIL DOSCIENTOS SETENTA Y DOS------------------
(D)    DOLARES CON SETENTA Y SEIS CENTAVOS------------------

($              ) para costas y gastos que incurriere el acreedor hipoteca-
($ 6,272.76----- ) for costs and expenditures incurred by the mortgagee in------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with--------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as--------------

se consigna en el párrafo SEXTO, Trece,--------------------------------------
provided in paragraph (SIXTH, Thirteen.----------------------------------------

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public——————

público de los bienes o parte de ellos así como también el importe. de la sentencia
use of the property or any part thereof as well as the amount of any judgment——————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so——————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment——————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this——————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.——————
mortgage, and if any amount then remains, will pay such amount to mortgagor.——————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case——————

de ejecución de esta hipoteca; de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,——————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount——————

de  SESENTA Y DOS MIL SETECIENTOS VEINTE Y——————————
of  SIETE DOLARES CON SESENTA Y UN———————    ($62,727.61)
    ——————————————————————————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be——————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora .en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the——————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and——

y aseguramiento del préstamo antes mencionado.——————————————
insuring of the loan hereinbefore mentioned.——————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:——————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of——————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee——————

hipotecario cediere esta hipoteca sin asegurar el pagaré
should assign this mortgage without insurance of the note,——————

SESENTA Y DOS MIL SETECIENTOS VEINTE——————————
Y SIETE DOLARES CON SESENTA Y UN——  DOLARES ($  62,727.61)
                                      DOLLARS ($  62,727.61)

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

SEIS Y MEDIO—————————————————por ciento ( ———6.50  %) anual;
                                        per cent  (          %) per annum;



Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A) ----------------------------------------------------------------
(A)
SESENTA Y DOS MIL SETECIENTOS VEINTE Y------------------
SIETE DOLARES CON SESENTA Y UN--DOLARES ($ 62,727.61)
                                 DOLLARS ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as----------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,------------

Tercero;----------------------------------------------------------------
Three;--------------------------------------------------------------------

(B)-----------------------------------------------------------------------
(B)
NOVENTA Y CUATRO MIL CERO NOVENTA--------------------
Y UN DOLARES CON CUARENTA Y UN--DOLARES ($ 94,091.41)
                                DOLLARS ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------

sufrir bajo su seguro de pago del pagaré;--------------------------------
sustain under its insurance of payment of the note;----------------------

Tres. En cualquier caso y en todo tiempo;--------------------------------
Three. In any event and at all times whatsoever;-------------------------

(A)   VEINTE Y CINCO MIL CERO NOVENTA--------------------
(A)   Y UN DOLARES CON CUATRO CENTAVOS--------------------

($ 25,091.04        ) para intereses después de mora;------------------
($                  ) for default interest;--------------------------------

(B)   DOCE MIL QUINIENTOS CUARENTA Y CINCO----------------
(B)   DOLARES CON CINCUENTA Y DOS CENTAVOS------------------

( $12,545.52        ) para contribuciones, seguro y otros adelantos para la con-
(                   ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph------

SEXTO, Tercero;----------------------------------------------------------
SIXTH, Three;------------------------------------------------------------

(C)   SEIS MIL DOSCIENTOS SETENTA Y DOS------------------
(C)   DOLARES CON SETENTA Y SEIS CENTAVOS-----------------

($ 6,272.76------   ) para costas, gastos y honorarios de abogado en caso
($                  ) for costs, expenses and attorney's fees in case------

de ejecución;------------------------------------------------------------
of foreclosure;----------------------------------------------------------

(D)   SEIS MIL DOSCIENTOS SETENTA Y DOS------------------
(D)   DOLARES CON SETENTA Y SEIS CENTAVOS-----------------

($                  ) para costas y gastos que incurriere el acreedor hipoteca-
($ 6,272.76------   ) for costs and expenditures incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with----

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as-------------

se consigna en el párrafo SEXTO, Trece.----------------------------------
provided in paragraph (SIXTH, Thirteen.----------------------------------



- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD—————————————

de esta hipoteca es (son) descrito(s) como sigue:—————————————————
of this mortgage is(are) described as follows:—————————————————

"Pagaré otorgado en el caso número   SESENTA Y TRES GUION VEINTISEIS
"Promissory note executed in case number

GUION CINCO OCHENTA Y CUATRO GUION CATORCE GUION——————

TREINTA Y NUEVE QUINCE—————————  fechado el día   diecinueve
                                        dated the

(19)              de           mayo—————————— de mil novecientos—————
             day of                                nineteen hundred and

                              por la suma de
ochenta y nueve———————— in the amount of

SESENTA Y DOS SETECIENTOS VEINTE Y————dólares de principal más
SIETE DOLARES CON SESENTA Y UN CENTAVOS          of principal plus

intereses sobre el balance del principal adeudado a razón del
interest over the unpaid balance at the rate of

SEIS Y MEDIO———————————  (  ——6.50%——  ) por ciento anual,
                                              percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,—————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the——

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due————————————

a los   QUINCE———————  (15)————————————————————
and payable

años de la fecha de este pagaré.————————————————————————
years from the date of this promissory note.——————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the——————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United——

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act———

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as——————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which——————————

constituye Hipoteca Voluntaria, se describe como sigue:————————————
voluntary mortgage is constituted, is described as follows:——————————

- 13 -

VER PAGINAS 14 A, 14 B, 14 C Y 14 D.----------------

---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------

Adquirió el prestatario la descrita finca por    COMPRAVENTA,-------------
Borrower acquired the described property by

según consta de la Escritura Número    CIENTO VEINTIUNO (121) (1),-
pursuant to Deed Number VEINTIOCHO (128) (2), SEISCIENTOS-
SETENTIUNO (671) (3) Y SIETE (7) (4) RESPECTIVAMENTE

de fecha    dieciseis de nov. 1977, veinte de nov. 1976,--
dated dieciocho de nov. 1971 y dieciseis de enero de 1980,

otorgada en la ciudad de    COAMO, PUERTO RICO,----------------
executed in the city of

ante el Notario    ENRIQUE CORCHADO, CARLOS E. BERRIOS---
before Notary PEDRO D. QUILES MARIANI Y ENRIQUE CORCHADO.--

Dicha propiedad se encuentra
Said property is    (VER PAGINAS 14 A, 14 B, 14 C,
y 14 D).-----------------------------------------

---------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ------------

carios
are    DON RAMON NORAT ZAYAS Y DOÑA MYRTA LEILA---
COLLAZO HERNANDEZ, mayores de edad casados entre---
sí y vecinos de Coamo, Puerto Rico, con los------
números de Seguro Social ████████ y ████████---

cuya dirección postal es:    URBANIZACION VISTA DEL SOL--------
whose postal address is:

CALLE E NUMERO CINCUENTA Y UNO (E-51) COAMO, PUERTO-

RICO, 00640.----------------------------------

---------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----




14

Production Credit Association por la suma de DOS--
MIL DOLARES ($2,000.00), con vencimiento a la pre-
sentación e hipoteca a favor de Estados Unidos de-
América por la suma de SETENTA MIL DOLARES--------
($70,000.00) con vencimiento a los cuarenta (40)--
años.  Afecta además a embargo a favor del Banco---
Popular de Puerto Rico, por la suma de DIEZ MIL----
DOLARES ($10,000.00), en el Caso Civil Núm. ochenta
y tres raya dieciocho noventa y ocho (83-1898), del
Tribunal Superior, Sala de Ponce.  Este embargo fué
prorrogado por la suma de OCHENTA Y CINCO MIL------
DOLARES ($85,000.00) según mandamiento del doce----
(12) de abril de mil novecientos ochenta y ocho.--

---NUMERO TRES:  RUSTICA:  Solar marcado con el---
número cincuenta y uno del plano de inscripción de-
la Urbanización Vista del Sol, situada en el barrio
San Ildefonso de Coamo, Puerto Rico, con una cabida
superficial de cuatrocientos tres metros cuadrados-
y veinte centímetros cuadrados, en lindes por el---
Norte, en veintiocho metros con el solar número----
cincuenta; por el Sur, en veintiocho metros con el-
solar número cincuenta y dos; por el Este, en cator
ce metros cuarenta centímetros con la Calle "E" y--
por el Oeste, en catorce metros cuarenta centíme---
tros con los solares números treinta y dos y-------
cuarenta.------------------------------------------

---INSCRITA al folio ciento veintiocho (128) del---
tomo noventicuatro (94) de Coamo, finca número tres
mil seiscientos veintiuno (3,621), inscripción-----
segunda.-------------------------------------------

---Se halla afecta a una hipoteca, en garantía de--
un pagaré a favor de Estados Unidos de América por-
la suma de CUARENTA Y UN MIL SEISCIENTOS CINCUENTA-
DOLARES ($41,650.00), con intereses a razón del----
cinco porciento (5.00%), anual, pagadero principal-
e intereses en los plazos que en el mismo se-------
estipulan, según resulta de la escritura número----
Ciento Sesenta (160) de fecha del veinticinco (25)-
de sept. de mil novecientos ochenta y seis (1986),-
ante el Notario José A.  Gierbolini Rosa, en la----
ciudad de Coamo, Puerto Rico, e inscrita al fol



Fol. D 7 vto
Tomo ... Coamo
F ... - 3,621
Insc - 5ta

14-A

Folio - 12
Tomo - 160 Coamo
Finca - 4173
Insc - 7ta

---NUMERO UNO: RUSTICA: Predio de terreno locali--
zado en el Barrio Cuyón del término municipal de--
Coamo, Puerto Rico en forma triangular, compuesto--
de CIENTO CINCUENTA CUERDAS CON VEINTISEIS CENTIMOS
DE OTRA, equivalentes a cincuentinueve hectáreas,--
cinco áreas y ochentidós centiáreas y en colindan--
cias por el Norte, terrenos de Luis Norat; por el--
Sur, Rafael Díaz y Juan Botas; por el Este, Juan--
Botas y por el Oeste, Juan Botas, Luis Norat y-----
Rafael Díaz.---------------------------------------

---INSCRITA al folio ciento cinco (105) del tomo---
ciento dos (102) de Coamo, finca número cuatro mil
ciento setentitres (4,173), inscripción segunda.---

---Afecta a hipoteca a favor de Estados Unidos de--

América, por la suma de SETENTA MIL DOLARES--------

($70,000.00), con vencimiento a los cuarenta (40)--

años.  Afecta también a embargo a favor del Banco--

Popular de Puerto Rico, por las sumas de VEINTE Y--

CINCO MIL DOLARES ($25,000.00) Y CUATRO MIL DOLARES

($4,000.00) en honorarios - en el Caso Civil Núm.--

ochenta y tres raya dieciocho noventa y ocho------

(83-1898) del Tribunal Superior, Sala de Ponce.----

Prorrogado este embargo por la suma de CINCO MIL---

DOLARES ($5,000.00) por mandamiento del doce (12)--

de abril de mil novecientos ochenta y ocho (1988).



Folio - 18
Tomo - 140 Coamo
Finca - 6006
Insc - 8va

---NUMERO DOS: RUSTICA: Parcela de terreno situa--
da en el Barrio Cuyón del término municipal de----
Coamo, Puerto Rico, compuesta de VEINTISEIS CUERDAS
CON SESENTA Y SEIS CENTESIMAS DE OTRA, equivalentes
a diez hectáreas, cuarentisiete áreas y setenta y--
tres centiáreas, sita en el Barrio Cuyón de Coamo--
en lindes por el Norte, con límite jurisdiccional--
entre Coamo y Aibonito, que separa de terrenos de--
doña Petronila González, después de Librada--------
Gutiérrez y Emilio Esteban, ahora de Espiridión----
Canino; por el Sur, a distancia de ochocientos-----
treinta metros con terrenos de doña Elisa Aurelia-
Alvarado; por el Este, con terrenos de la Sucesión-
de Joaquín García y por el Oeste, con un camino----
municipal.-----------------------------------------

---INSCRITA al folio ciento treintinueve (139) del-
tomo ciento dieciseis (116) de Coamo, finca número-
seis mil seis (6,006), inscripción segunda.--------

---Afecta a hipoteca a favor del Federal Land Bank-

por la suma de OCHO MIL SEISCIENTOS DOLARES--------

($8,600.00) con vencimiento en el año dos mil dos--

(2002); a hipoteca a favor de Puerto Rico----------



14-B

Ciento Cincuenta y Cinco (155), del tomo Ciento----
Setenta y Cinco (175) de Coamo, finca número Tres--
Mil Veinte (3020), inscripción dieciocho (18va).---
---Afecta por su procedencia a condiciones restric-
tivas y a servidumbre a favor de la Autoridad de---
Acueductos y Alcantarillados, Autoridad de Fuentes-
Fluviales; a hipoteca a favor del Sistema de Retiro
de los Empleados del Estado Libre Asociado de------
Puerto Rico por la suma de VEINTE Y NUEVE MIL CIEN-
DOLARES ($29,100.00) con vencimiento a los treinta-
(30) años, hipoteca a favor de los Estados Unidos--
de América por la suma de SETENTA MIL DOLARES-----
($70,000.00), con vencimiento a los cuarenta (40)--
años; afecta además a embargo a favor del Banco----
Popular de Puerto Rico por las sumas de DIEZ MIL---
DOLARES ($10,000.00) y CUATRO MIL DOLARES---------
($4,000.00) en honorarios, en el Caso Civil Núm.---
ochenta y dos raya dieciocho noventa y ocho--------
(82-1898) en el Tribunal Superior, Sala de Ponce,--
prorrogado el embargo por la suma de OCHENTA Y CIN-
CO MIL DOLARES ($85,000.00) en virtud del manda----
miento del doce (12) de abril de mil novecientos---
ochenta y ocho (1988).-----------------------------

---NUMERO CUATRO: RUSTICA: Predio de terreno----
situado en el Barrio Cuyón de la municipalidad de--
Coamo, Puerto Rico, de una superficie de ciento----
veintidós cuerdas con tres mil doscientos cinco----
diezmilésimas de otra (122.3205 cds), equivalentes-
a cuarenta y ocho (48) hectáreas, siete (7) áreas,-
ochenta y nueve (89) centiáreas, que linda al Este,
con terrenos de don Fernando Pont, al Oeste, con---
los de doña Monserrat y doña María Teresa, al Norte
con los de don Evelio Santiago y al Sur, con los de
los hermanos Passalacqua.--------------------------

---INSCRITA al folio noventa y cinco (95) del tomo-
ocho (8) de Coamo, finca número Trescientos Setenta
y Seis (376), inscripción séptima (7ma.).----------

---Afecta a hipoteca a favor de Carmen Company y---
Pardo, por la suma de TREINTA Y TRES MIL DOLARES---
($33,000.00) con vencimiento en al año mil nove----

Folio- 193
Tomo -149 Coamo
Finca -376
Insc- 9na

14 C

cientos ochenta y seis (1986); afecta además a-----
embargos a favor del Banco Popular de Puerto Rico,-
por la suma de VEINTE Y SEIS MIL DOLARES-----------
($26,000.00), prorrogado el embargo por OCHENTA Y--
CINCO MIL DOLARES ($85,000.00), así resulta del----
mandamiento del doce (12) de abril de mil novecien-
tos ochenta y ocho (1988) y embargo a favor del----
Fondo del Seguro del Estado por la suma de SEIS MIL
DOSCIENTOS SESENTA DOLARES CON SIETE CENTAVOS------
($6,260.07), según resulta de certificación expedi-
da el treinta (30) de octubre de mil novecientos---
ochenta y sies (1986).------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
------------------------------------------------

14-D

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the

tamo, hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueño deudores o por sus cesionarios o causahabientes.
owners, or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851).
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part ------

de la propiedad gravada por esta Hipoteca. ------ ------------------------
of the property encumbered by this Mortgage.------

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move------

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty ------

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances------

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will------

notificará por escrito al Supervisor Local ------ ------------------------
notify it in writing to the County Supervisor.------

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed------

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous------

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations------

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and------

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern------

estos tipos de préstamos. ------------------------
these types of loans.------

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of------

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the------

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two------

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)------
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

16

Forma FmHA 427-1(S) PR
(Rev. T0-82)

-----ACEPTACION-----
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez-----
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once-----

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.-----
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.-----

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.-----
I advised him (them).-----

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its-----

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed-----

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES-----

FE de todo el contenido de esta escritura.-----
FAITH to everything contained in this deed.-----

Ramón Norat Zayas
Myrta Leila Collazo Hernández
(Firmas),

Firmado también, según y ... ... ,crac. A. GIELBOLINI SANTIAGO,
los folios de un original se han estampado las correspondientes d
rechos en sellos de R ... s la.cra.. y el tasqueste Notarial. Los
estampadas han puesto sus ... .les y estampado el sello y la ...
ca del Notario.

CONCUERDA F EXIACETE con el ... ... de su original obrante
el protocolo corriente de ... ... ... de esta notaria 1
mi cargo. En le de che ... ... carstego a part ... interesada, expido
esta primera ... copie ... ... final, bene sello y rúbri
ca, hoy día 1... ... de ... mayo ... de 19 ...89 ...
NOTARIO PUBLICO

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, mar
a resident of Guayama, Puerto Rico. In
official capacity as State Executive Directo
the Farm Service Agency, U.S. Departme
Agriculture, hereby declare under penalt
perjury that this is a true and exact copy o
original document which I have under
custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

17

*[Handwritten document in Spanish cursive, partially legible]*

Notificado hoy ___ de dic 199_

Ejecutada a ... donde se ... el ... indica la ... al margen de ... Cada una de las fincas ... La finca 4123 se halla afecta a hipoteca a favor de EUA por $70,000.00 reconstituida a $97,075.01 y a embargo a favor del Banco Popular de P.R. por $25,000.00 prorrogado según ... B; la finca 6006 se halla afecta a hipotecas a favor de Federal Land Bank of Baltimore por $8,600.00; a favor de la P.R. Production Credit Asst por $2,000.00 y a favor de EUA por $70,000.00 reconstituida a $97,075.01 y embargo de la ... A prorrogada según ... B; la finca 3621 se halla afecta por su procedencia a condiciones restrictivas, servidumbres a favor de AAA, AFF y municipio de Coamo; y por si a hipotecas a favor del Sistema de Retiro de los empleados de EUA por $29,100.00 a favor de EUA por $70,000.00 reconstituido a $97,075.01 y embargo a favor del Banco Popular de P.R. prorrogado según ... B y la finca 376 se halla afecta a hipoteca a favor de Carmen Campoy Perdomo por $33,000.00; embargo a favor del Banco Popular de P.R. prorrogado según ... C; y todas las fincas se hallan afecta a ... hipoteca a favor de EUA por $31,0... a ... hipoteca que por este documento se constituye por $62,227.61

Bajo ... 17 de ... de 199_ sin ... 

*[stamp and signatures]*

[Left margin stamps, partially legible:]

N...  ... in...
... ... bajo
el núm. 94/204
Bajo ___, P.R. ... junio de 19..
Carmen P. Rivera mercado Nota

... en virtud del Artículo 52 de la
Ley 198 de 8 de agosto de 1979.
Bajo ___, P.R. 1º de agosto de 1989

... ... in...
... ... bajo
a núm. 323/207
Bajo ___, P.R. 11 de oct de 89
Carmen P. Rivera mercado neg

... en virtud del Artículo 52 de la
... de 8 de ... de 1979.
Bajo ___, P.R. a 11 de dic de 1989

Síndico ...

USDA-FmHA
Form FmHA 1940-17
(Rev. 4-92)

## PROMISSORY NOTE

| KIND OF LOAN |
|---|
| Type: **EM** ☐ Regular |
| **M-1136** ☐ Limited Resource |
| Pursuant to: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| | |
|---|---|
| **Name** RAMON NORAT ZAYAS | **ACTION REQUIRING NOTE** |

| State | County | ACTION REQUIRING NOTE |
|---|---|---|
| PUERTO RICO | PONCE | ☒ Initial loan   ☐ Rescheduling |
| | | ☐ Subsequent loan   ☐ Reamortization |
| **Case No.** 63-026-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 | **Date** SEPTEMBER 17, 1998 | ☐ Consolidated & subsequent loan   ☐ Credit sale / ☐ Deferred payments |
| **Fund Code** 43 | **Loan No.** 09 | ☐ Consolidation   ☐ Debt write down / ☐ Conservation easement |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in ___ PONCE, PUERTO RICO – – – – – – – – – –

– – – – – – – – – – – – –, or at such other place as the Government may later designate in writing, the principal sum of

¯SEVENTY FIVE THOUSAND – – – – – – – – – – – – – – – – – – – – – – – – – – dollars

($ 75,000.00 – – – – – – – – – – – – – – – ), plus interest on the unpaid principal balance at the RATE of

THREE AND THREE QUARTERS – – – – – – – – – – – percent ( 3.75 %) per annum and

– – – – – – – – – – – – – – – – – – – – – – – – – – – – dollars ($ – – – – – – – )
of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in ___ – 21 – ___ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | | | |
|---|---|---|---|---|---|
| $ –0– | on 09-01-99 | ; $ –0– | | on 09-01-00 | ; |
| $ –0– | on 09-01-01 | ; $ –0– | | on 09-01-02 | ; |
| $ –0– | on 09-01-03 | ; $ 5,398.00 | | on 09-01-04 | ; |
| $ N/A | on | ; $ | N/A | on | ; |
| $ N/A | on | ; $ | N/A | on | ; |
| $ N/A | on | ; $ | N/A | on | ; |

and $ 5,398.00 ___ thereafter on ___ 09-01 ___ of each ___ YEAR ___ until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable ___ –20– ___ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING (GRADUATION) AGREEMENT: If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

**CERTIFICATION**

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

RAMON NORAT ZAYAS                              (Borrower)

URB. JARDINES DE COAMO H-19

COAMO, P.R.   00769

**RECORD OF ADVANCES**

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $75,000.00 | 09/17/98 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 75,000.00 | |

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

----------------NUMERO SETENTA Y CINCO----------------
NUMBER

----------------HIPOTECA VOLUNTARIA----------------
VOLUNTARY MORTGAGE

En  la ciudad de Coamo, Puerto Rico a los diecisiete días del mes
In

de septiembre de mil novecientos noventa y ocho.----------------

----------------ANTE MI----------------
BEFORE ME

----------------ANTONIO ORTIZ RODRIGUEZ----------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en----Coamo----
Attorney and Notary Public for the Island of Puerto Rico, with residence in

----Puerto Rico---- y oficina en----------Coamo----------
and office is                                   Puerto Rico.

----------------COMPARECEN----------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage—

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances—

aparecen de dicho párrafo.----------------
appear from said paragraph.—

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their—

de su edad, estado civil, profesión y vecindad.----------------
statements which I believe to be true of their age, civil status, profession and residence.—

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this—

miento.----------------
voluntary  mortgage.—

----------------EXPONEN----------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in—

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same—

denominada de aquí en adelante "los bienes".----------------
hereinafter referred to as "the property".—

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens—

se especifican en el párrafo UNDECIMO.----------------
specified in paragraph ELEVENTH herein.—

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States—

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,—

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with—

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.—————————————————
estimated against the property.

CUARTO: Se sobreentiende que:—————————————————————————
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.—————————————————————————————
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.—————————————————————————————
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".—————————————————————
ments on the note, to be designated the "annual charge."

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any





- 2 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.————————————
supplementary agreement.———————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event that————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————



contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.————————————
by the mortgagor.————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del Párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————



de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

-3-

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,——————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,———————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor———————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————————

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and—————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of——————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————————

adicional especificada en el párrafo NOVENO de este documento.———————————
amounts as specified in paragraph NINTH hereof.——————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:——————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————————————————————

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del Tres punto setenta y cinco
subparagraph shall bear interest at the rate of

_____ por ciento (3.75 °/o) _____
per cent    (          °/o)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengaré intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————————
until repaid to the mortgagee.————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments———

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————

hipotecario determinare.————————————
determine.————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————————

los propósitos autorizados por el acreedor hipotecario.————————————
for purposes authorized by mortgagee.————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————

tecario bajo los términos de esta hipoteca.————————————
under the terms of this mortgage.————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————————

aprobare el acreedor hipotecario.————————————
approved by mortgagee.————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



- 6 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm——

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other——————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time——————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to——————————

tiempo pueda prescribir.——————————————————————————————
time may prescribe.————————————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified——————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other——

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation——————————

ción o al arrendamiento.————————————————————————————
or   lease.————————————————————————————————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner that mortgagee may require,——————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the——————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations——————

que afecten los bienes o su uso.—————————————————————————
affecting the property or its use.—————————————————————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times——————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not——————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall——

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————————

deudor hipotecario de los convenios de esta hipoteca.———————————————
mortgagor of the covenants of this mortgage.————————————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option——————————————————





podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciséis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of





- 8 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,———

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgage is———

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to———

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness———

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and———

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)———

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the———

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as———

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,———

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property———

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.———
request the protection of the law.———

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee———

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements———

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including———

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and———

rarios de abogado.———
attorney's fees.———

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and———

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement———

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability———

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness———

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
record hereto, and without affecting the lien created upon said property or the priority———

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at———

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation———

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement, (two)———





· 9 ·

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the——

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgage—————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over—————————————————

dichos bienes.——————————————————
said property.——

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordination, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.—

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any——————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,——————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————————

constituirá incumplimiento de esta hipoteca.——————————————————
constitute default hereunder.—

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall——————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,——————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the———————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————————

específica más adelante.——————————————————
hereinafter.—

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee—————————————

- 10 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de Setenta y cinco mil
of

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan herein, fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré Setenta y cinco
should assign this mortgage, without insurance of the note,

mil                                                    DOLARES ($ 75,000.00 )
                                                       DOLLARS ($

el principal de dicho pagaré con sus intereses según estipulados a razón del tres—
the principal amount of said note, together with interest as stipulated therein at the rate of

punto setenta y cinco                por ciento ( 3.75      o/o) anual;
                                     per cent (              o/o) per annum;

- 11 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD———————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————————
of this mortgage is(are) described as follows:———————————————————

"Pagaré otorgado en el caso número Seis tres raya cero veintiseis raya——
"Promissory note executed in case number

cinco ocho cuatro raya catorce raya treinta y nueve quince——————

(63-026-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)———————————————— fechado el día Diecisiete
                                                dated the

—————————— de septiembre ————————— de mil novecientos—————
                day of                           nineteen hundred and

noventa y ocho——————————— por la suma de Setenta y cinco mil——
                                          in the amount of

—————————————————————————————dólares de principal más
                                                of principal plus

intereses sobre el balance del principal adeudado a razón del Tres punto setenta
interest over the unpaid balance at the rate of

y cinco——————————————————— { 3.75————————— } por ciento anual,
                                                                 percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,——————————

ciones y estipulaciones contenida en dicho pagaré y según acordadas y convenidos
conditions and stipulation contained in the promissory note and as agreed——————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los Veinte años——————(20)———————
and payable

años de la fecha de este pagaré.——————————————————————
years from the date of this promissory note.———————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as——————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the——————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.————

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue: ——————————
voluntary mortgage is constituted, is described as follows:——————

LAS PROPIEDADES OBJETO DE ESTA ESCRITURA Y SOBRE LAS CUALES

CONSTITUYE HIPOTECA APARECEN DETALLADAS EN LOS FOLIOS——

CATORCE- A    Y CATORCE- B    (14-A) y (14-B)——

—————————————————————————

—————————————————————————

—————————————————————————

—————————————————————————

—————————————————————————

—————————————————————————

Adquirió el prestatario la descrita finca por  LIQUIDACION DE GANANCIALES
Borrower acquired the described property by                          ,

según consta de la Escritura Número  SETENTA Y DOS (72)——
pursuant to Deed Number

de fecha  DIECISIETE DE SEPTIEMBRE DE MIL NOVECIENTOS NOVENTA Y ——
dated
    OCHO———(17-9-1998)——

otorgada en la ciudad de  COAMO, PUERTO RICO——
executed in the city of

ante el Notario   ANTONIO ORTIZ RODRIGUEZ——
before Notary

Dicha propiedad se encuentra  DETALLES EN LOS FOLIOS CATORCE A- (14-A)
Said property is
    Y CATORCE B (14-B)——

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ——

carios RAMON NORAT ZAYAS, Seguro Social Número                       ,
ar mayor de edad, soltero, Agricultor, y vecino de Coamo, Puerto
    Rico.  Doy Fe del conocimiento personal del compareciente en—
    Coamo, Puerto Rico.——

cuya dirección postal es: Urb. Jardines de Coamo, H-19——
whose postal address is: Coamo, Puerto Rico——

—————————————————————————

—————————————————————————

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used——



---Las propiedades objeto de la presente escritura

y sobre la que se constituye Hipoteca Voluntaria se

describen como sigue:-------------------------------

A)---RUSTICA: Predio de terreno situado en el
Barrio Cuyón de la municipalidad de Coamo, Puerto
Rico, de una superficie de ciento veintitres
cuerdas con tres mil doscientos cinco diezmilésimas
de otra (123.3205) equivalentes a cuarenta y ocho
hectáreas, siete áreas, ochenta y nueve centiáreas,
que linda al Este, con terrenos de Fernando Pont;
al Oeste, con los de Monserrate y María Teresa; al
Norte, con los de Evelio Santiago; y al Sur, con
los de los hermanos Passalacqua.

---Inscrita al folio ciento noventa y dos (192),

tomo ciento cuarenta y nueve (149), finca número

trescientos setenta y seis (376) de Coamo, al

Registro de la Propiedad de Barranquitas.----------

---Esta propiedad garantiza la cantidad de TREINTA

Y DOS MIL SEISCIENTOS NOVENTA Y TRES DOLARES CON

NOVENTA Y OCHO CENTAVOS ($32,693.98) de la

totalidad de SETENTA Y CINCO MIL DOLARES

($75,000.00) que se han prestado al deudor

hipotecario por parte de los Estados Unidos de

América.---------------------------------------------

B)---RUSTICA: Predio de terreno radicado en el
Barrio Cuyón del término municipal de Coamo en
forma triangular compuesta de ciento cienta cuerdas
con veintiseis centésimas de otra (150.26),
equivalentes a cincuenta y nueve (59) hectáreas,
cinco (5) áreas, y ochenta y dos (82) centiáreas, y
en colindancias por el Norte, con terrenos de Luis
Norat; Sur, Rafael Díaz y Juan Botas; Este, con
Juan Botas; Oeste, con Juan Botas, Luis Norat y
Rafael Díaz.------------------------------------------

---Inscrita al folio once (11), tomo ciento sesenta
(160), finca número cuatro mil ciento setenta y
tres (4173) de Coamo, al Registro de la Propiedad
de Barranquitas.--------------------------------------

---Esta propiedad garantiza la cantidad de TREINTA

Y CINCO MIL TRESCIENTOS SETENTA Y CUATRO DOLARES CON NOVENTA CENTAVOS ($35,374.90) de la totalidad de SETENTA Y CINCO MIL DOLARES ($75,000.00) que se han prestado al deudor hipotecario por parte de los Estados Unidos de América.------------------------

C)---RUSTICA: Parcela de terreno situada en el Barrio Cuyón del término municipal de Coamo, Puerto Rico, compuesta de veintiséis cuerdas con sesenta y seis centésimas de otra (26.66), equivalentes a diez (10) hectáreas, cuarenta y siete (47) áreas, setenta y tres (73) centiáreas. En lindes por el Norte, con límite jurisdiccional entre Coamo y Aibonito que separa terrenos de Petronila González, después de Librada Gutiérrez y Emilio Esteban, ahora Espiridión Canino; por el Sur, a distancia de ochentocientos treinta (830) metros con terrenos de Elisa Aurelia Alvarado; y por el Oeste, con camino municipal; Este, terrenos de la Sucesión de Joaquín García.------------------------------------------

---Inscrita al folio diecisiete (17), tomo ciento sesenta (160), finca número seis mil seis (6006) de Coamo, al Registro de la Propiedad de Barranquitas.

---Esta propiedad garantiza la cantidad de SEIS MIL NOVECIENTOS TREINTA Y UN DOLARES CON DOCE CENTAVOS($6,931.12) de la totalidad de SETENTA Y CINCO MIL DOLARES ($75,000.00) que se han prestado al deudor hipotecario por parte de los Estados Unidos de América.------------------------------

---Los relacionados y descritos bienes los adquirió el deudor hipotecario mediante adjudicación en la liquidación de gananciales que constituía con su ex-esposa Myrta Leila Collazo Hernández según surge de la escritura número setenta y dos (72) otorgada en Coamo, Puerto Rico, el día diecisiete de septiembre de mil novecientos noventa y ocho (17/9/1998) ante el Notario Antonio Ortiz Rodríguez.------------------------------

14-B

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

o favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851).
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with



- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part————

de la propiedad gravada por esta Hipoteca.———————————————————
of the property encumbered by this Mortgage.————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will————

notificará por escrito al Supervisor Local.———————————————————
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed————

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern————

estos tipos de préstamos.———————————————————————————
these types of loans.

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the————

por el Gobierno de acuerdo con las disposiciones del Título Cuarenta y Dos del Código
Government pursuant to Forty-Two————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)————

————Donde dice Estados Unidos de América acutando por —————

conducto de la Administración de Hogares de Agricultores debe—

decir Estados Unidos de América actuando por conducto de Farm

Service Agency ( Agencia de Servicios Agrícolas) que es su —

nombre en la actualidad.—

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

--ACEPTACION--
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once.

Yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.
I advised him (them).

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES

FE de todo el contenido de esta escritura.
FAITH to everything contained in this deed.

Firmada, signada, sellada y rubricada,
Antonio Ortiz Rodríguez, notario público. Aparecen en cada folio
las iniciales de los otorgantes y suscritas por el correspondiente
sellos de reales iniciales y en el nombre notario
Concuerda fielmente con su original obrante en el protocolo
de escrituras de su año a mi cargo y violan esta
copia certificada en el lugar y fecha del otorgamiento a solicitud
de parte interesada y como de [illegible]

ANTONIO ORTIZ RODRIGUEZ
NOTARIO PUBLICO

*Notificado hoy*
*6 [de] Octubre 2000*

**CERTIFICATION**

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In m[y] official capacity as State Executive Director [of] the Farm Service Agency, U.S. Department [of] Agriculture, hereby declare under penalty [of] perjury that this is a true and exact copy of t[he] original document which I have under m[y] custody.

San Juan, Puerto Rico

**JUAN M. ORTIZ SERBIÁ**
**State Executive Director**

Suspendido Término de Caducidad de 60 días por haberse recibido hoy documento para la corrección de falta.

Bayamón, P. R. a 5 de dic. de 2000

*[firma] Luis Rivera [ilegible]*
Registrador u Oficial

*Registrado el presente documento allí donde se indica en la nota al margen de cada uno de la descripción de las fincas. La finca 376 se halla afecta a hipoteca por la suma de $33,000.00 a favor de Carmen Compay Pardo. La finca 6006 se halla afecta a hipoteca a favor de Federal Land Bank por $68,600.00 y a favor de FH Production por $12,000.00. La finca 473 se halla afecta en unión a las fincas antes mencionadas a hipoteca a favor de E.U.A. por las sumas de $97,075.00, $3,850.00 y $62,727.61 los cuales fueron modificadas. y anotación de embargo por la suma de $88,832.92 (Estado) dos e hipoteca constituida por este documento. Barranquitas, a 11 de diciembre 2000.*

*Sin Dios.*

Notified today
October 6, 2000

Term of expiration of 60 days
suspended for having received today
the document to correct the
deficiency.
Bqtas, Dec 5, 2000.
          s/Elvin Rivera Martinez
          Registrar or Officer

This document is registered where it is
indicated in the note at the margin of each
one of the description of the properties.
Property 376 is subject to mortgage for the
amount of $33,000.00 in favor of Carmen Compoy
Pardo.  Property 6006 is subject to mortgage
in favor of Federal Land Bank for $8,600.00
and in favor of PR Production for $2,000.00.
Property 4173 is subject together with the
properties mentioned above to mortgage in
favor of U.S.A. for the amounts of $97,075.00,
$3,850.00 and $62,727.61, which were modified
and a notation of embargo for the amount of
$88,832.97 (Barranq) I mean, and mortgage
constituted by this document.  Barranquitas,
December 11, 2000.
No Fees.

CERTIFIED To be a true and correct trans-
lation from its original. _Aida_
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.              4/11/07

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARMERS HOMES ADMINSTRATION

**Form FmHA 440-16**
**(Rev. 11-10-75)**                    *(41-10)*

| TYPE OF LOAN |
| --- |
| Type:  FO-l |
| In accordance with: |
| ☒ Consolidated Farm and Rural Development Act |
| ❑ Title V of the Housing Act of 1949 |

**PROMISSORY NOTE**

| STATE |
| --- |
| Puerto Rico |
| **OFFICE** |
| Juana Díaz |
| **CASE NUMBER** |
| 63-33-584143915 |

*REAM 05-19-89*

Date November l6        , 1977

**FOR VALUE RECEIVED**, the undersigned (whether one or more persons, hereinafter denominated "Borrower") shall jointly and severally pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein referred to as the "Government"), at its offices in Juana Díaz , R.R.

**THE PRINCIPAL AMOUNT** of SEVENTY THOUSAND AND 00/100 **DOLLARS** ($70,000.00) plus **INTEREST** on the **UNPAID PRINCIPAL** to accrue at FIVE **PERCENT** (5%) **PER ANNUM**.

The payment of the Principal and Interests shall be agreed upon by the borrower and the Government using one of the four alternatives indicated below: (check one)

❑ I. . Principal and Interest payments shall be deferred. The first installment shall consist of accumulated interest and be due on _____ 19_____ . The subsequent payments of Principal and accumulated Interests shall be made in _____ installments as indicated in the box below;

❑ II. Principal and Interest shall be deferred. The accumulated interest as of _____ 19_____ will be added to the Principal. Said new Principal and accumulated Interest shall be subsequently payable in _____ regular amortized installments on the dates indicated in the box below; the Borrower authorizes the government to record the amount of said new Principal here $_____ and the amount of said regular installments in the box below, when said amounts have been determined.

❑ III. The payment of Interest shall not be deferred. The installments on accumulated Interest shall be payable on the _____ of each _____ beginning _____ 19_____ , until _____ 19_____. Principal and accumulated Interest shall subsequently be paid in _____ installments, as indicated in the box below:

☒ IV. Payments shall not be deferred. The Principal and Interest shall be payable in 41 installments as indicated in the box below:

| |
| --- |
| $ 442.00                              on JANUARY 1                              of 1978, and $ 4,080.00        subsequently on JANUARY 1 of each YEAR thereafter until the **PRINCIPAL** and **INTEREST** are completely paid, except that the final payment of the debt established herein, if not sooner paid, shall be **DUE AND PAYABLE** FORTY (40) **YEARS** from the **DATE** of this **PROMISSORY NOTE**. The consideration herein shall support any agreement modifying the above payment schedule. |

Jay-Ce-Agriculture

FmHA 440-16 (Rev. 11-10-75)

If the total amount of the loan is not advanced by the closing date, the loan shall be advanced to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government is required when the advance is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown on the back of this document. Borrower authorizes the Government to record the amount(s) and date(s) of any advance payment(s) in the Advance Payment Log.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued as of the date of said payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein.

The Borrower agrees that the Government may at any time negotiate this promissory note and insure its payment, and in such case, although the Government is not the holder of said promissory note, the borrower shall continue making the payments of principal and interest to the Government as the holder's collection agent, as specified herein.

If this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments may be retained by the Government and transferred to the holder quarterly or based on the date the annual installment is due. The effective date of any payment retained and transferred by the Government to the holder according to the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay any interest to which the holder is entitled that accrues between the effective date of any such advance payment and the date the Treasury check is paid to the holder.

The Borrower hereby certifies that he is not able to obtain sufficient credit from other sources to finance his present needs at reasonable interest rates and terms, taking into consideration the types and terms of prevailing private sources and cooperatives in or near his community, for loans with similar time periods and purposes, and that the loan herein evidenced will be used exclusively for the purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government.  Unless the Government gives written consent to the contrary, the Borrower *(a)* shall personally manage said property by himself with his family, as a farm if this loan is a Farm Owner (FO) loan or *(b)* shall personally occupy and utilize said property if this is a rural housing loan (RH) for a plot or in the case of a Section 504 rural housing loan.

**REFINANCING AGREEMENT**:  If at any time the Government determines that Borrower is able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, the Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and to pay for any necessary shares, if the lender is a cooperative. This paragraph and that which precedes it shall not apply to the cosigner who signs this promissory note, according to the provisions of Section 502 of the Housing Law of 1949, to compensate for any deficiency in the ability to make payments by the other appearing party(ies):

**DEFAULT:** Failure to make any payment when due on any debt established herein, or failure to comply with any condition or agreement herein, shall constitute default under any other instrument showing a debt of the Borrower that is Guaranteed or insured by the Government or otherwise relating to said debt; and default on any such other instrument shall constitute default under the terms of this document. **UPON ANY SUCH DEFAULT**, the Government, at its convenience, may declare all or any part of said debt to be immediately due and payable.

This Promissory Note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949, and for the type of loan indicated in the box "TYPE OF LOAN" above. This Promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]

_____(Seal)
RAMON NORAT                    Borrower) ZAYAS

[Signature]

_____(Seal)
MYRTA COLLAZO              (Spouse)  HERNANDEZ

Box 101, Coamo, P..R. 00640
_____
_____

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| (1) $ | | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | | |

CERTIFICATION

I, Juan M. Ortiz Serbia, of legal age, married a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico
[Signature]
JUAN M. ORTIZ SERBIA
State Executive Director

ADDENDUM FOR DEFERRED INTEREST:

ADDENDUM TO THE PROMISSORY NOTE DATED MAY 19, 1989, IN THE ORIGINAL AMOUNT OF $95,775.73 AND 5.00% ANNUAL INTEREST.

THIS AGREEMENT AMENDS AND IS ATTACHED TO THE PROMISSORY NOTE INDICATED ABOVE. A TOTAL OF $49.97 OF EACH REGULAR PAYMENT ON THE PROMISSORY NOTE SHALL BE APPLIED TO THE INTEREST ACCUMULATED DURING THE DEFERRAL PERIOD. THE REMAINDER OF THE REGULAR PAYMENT SHALL BE APPLIED ACCORDING TO SEC. 7-CFR, SUB-PART A OF THE PART 1951. WE AGREE TO SIGN A SUPPLEMENTARY PAYMENTS AGREEMENT AND MAKE ADDITIONAL PAYMENTS IF DURING THE DEFERRAL PERIOD WE HAVE A SUBSTANTIAL INCREASE IN INCOME AND OUR ABILITY TO PAY.

| 5/19/89 | [Signature] |
|---|---|
| DATE | MORTGAGOR |
| | [Signature] |
| | WIFE |

PROMISSORY NOTE ANNEX

The amount of this promissory note and the mortgage that guarantees it, re-amortized on May nineteen (19), nineteen eighty-nine (1989), is a balance owed of NINETY-SEVEN THOUSAND SEVENTY-FIVE DOLLARS AND ONE CENT ($97,075.01), at an interest rate of five (5%) percent per annum, of which only the portion of NINETY-FIVE THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS AND SEVENTY-THREE CENTS ($95,775.73) shall accrue interest at a rate of five (5.00%) per annum, as the amount of ONE THOUSAND TWO HUNDRED NINETY-NINE DOLLARS AND TWENTY-EIGHT CENTS ($1,299.28) is interest that may not be capitalized and a partial deferral of two (2) years has been granted, and shall be paid as follows: During the first two (2) years, no payment shall be made and the payments shall begin in the amount of SEVEN THOUSAND EIGHTY-ONE DOLLARS ($7,081.00) on or before 1-1-92 and the amount of SEVEN THOUSAND EIGHTY-ONE DOLLARS ($7,081.00) on or before each January subsequent, except that the final installment on the debt evidenced herein shall be made on or before two thousand seventeen (2017), according to deed number forty-one (41) dated this same date, before the undersigned Notary, I DO ATTEST.

In Coamo, Puerto Rico, on May 19, 1989.


[Seal]
[Signature]
ARQUIMEDES GIERBOLINI
Attorney and Notary

ADDENDUM FOR DEFERRED INTEREST:


ADDENDUM TO THE PROMISSORY NOTE DATED NOVEMBER 16, 1977, IN THE ORIGINAL AMOUNT OF $70,000.00 AT 5.00% ANNUAL INTEREST.

THIS AGREEMENT AMENDS AND IS ATTACHED TO THE PROMISSORY NOTE INDICATED ABOVE. A TOTAL OF $   OF EACH REGULAR PAYMENT ON THE PROMISSORY NOTE SHALL BE APPLIED TO THE INTEREST ACCUMULATED DURING THE DEFERRAL PERIOD. THE REMAINDER OF THE REGULAR PAYMENT SHALL BE APPLIED ACCORDING TO SEC. 7-CFR, SUB-PART A OF THE PART 1951. WE AGREE TO SIGN A SUPPLEMENTARY PAYMENTS AGREEMENT AND MAKE ADDITIONAL PAYMENTS IF DURING THE DEFERRAL PERIOD WE HAVE A SUBSTANTIAL INCREASE IN INCOME AND OUR ABILITY TO PAY.


[Signature]

September 17, 1998                    RAMON NORAT ZAYAS


**COPY**

ADDENDUM FOR DEFERRED INTEREST:


ADDENDUM TO THE PROMISSORY NOTE DATED MAY 19, 1989, IN THE ORIGINAL AMOUNT OF $31,850.34 AT 6.5% ANNUAL INTEREST.

THIS AGREEMENT AMENDS AND IS ATTACHED TO THE PROMISSORY NOTE INDICATED ABOVE. A TOTAL OF $   OF EACH REGULAR PAYMENT ON THE PROMISSORY NOTE SHALL BE APPLIED TO THE INTEREST ACCUMULATED DURING THE DEFERRAL PERIOD. THE REMAINDER OF THE REGULAR PAYMENT SHALL BE APPLIED ACCORDING TO SEC. 7-CFR, SUB-PART A OF THE PART 1951. WE AGREE TO SIGN A SUPPLEMENTARY PAYMENTS AGREEMENT AND MAKE ADDITIONAL PAYMENTS IF DURING THE DEFERRAL PERIOD WE HAVE A SUBSTANTIAL INCREASE IN INCOME AND OUR ABILITY TO PAY.


                                        [Signature]
September 17, 1998                       RAMON NORAT ZAYAS



**COPY**

ADDENDUM FOR DEFERRED INTEREST:


ADDENDUM TO THE PROMISSORY NOTE DATED MAY 19, 1989, IN THE ORIGINAL AMOUNT OF $62,727.61 AT 6.5% ANNUAL INTEREST.

THIS AGREEMENT AMENDS AND IS ATTACHED TO THE PROMISSORY NOTE INDICATED ABOVE. A TOTAL OF $    OF EACH REGULAR PAYMENT ON THE PROMISSORY NOTE SHALL BE APPLIED TO THE INTEREST ACCUMULATED DURING THE DEFERRAL PERIOD. THE REMAINDER OF THE REGULAR PAYMENT SHALL BE APPLIED ACCORDING TO SEC. 7-CFR, SUB-PART A OF THE PART 1951. WE AGREE TO SIGN A SUPPLEMENTARY PAYMENTS AGREEMENT AND MAKE ADDITIONAL PAYMENTS IF DURING THE DEFERRAL PERIOD WE HAVE A SUBSTANTIAL INCREASE IN INCOME AND OUR ABILITY TO PAY.


                                        [Signature]
September [Illegible], 1998              RAMON NORAT ZAYAS



**COPY**

The amount of this promissory note and the mortgage that guarantees it has been extended and re-amortized as of September 17, 1998, resulting in a balance owed of $96,012.67 of principal and $46,050.72 of interest, for a new principal of $142,063.39, which shall accrue interest at a rate of five (5.00%) percent per annum and as a partial deferment of zero years has been given, shall be paid as follows:

$11,756.00 on or before January 9, 1999, and on January 9 of each subsequent year, except that the final installment on the debt evidenced herein shall be paid on or before September 1, 2013, according to deed number SEVENTY-THREE (73) dated September 17, 1998, before the Notary Antonio Ortíz Rodríguez. I do attest.


In Coamo, Puerto Rico, on September 17, 1998.



[Signature]                    [Seal]

ANTONIO ORTIZ RODRIGUEZ

ADDENDUM FOR DEFERRED INTEREST:


ADDENDUM TO THE PROMISSORY NOTE DATED NOVEMBER 16, 1977, IN
THE ORIGINAL AMOUNT OF $70,000.00 AT 5.00% ANNUAL INTEREST.

THIS AGREEMENT AMENDS AND IS ATTACHED TO THE PROMISSORY
NOTE INDICATED ABOVE. A TOTAL OF $   OF EACH REGULAR PAYMENT ON
THE PROMISSORY NOTE SHALL BE APPLIED TO THE INTEREST ACCUMULATED
DURING THE DEFERRAL PERIOD. THE REMAINDER OF THE REGULAR PAYMENT
SHALL BE APPLIED ACCORDING TO SEC. 7-CFR, SUB-PART A OF THE PART
1951. WE AGREE TO SIGN A SUPPLEMENTARY PAYMENTS AGREEMENT AND
MAKE ADDITIONAL PAYMENTS IF DURING THE DEFERRAL PERIOD WE HAVE A
SUBSTANTIAL INCREASE IN INCOME AND OUR ABILITY TO PAY.


                                    [Signature]
September 17, 1998                  RAMON NORAT ZAYAS

*(41-10)*

41-10

The amount of this promissory note and the mortgage that guarantees it, has been extended and re-amortized as of September 17, 1998, resulting in a balance owed of $96,012.67 of principal and $46,050.72 of interest, for a new principal of $142,063.39, which shall accrue interest at a rate of five (5.00%) per annum and as a partial deferment of zero years has been given, shall be paid as follows:

$11,756.00 on or before January 9, 1999, and on January 9 of each subsequent year, except that the final installment of the debt evidenced herein shall be paid on or before on September 1, 2013, according to deed number SEVENTY-THREE (73) dated September 17, 1998, before the Notary Antonio Ortíz Rodríguez. I do attest.

In Coamo, Puerto Rico, on September 17, 1998.


[Signature]                     [Seal]
ANTONIO ORTIZ RODRIGUEZ                          **COPY**

*(44-11)*                               *$46,573.72*

The amount of this promissory note and the mortgage that guarantees it, has been extended and re-amortized as of September 17, 1998, resulting in a balance owed of $31,850.34 of principal and $14,723.38 of interest, for a new principal balance of $14,723.38, which shall accrue interest at a rate of five (5.00%) per annum and as a partial deferment of zero years has been given, shall be paid as follows:

  $4,488.00 on or before January 9, 1999, and on January 9 of each subsequent year, except that the final installment of the debt evidenced herein shall be paid on or before on September 1, 2013, according to deed number SEVENTY-THREE (73) dated September 17, 1998, before the Notary Antonio Ortíz Rodríguez. I do attest.

  In Coamo, Puerto Rico, on September 17, 1998.


        [Signature]              [Seal]
  ANTONIO ORTIZ RODRIGUEZ                    **COPY**

44-12

The amount of this promissory note and the mortgage
that guarantees it, has been extended and re-amortized
as of September 17, 1998, resulting in a balance owed
of $62,727.61 of principal and $39,566.22 of interest,
for a new principal balance of $102,293.83, which shall
accrue interest at a rate of five (5.00%) per annum and
as a partial deferment of zero years has been given,
shall be paid as follows:

  $9,857.00 on or before January 9, 1999, and on
January 9 of each subsequent year, except that the
final installment of the debt evidenced herein shall be
paid on or before on September 1, 2013, according to
deed number SEVENTY-THREE (73) dated September 17,
1998, before the Notary Antonio Ortíz Rodríguez. I do
attest.   In Coamo, Puerto Rico, on September 17,
1998.


     [Signature]              [Seal]
  ANTONIO ORTIZ RODRIGUEZ                    **COPY**

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

Form FmHA 440-16
(Rev. 11-10-75)

(41-10)

CLASE DE PRESTAMO
Tipo: **FO-I**
De acuerdo a:
☒ Consolidated Farm and Rural
   Development Act.
☐ Title V of the Housing Act of 1949

**PAGARE**

| | |
|---|---|
| ESTADO | Puerto Rico |
| OFICINA | Juana Díaz |
| CASO NUM. | 63-33-584143915 |

<CONV OS ...>

Fecha __16 de noviembre de__ , 19 **77**

**POR VALOR RECIBIDO**, el subscribiente (ya sea una o más personas, denominado en adelante "Prestatario...") mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") en su oficina en ___Juana Díaz, P.R.___

**LA SUMA PRINCIPAL DE** __SETENTA MIL__     CON  00/100

DOLARES ($ __70,000.00__ ), más INTERESES sobre el **PRINCIPAL ADEUDADO** al

__CINCO__ POR CIENTO ( __5__ %) ANUAL.

El pago de dicho Principal e Intereses será según acordado entre el Prestatario y el Gobierno usando una de las cuatro alternativas como se indica más abajo: (marque uno)

☐ I. Pagos de Principal e Intereses serán diferidos. El primer plazo será de intereses acumulados y vencerá en _____ , 19 ____ . El Pago de Principal e Intereses acumulados subsiguientemente serán en _____ plazos como se indica en el encasillado más abajo;

☐ II. Los pagos de Principal e Intereses serán diferidos. Los intereses acumulados a _____ , 19 ____ serán sumados al Principal. Dicho nuevo Principal e Intereses acumulados subsiguientemente serán pagaderos en _____ plazos regulares amortizados en las fechas indicadas en el encasillado más abajo. El Prestatario autoriza al Gobierno a anotar la cantidad de dicho nuevo Principal aquí $ _____ y la cantidad de dichos plazos regulares en el encasillado más abajo, cuando dichas cantidades hayan sido determinadas.

☐ III. El Pago de Intereses no será diferido. Plazos de Intereses acumulados serán pagaderos el _____ de cada _____ empezando en _____ , 19 ____ , hasta _____ , 19 ____ . Principal e Intereses acumulados subsiguientemente serán pagados en _____ plazos como se indica en el encasillado más abajo;

☒ IV. Los Pagos no serán diferidos. Principal e Intereses serán pagaderos en __41__ plazos como se indica en el encasillado más abajo:

$ __442.00__  en __1ro. de enero de__ , 19 **78** , y

$ __4,080.00__  subsiguientemente al __1RO.__ de cada __ENERO__ __AÑO__ hasta que el **PRINCIPAL e INTERESES** sean completamente pagados excepto que el **PLAZO FINAL** de la deuda aquí evidenciada, de no ser pagado anteriormente, vencerá y será **PAGADERO** __CUARENTA__ ( __40__ ) **AÑOS** de la FECHA de este **PAGARE**. La consideración aquí envuelta respaldará cualquier convenio modificado el plan de pagos anterior.

Jay-Ce–Agricultura                                    FmHA 440-16 (Rev. 11-10-75)

Si la cantidad total del préstamo no es adelantado a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno es mandatoria siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se muestra aquí al reverso. El Prestatario autoriza al Gobierno a anotar la cantidad y fecha de tal adelanto en el Registro de Adelantos.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados, o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Adminis- tración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este mismo.

El Prestatario conviene en que el Gobierno en cualquier momento podrá negociar este pagaré y asegurar el pago del mismo, y en tal caso, aunque el Gobierno no sea el tenedor de dicho pagaré, el Prestatario continuará haciendo los pagos de principal e intereses al Gobierno, como agente cobrador del tenedor, según se especifican en este.

Si este pagaré está en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor, excepto    el pago final, o podrán ser retenidos por el Gobierno y remitidos al tenedor a base de pagos trimestrales o a base de plazo anual vencido. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devengan entre la fecha efectiva de cualquier de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

El Prestatario por la presente certifica que no puede obtener crédito suficiente de otras fuentes para financiar sus necesidades actuales a un tipo de interés y términos razonables, tomando en consideración los tipos y términos preva- lecientes de fuentes privadas y cooperativas en o cerca de su comunidad, para préstamos con períodos de tiempo y propósitos similares, y que el préstamo aquí evidenciado se usará solamente para propósitos autorizados por el Gobierno.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario (a) operará personal- mente dicha propiedad por sí mismo con su familia, como una finca si este préstamo es a dueño de finca (FO) o (b) ocupará y usará personalmente dicha propiedad si este es un préstamo de vivienda rural (RH) en un solar o en el caso de un préstamo de la Sección 504 de vivienda rural.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa. Este párrafo y el que le precede no serán aplicables al co-deudor que firme este pagaré de acuerdo a lo previsto en la Sección 502 de la Ley de Hogares de 1949, para compensar cualquier deficiencia en la habilidad de pago del (los) otro(s) compareciente(s):

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento eviden- ciando una deuda del Prestatario asegurada o Garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; e incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de confor- midad con la Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

  



Presentación, protesto y aviso

Presentación, protesto y aviso son por la presente expresamente renunciados

_____ (Sello)

RAMON NORAT          (Prestatario) ZAYAS

_____ (Sello)

MYRTA COLLAZO        (Esposa) HERNANDEZ

Box 101, Coamo, P. R. 00640

_____

_____

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| (1) $ | | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | | TOTAL $ | |

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

FmHA 440-16 (Rev. 11-10-75)

Jav-Ce-Agricultura



ADDENDUM POR INTERESES DIFERIDOS:

ADDENDUM AL PAGARE FECHADO DEL 19 DE MAYO DE 1989 POR LA CANTIDAD ORIGINAL DE $95,775.73 Y 5.00% DE INTERESES ANUAL. ESTE ACUERDO ENMIENDA Y SE ADHIERE AL PAGARE ARRIBA INDICADO. A SUMA DE $49.97 DE CADA PAGO REGULAR EN EL PAGARE SERA APLICADO AL INTERES QUE SE ACUMULE DURANTE EL PERIODO DE DIFERIMIENTO.  EL REMANENTE DE PAGO REGULAR SERA APLICADO DE ACUERDO A LA SEC. 7-CFR, SUB PARTE A DE LA PARTE 1951. NOSOTROS ACORDAMOS FIRMAR UN ACUERDO DE PAGO SUPLEMENTARIOS Y HACER PAGOS ADICIONALES SI DURANTE EL PERIODO DE DIFERIMIENTO TENEMOS UN AUMENTO SUSTANCIAL EN INGRESOS Y HABILIDAD DE PAGO.

5/19/89
FECHA

PRESTATARIO

ESPOSA



*************************ANEXO AL PAGARE************************

El importe de este pagaré y la hipoteca que lo----------
garantiza, reamortizado al día diecinueve (19) de mayo de mil
novecientos ochenta y nueve (1989), dió un saldo deudor------
montante a NOVENTA Y SIETE MIL CERO SETENTA Y CINCO DOLARES--
CON UN CENTAVOS ($97,075.01), a razón del cinco (5%)---------
porciento anual de los cuales sólo la porción de NOVENTA Y---
CINCO MIL SETECIENTOS SETENTA Y CINCO DOLARES CON SETENTA Y--
TRES CENTAVOS ($95,775.73), devengará intereses a razón del--
cinco (5.00%) de interés anual, ya que la cantidad de MIL----
DOSCIENTOS NOVENTA Y NUEVE DOLARES CON VEINTE Y OCHO CENTAVOS
($1,299.28) son intereses no capitalizables y por habersele--
concedido un diferimiento parcial de dos (2) años habrá de---
ser pagado en la siguiente forma: Durante los primeros dos---
(2) años no se pagará ningún plazo y comenzará a pagar la----
cantidad de SIETE MIL CERO OCHENTA Y UN DOLARES ($7,081.00)--
en o antes del 1-1-92 y la cantidad de SIETE MIL CERO OCHENTA
Y UN DOLARES ($7,081.00) en o antes de cada enero subsi------
guiente, excepto que el plazo final de la deuda aquí eviden--
denciada se hará en o antes del dos mil diecisiete (2017),---
según consta de la escritura número cuarenta y uno (41),-----
de esta misma fecha, ante el Notario suscribiente.  DOY FE.--

En Coamo, Puerto Rico, a 19 de mayo de 1989.------------

ARQUIMEDES GIERBOLINI
Abogado y Notario

ADDENDUM POR INTERESES DIFERIDOS

ADDENDUM AL PAGARE FECHADO 16 DE NOVIEMBRE DE 1977 POR LA CANTIDAD ORIGINAL DE $70,000.00 AL 5.00% DE INTERES ANUAL.

ESTE ACUERDO SE ENMIENDA Y SE ADHIERE AL PAGARE ARRIBA INDICADO. LA SUMA DE $        DE CADA PAGO REGULAR EN EL PAGARE SERA APLICADO AL INTERES QUE SE ACUMULE DURANTE EL PERIODO DE DIFERIMIENTO. EL REMANENTE DE PAGO REGULAR SERA APLICADO DE ACUERDO A LA SEC. 7-CFR, SUB PARTE A DE LA PARTE 1951. ME COMPROMETO A FIRMAR UN ACUERDO DE PAGO SUPLEMENTARIOS Y HACER PAGOS ADICIONALES SI DURANTE EL PERIODO DE DIFERIMIENTO TENGO UN AUMENTO SUBSTANCIAL EN INGRESOS Y HABILIDAD DE PAGO.

17 de septiembre de 1998

RAMON NORAT ZAYAS

( 41-10 )                              4|-10

El importe de este pagaré y la hipoteca que lo garantiza, ha sido ampliado y reamortizado al 17 de septiembre de 1998, dio un saldo deudor montante a $96,012.67 de principal, y $46,050.72 de intereses para un nuevo principal de $142,063.39, el cual devengará intereses a razón de un cinco (5.00%) anual y por habersele dado un diferimiento parcial de cero años habrá de ser pagada en la siguiente forma:------ ---$11,756.00 en o antes del 9 de enero de 1999 y subsiguiente en el 9 de enero de cada año excepto que el plazo final de la deuda aquí evidenciada se hará en o antes del 1 de septiembre de 2013 según consta de la escritura número SETENTA Y TRES (73)  de 17 de septiembre de 1998 ante el Notario Antonio Ortiz Rodríguez. Doy fe.

En Coamo, Puerto Rico, a 17 de septiembre de 1998.

ANTONIO ORTIZ RODRIGUEZ

COPY

--------NUMBER ONE HUNDRED TWENTY-TWO ------

------------ VOLUNTARY MORTGAGE ------------

In the city of Juana Diaz, Puerto Rico, on the sixteenth of November of Nineteen Hundred Ninety-seven.--------------------------------

--------------- BEFORE ME  ------------------

ENRIQUE CORCHADO JUARBE, Attorney and Notary Public of this island with residence and domicile in Coamo, Puerto Rico and offices in this same city.------------------------------

----------------- APPEAR --------------------

The persons named in paragraph TWELFTH of this mortgage, hereinafter designated as the "mortgagor" and whose personal circumstances appear in said paragraph.--------------------

I attest that I personally know the appearing parties, as well as by their statements their age, civil status, occupation and residence.--

They assure me they are in full enjoyment of their civil rights, the free administration of their assets and having in my judgment the necessary legal capacity for this execution, they freely and spontaneously,---------------

----------------- STATE ---------------------

FIRST: The mortgagor is the owner of the

CERTIFIED To be a true and correct translation from its original. *(signature)* AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.   4/11/05

2

property or properties described in paragraph ELEVENTH, as well as of all the rights and interests over the same, hereinafter designated as "the properties".----------------

SECOND: That the properties herein mortgaged are subject to the encumbrances specified in paragraph ELEVENTH.----------------------

THIRD: That the mortgagor is obligated to the United States of America, acting through the Farmers Home Administration, hereinafter designated as the "mortgagee", with regard to a loan or loans evidenced by one or more promissory notes or subrogation agreements, hereinafter designated as "the note", be the same one or more. The Government requires that additional monthly payments be made of one twelfth part of the taxes, assessments (impositions), insurance premiums and other charges which have been estimated over the mortgaged property.------------------------

FOURTH: It is understood that:--------------

(One) The note evidences a loan or loans by the mortgagor for the principal amount specified on the same, granted for the purpose

CERTIFIED To be a true and correct translation from its original. _(signature)_
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

3

and intention that the mortgagee may assign the note at any time and insure its payment in accordance with the Act of Nineteen Hundred Sixty-one consolidating the Farmers Home Administration or Title Five of the Home Act of Nineteen Hundred Forty-nine, as has been amended.------------------------------------

(Two) When the payment of the note is guaranteed by the mortgagee, it can be assigned from time to time and each holder of said note will in turn be the insured lender.-

(Three) When the payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender together with the note, an insurance endorsement totally guaranteeing the payment of the principal and interests of said note.--

(Four) At all times that the payment of the note is insured by the mortgagee, the mortgagee, by agreement with the insured lender, will determine in the insurance endorsement the portion of the payment of interests which will be designated as "annual fee".------------------------------------

CERTIFIED To be a true and correct translation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.  4/11/07

4

(Five) A condition of the assurance of the payment of the note will be that the holder will assign all his rights and remedies against the mortgagor and any other in relation to said loan as well as the benefits of this mortgage and will accept in its place the insurance benefits, and in case of violation of any agreement or stipulation contained herein or in the note or in any supplementary agreement by the mortgagor, at the request of the mortgagee it will endorse the note to the mortgagee.--------------------
(Six) Among other things, it is the purpose and intention of this mortgage, that at all times while the note is in possession of the mortgagee, or if the mortgagee assigns this mortgage without guaranteeing the note, this mortgage will guarantee the payment of the note, but when the note is in possession of an insured lender, this mortgage will not guarantee the payment of the note nor will it form part of the debt evidenced by the same, but as to the note and as to said debt, will constitute a mortgage of indemnification to

CERTIFIED To be a true and correct trans-
lation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.                    4/11/10

5

guarantee the mortgagee against any loss under the insurance endorsement due to any non-compliance by the mortgagor.------------------

FIFTH: That in consideration for the loan and (a) at all times that the note is kept by the mortgagee or if the mortgagee assigns this mortgage without the payment insurance on the note and as guarantee for the amount of the note as specified in sub-paragraph (One) of paragraph NINTH with its interests at the rate stipulated and to assure the prompt payment of said note, its renewal or extension and any agreement contained in the same; (b) at all times that the note is in possession of an insured lender in guarantee of the amounts specified in sub-paragraph (Two) of paragraph NINTH herein consigned, to guarantee compliance of the agreement by the mortgagor to indemnify and hold the mortgagee harmless against any losses under the insurance endorsement due to non-compliance by the mortgagor; and (c) in any case and at all times in guarantee of additional amounts consigned in sub-paragraph (Three) of

CERTIFIED To be a true and correct translation from its original. _(signature)_
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

6

paragraph NINTH of this instrument and to assure compliance with each and every one of the agreements and stipulations of the mortgagee contained herein or in any other supplementary agreement, the mortgagor hereby constitutes a voluntary mortgage in favor of the mortgagee over the properties described in paragraph ELEVENTH below, as well as over all the rights, interests, easements, hereditary rights, adhesions belonging to the same, any rent, credit, benefits of the same, and all proceeds and income from the same, any improvement or personal property which exists at present or which may be adhered in the future or which are reasonably necessary for the use of the same, over the waters, the water rights or actions on the same, belonging to the properties or to any payment which at any time is owed to the mortgagor by virtue of the sale, lease, transfer, alienation or total or partial expropriation of or for damages to any part of the same or to the interests over the same, it being understood that this encumbrance will remain in full force and

CERTIFIED To be a true and correct translation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT,

7

effect until the amounts specified in paragraph NINTH with its interests, before and after its due date, until the same have been paid in full. In case of foreclosure, the properties will respond for the payment of the principal, the interests before and after the expiration, until its payment in full, loss suffered by the mortgagee as insurer of the note, taxes, insurance premiums or any other disbursement or advance by the mortgagee for the account of the mortgagor with its interests until they are paid to the mortgagee, costs, expenses and attorneys fees of the mortgagee, all extension or renewal of said obligation with interests over each and every other charge or additional amount specified in paragraph NINTH of this document.------------------------------------

SIXTH: The mortgagor expressly agrees to the following:----------------------------------------

(One) To promptly pay the mortgagee at its due date any debt herein guaranteed and to indemnify and hold the mortgagee harmless under the insurance for the payment of the

CERTIFIED To be a true and correct translation from its original

AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

8

note due to non-compliance by the mortgagor. At all times when the note is in possession of the insured lender, the mortgagor will continue to make the payments against said note to the mortgagee as the collections agent of the holder of the same.--------------------

(Two) To pay the mortgagee an initial quota for inspection and appraisal and any charge for delinquency required at present or in the future by the regulations of the Farmers Home Administration.-----------------------------

(Three) At all times when the note is in possession of an insured lender, any amount owed and not paid under the terms of the note, less the annual amount or charge, may be paid by the mortgagee to the holder of the note pursuant to the terms provided in the note and in the insurance endorsement referred to in the FOURTH paragraph for account of the mortgagor.-------------------------------------

Any amount due and not paid under the terms of the note, be it in the possession of the mortgagee or of the insured lender, may be credited by the mortgagee to the note and as a

CERTIFIED To be a true and correct translation from its original. AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED

9

result thereof it will constitute an advance by the mortgagee for the account of the mortgagor.----------------------------------- Any advance by the mortgagee as described in this sub-paragraph will earn interests at the rate of FIVE percent (5%) per annum from the date in which the payment became due until the date in which the mortgagor pays the same.--- (Four) Whether or not the note is insured by the mortgagee, any and all advances made by the mortgagee for the insurance premium, repairs, encumbrances or other claims in protection of the mortgaged properties, or for taxes or any other similar expenses due to the mortgagor not having paid the same, will earn interests at the rate stipulated in the previous sub-paragraph from the date of said advances until the same are paid by the mortgagor.----------------------------------- (Five) All advances made b the mortgagee described in this mortgage with their interests will become immediately due and will be payable by the mortgagor to the mortgagee without any request whatsoever being necessary

CERTIFIED To be a true and correct translation from its original
AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.

10

at the place designated in the note and will be guaranteed by this mortgage.  No advance made by the mortgagee will release the mortgagor from his violation of this agreement to pay.  Said advances, with their interests, will be reimbursed from the first payments received from the mortgagor.  If no advances were made, all payments verified by the mortgagor may be applied to the note or to any other debt of the mortgagor guaranteed herein in the order determined by the mortgagee.----

(Six) To use the amount of the loan evidenced by the note solely for the purposes authorized by the mortgagee.----------------------------

(Seven) To pay on its due date the taxes, special taxes, encumbrances and liens which encumber the property or the rights or interests of the mortgagor under the terms of this mortgage.----------------------------

(Eight) To obtain and maintain insurance against fire and other risks as required by the mortgagee over the buildings and improvements existing on the property or any other improvement introduced in the future.

CERTIFIED To be a true and correct translation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

11

The insurance for fire and other risks will be in the form and for the amounts, terms and conditions approved by the mortgagee.--------
(Nine) To maintain the properties in good conditions and to promptly verify the repairs necessary for the conservation of the properties; will not commit or allow any deterioration of the property; will not remove or demolish any building or improvement on the properties; nor will cut or remove wood from the property, nor remove or allow the removal of gravel, sand, oil, gas, charcoal or other minerals without the consent of the mortgagee, and will promptly carry out the repairs on the properties that the mortgagee may require from time to time.  The mortgagor will comply with those practices of soil conservation and the plans of the property and the home that the mortgagee from time to time may require.----------------------------------
(Ten) If this mortgage is executed for a loan to a farm owner as identified in the regulations of the Farmers Home Administration, the mortgagor will personally

CERTIFIED To be a true and correct trans-
lation from its original: ~~signature~~
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.      / /  /

12

operate the properties on his own and through his family as one farm, and for no other purpose, and will not lease the farm nor part of the same unless the mortgagee agrees in writing to another method of operation or lease.----------------------------------------

(Eleven) Will submit in the form and manner required by the mortgagee the information of his earnings and expenses and any other information related with the operation of the properties and will comply with all the laws, ordinances and regulations which affect the properties or their use.--------------------

(Twelve) The mortgagee, its agents and attorneys, will have at all times the right to inspect and examine the properties in order to determine if the guarantee granted is being diminished or deteriorated, and if said examination or inspection determines, in the judgment of the mortgagee, that the guaranty granted is being diminished or deteriorated, said condition will be considered as a violation by the mortgagor of the covenants of this mortgage.-------------------------------

CERTIFIED To be a true and correct trans-
lation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

13

(Thirteen) If any other person retains or contests the right to possession of the mortgagor to the properties, the mortgagor will immediately notify the mortgagee of said action and the mortgagee, at his option, may file those proceedings which may be necessary in defense of his interests, and the expenses and disbursements incurred by the mortgagee in said proceedings will be charged to the mortgagor's debt and will be considered guaranteed by this mortgage within the additional credit of the mortgage clause for advances, expenses and other payments.-------
(Fourteen) If the mortgagor at any time while the mortgage is in effect, abandons the property or voluntarily surrenders it to the mortgagee, the mortgagee is hereby authorized and empowered to take possession of the properties, lease them and administer the assets and collect the rent, benefits and income from the same and apply them in the first place to the expenses for collection and administration, and in second place to the payment of the debt evidenced by the note or

CERTIFIED To be a true and correct translation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

14

any other debt of the mortgagor, guaranteed herein, in the order and manner determined by the mortgagee.--------------------------------

(Fifteen) At any time that the mortgagee determines that the mortgagor can obtain a loan from a production credit association, from a federal bank or other responsible source, credit union or private, at a reasonable interest rate and terms for loans for similar purposes and time, the mortgagor, at the request of the mortgagee, will request and accept said loan in an amount sufficient to satisfy the note and any other debt guaranteed herein and pay for the necessary actions in the cooperative agency in relation to said loan.--------------------------------

(Sixteen) The non-compliance with any of the obligations guaranteed by this mortgage, or if the mortgagor or any other person included as mortgagor fails to pay any amount or violates or does not comply with any clause, condition, stipulation or covenant or agreement contained herein or in any supplementary agreement, or dies or declares himself or is declared

CERTIFIED To be a true and correct translation from its original. _Aida [signature]_

AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.            4/11/1~

15

incompetent, in bankruptcy, insolvent or makes an assignment for the benefit of his creditors, or the properties or part of them or any interest over the same are assigned, sold, leased, transferred or voluntarily encumbered or in any other manner, without the written consent of the mortgagee, the mortgagee is irrevocably authorized and with powers, at his option and without notice: (One) to declare the entire debt not paid under the terms of the note or any other debt to the mortgagee herein guaranteed, immediately due and payable and proceed to foreclose the same in accordance with the law and the terms of the same; (Two) to incur and pay reasonable expenses for the repair or maintenance of the properties and any expense or obligation which the mortgagor did not pay as agreed to in this mortgage, including taxes, insurance premiums and any other payment or expense for the protection and conservation of the properties and of this mortgage or non-compliance with any precept of this mortgage, and (Three) to request the

CERTIFIED To be a true and correct translation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

16

protection of the law. ------------------------

(Seventeen) The mortgagor will pay or reimburse to the mortgagee all of the expenses necessary for the faithful compliance of the covenants and agreements of this mortgage, in the note and in any other supplementary covenant, including the expenses of the survey, evidence of title, costs, inscription and attorneys fees. -------------------------

(Eighteen) Without affecting in any manner whatsoever the mortgagee's rights to require and enforce compliance on any date subsequent to the covenants, agreements or obligations herein contained, or similar or other covenants and without affecting the responsibility of any person to pay the note or any other debt herein guaranteed and without affecting the encumbrance imposed on the properties or the priority of the encumbrance, the mortgagee is hereby authorized and empowered at any time to: (One) to waive compliance with any agreement or obligation contained herein or in the note or in any supplementary agreements; (Two) to

CERTIFIED To be a true and correct translation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

17

negotiate with the mortgagor or grant the mortgagor any indulgence or tolerance or extension of time for the payment of the note (with the consent of the holder of said note when the same is in the hands of an insured lender) or for the payment or any debt in favor of the mortgagee, and guaranteed herein; or (Three) grant and deliver partial cancellations of any part of the properties of the mortgage constituted herein or grant deferment or postponement of this mortgage in favor of any other encumbrance constituted over said properties.------------------------

(Nineteen) All the rights, titles and interests in and over this mortgage, including but not limited to the power of granting consents, partial cancellations, subordinations, total cancellation, lies solely and exclusively with the mortgagee and no other insured lender will have any right, title or interest whatsoever on or over the encumbrance and the benefits contained herein.------------------------------------

(Twenty) Non-compliance with this mortgage

CERTIFIED To be a true and correct translation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.   4/11/0

18

will constitute non-compliance with any other mortgage, chattel loan, or mortgages over real property owned or insured by the mortgagor and granted or assumed by the mortgagor; and non-compliance with any of said guarantee instruments will constitute non-compliance with this mortgage.------------------------

(Twenty-one) Every notice that is to be given under the terms of this mortgage will be sent by certified mail, unless otherwise provided by law, and will be addressed until such time as another address is designated in a notice to said effect, in the case of the mortgagee to the Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico, and in the case of the mortgagor, to him at the postal address of his residence, as hereinafter specified.--------------------

(Twenty-two) The mortgagor hereby assigns to the mortgagee the amount of any judgment obtained by eminent domain for public use of the properties or part of the same, as well as the amount of the judgment for damages caused to the properties.   The mortgagee will apply

CERTIFIED To be a true and correct trans-
lation from its original. *(signature)*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

19

the amount received to the payment of the
expenses incurred in its collection and the
balance to the payment of the note and any
debt to the mortgagee guaranteed with this
mortgage, and should there remain any amount,
the same will be reimbursed to the mortgagor.-
SEVENTH: So that it will serves as the amount
for the first bid which will be held in case
of foreclosure of this mortgage, in accordance
with the mortgage law, as amended, the
mortgagor hereby appraises the mortgaged
properties in the amount of ONE HUNDRED FORTY-
SEVEN THOUSAND NINE HUNDRED AND SIXTY DOLLARS
($147,960.00).-------------------------------
EIGHTH: The mortgagor herby waives the
procedure of request and will be considered
delinquent without a need for any notice by
the mortgagee.  This mortgage is subject to
the regulations of the Farmers Home
Administration, currently in effect, and to
future regulations, not inconsistent with the
terms of this mortgage, as well as subject
also to the laws of Congress of the United
States which authorize the assignment and

CERTIFIED To be a true and correct trans-
lation from its original.  *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

20

assurance of the aforementioned loan.--------

NINTH: The amounts guaranteed by this mortgage

are the following:-------------------------

One: At all times when the note described in

the THIRD paragraph of this mortgage is owned

by the mortgagee or if the mortgagee assigns

this mortgage without insuring the note,

SEVENTY THOUSAND DOLLARS ($70,000.00) of

principal of said note, with its interests as

stipulated at the rate of five percent (   %)

per annum.---------------------------------

Two: At all times when the note is in the

possession of an insured lender, SEVENTY

THOUSAND DOLLARS ($70,000.00) to indemnify the

mortgagee for advances to the insured lender

due to non-compliance by the mortgagor in

paying the installments as specified in the

note, with interests as specified in paragraph

SIXTH.  Third: ----------------------------

(B)  ONE  HUNDRED  FIVE  THOUSAND  DOLLARS

($105,000.00) to also indemnify the mortgagee

against any loss he may suffer under the

payment insurance of the note;---------------

Three: In any case and at all times:--------

CERTIFIED To be a true and correct trans-
lation from its original.  *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.  4/11/[?]

(A) TWENTY-EIGHT THOUSAND DOLLARS ($28,000.00)

for interests after delinquency;-------------

(B) FOURTEEN THOUSAND DOLLARS ($14,000.00) for

taxes, insurance and other advances for the

conservation and protection of this mortgage,

with interests at the rate stipulated in the

SIXTH paragraph, Third;----------------------

(C) SEVEN THOUSAND DOLLARS ($7,000.00) for

costs, expenses and attorneys fees incurred by

the mortgagee in proceedings to defend its

interests against any person who intervenes or

contests the mortgagee's right to possess the

properties    as    consigned    in    the    SIXTH

paragraph, Thirteen.-------------------------

TENTH: That the note(s) to which reference is

made in the THIRD paragraph of this mortgage

is(are) described as follows:--------------

"Promissory note executed in case number
sixty-three dash thirty-three dash five
hundred eighty-four million one hundred forty-
three thousand nine hundred fifteen (63-33-
584143915) dated November sixteen of Nineteen
Hundred Seventy-seven, for the amount of
SEVENTY THOUSAND DOLLARS ($70,000.00) of
principal, plus interests over the balance of
principal owed at the rate of five percent
(5%) per annum, until its principal is paid
in full according to the terms, installments,
conditions and stipulations contained in said
note and as agreed and covenanted between the
borrower and the Government; except the final

CERTIFIED To be a true and correct trans-
lation from its original ⟨signature⟩
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

22

payment of the total debt herein represented,
if not previously paid, will become due and
payable in forty years from the date of this
note."----------------------------------------

Said note has been executed as evidence of an

agricultural loan granted by the Government to

the Borrower in accordance with the Act of

Congress of the United States of America

designated as the Consolidated Farm and Rural

Development Act or in accordance with Title V

of the Housing Act of 1949, as both have been

amended, and is subject to the present

regulations of the Farmers Home Administration

and to the future regulations not inconsistent

with said law.--------------------------------

ELEVENTH: That RAMON NORAT ZAYAS and his wife

MYRTA COLLAZO HERNANDEZ are the fee simple

owners of the following properties:----------

NUMBER ONE:-----------------------------------
"RURAL: Parcel of land located in the Cuyon
Ward of the municipality of Coamo, Puerto
Rico, triangular in shape, comprised of ONE
HUNDRED   FIFTY   'CUERDAS'   WITH   TWENTY-SIX
HUNDREDTHS OF ANOTHER, equivalent to fifty-
nine  hectares,  five  ares  and  eighty-two
centares, and bounding on the North, with land
of Luis Norat; on the South,  Rafael Diaz and
Juan Botas; on the East, Juan Botas and on the
West, Juan Botas, Luis Norat and Rafael Diaz.

Registered on page one hundred four (104) of
volume  one  hundred  two  (102)  of  Coamo,
property  number  four  thousand  one  hundred

CERTIFIED To be a true and correct trans-
lation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

seventy-three (4,173), second inscription."

TITLE AND LIENS: Spouses Norat-Collazo
acquired it as appears from public deed number
one hundred twenty-one executed before this
lawyer on November sixteen, Nineteen Hundred
Seventy-seven. It is subject to a mortgage
for the amount of Thirty-six Thousand Dollars
($36,000.00) guaranteeing a promissory note in
favor of bearer constituted through deed
number ninety-eight of August twenty-three, of
Nineteen Hundred Seventy-four before this
Notary. The appearing parties assure me that
there are no other liens or encumbrances.-----

NUMBER TWO:----------------------------------
"RUSTIC: Parcel of land located in the Cuyon
Ward of the municipality of Coamo, comprised
by TWENTY-SIX 'CUERDAS' AND FORTY SIX
HUNDREDTHS OF ANOTHER, equivalent to ten
hectares, forty-seven ares and seventy-three
centares, located in the Cuyon Ward of Coamo,
bounding on the North, with jurisdictional
limit between Coamo and Aibonito, which is
separated from land belonging to Petronila
González, later of Librada Gutiérrez and
Emilio Esteban, now Espiridón Canino; on the
South, at a distance of eight hundred thirty
meters with land of Elisa Aurelia Alvarado; on
the East, with land of the Estate of Joaquín
García, and on the West, with a municipal
road.---------------------------------------

REGISTERED on page one hundred thirty-seven
(137) of volume, I say two hundred, it should
be one hundred sixteen of Coamo, property
number six thousand six (6,006), second

CERTIFIED To be a true and correct trans-
lation from its original. [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED

24

inscription.--------------------------------

TITLE AND LIENS: Spouses Norat-Collazo acquired it as it appears from deed number Two Hundred Twenty-eight before Notary Carlos E. Berrios Rojas of Barranquitas, on November twenty, Nineteen Hundred Seventy-six. The same is subject to the following encumbrances: A mortgage for the principal amount of eight thousand six hundred dollars ($8,600.00), plus two additional credits for ten (10%) percent of the principal each one and a mortgage for two thousand dollars and an additional credit for three hundred ($300.00) dollars and another for two hundred and forty dollars ($240.00), this for the payment of interests and the other one for costs and expenses in case of judicial foreclosure, being the mortgagees the Federal Land Bank of Baltimore and the Puerto Rico Production Credit Association, respectively. The mortgagor assures that there are no more liens.--------

NUMBER THREE:-------------------------------
"URBAN: Lot marked with number fifty-one of the inscription plan of the Vista del Sol Residential Development, located in the San Ildefonso Ward of Coamo, Puerto Rico, with a surface area of four hundred three square

CERTIFIED To be a true and correct trans-
lation from its original *(signature)*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

25

meters and twenty square centimeters, bounding
on the North, in twenty-eight meters with lot
number fifty; on the South, in twenty-eight
meters with lot number fifty-two; on the East,
in fourteen meters forty centimeters with
Street "H" and on the West, in fourteen meters
forty centimeters with lots number thirty-two
and forty."----------------------------------

REGISTERED on page one hundred twenty-six
(126) of volume ninety-four (94) of Coamo,
property number three thousand six hundred
twenty-one (3,621), second inscription.------

TITLE AND LIENS:  Acquired by purchase as it

appears from public deed number six hundred

seventy-one of November eighteen, Nineteen

Hundred Seventy-one before Notary Pedro I.

Quiles Mariani.  It is subject to a first

mortgage for the principal amount of Twenty-

nine   Thousand   One   Hundred   Dollars

($129,100.00)  in  favor  of  the  Retirement

System for the Employees of the Commonwealth

of Puerto Rico.--------------------------------

--It is clarified that on the aforementioned

property the mortgagor has constructed the

structure which is described as follows:-----

Single family concrete house.---------------

TWELFTH: The mortgagors are:--------------..

RAMON NORAT ZAYAS and his wife MYRTA COLLAZO

HERNANDEZ,  of  legal  age,  married  to  each

CERTIFIED To be a true and correct trans-
lation from its original *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.   4/11/05

other, property owners and residents of Coamo,
Puerto Rico, and whose postal address is as
herein stated: P.O. Box 101, Vista del Sol
Residential Development, Street E number
fifty-one in Coamo, Puerto Rico.------------

THIRTEENTH: The total amount of the loan
herein consigned was used or will be used for
agricultural purposes and the construction
and/or repair and/or improvement of the
physical installations of the aforementioned
properties.----------------------------------

FOURTEENTH: The borrower will personally
occupy and use any structure which has been
constructed, improved or purchased with the
amount of the loan herein guarantied and will
not lease or use said structure for other
purposes unless the Government agrees this in
writing. The violation of this clause as well
as the violation of any other agreement or
clause herein contained will cause the
obligation to become due as if the entire term
had elapsed and the Government will have the
power to declare the loan due and payable and
proceed to the foreclosure of the mortgage.---

CERTIFIED To be a true and correct trans-
lation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.        4/11/01

27

This mortgage expressly extends to all construction or buildings existing on the aforementioned properties and every improvement, construction or building that is constructed on said properties during the effective term of the mortgage loan constituted in favor of the Government, verified by the present owners-borrowers or their assignees or successors.---------------- The appearing parties also state in this deed that since this is a loan for agricultural purposes, they have agreed not to distribute the responsibility among the aforementioned properties and therefore they will all respond separately, jointly and severally for the debt, principal, interests, costs and other credits guaranteed by this deed, all in accordance with Article one hundred nineteen of the Mortgage Law, as the same has been amended by Law number seventy-nine (79) of June twenty-five of Nineteen Hundred Seventy-nine.---------------------------------------- The mortgagor hereby jointly and severally waive on their own and on behalf of their

CERTIFIED To be a true and correct translation from its original. *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.    4/11/6

28

heirs, successors or representatives in favor of the mortgagee (Farmers Home Administration) any Homestead right which in the present or in the future they may have to the property described in paragraph eleventh and to the buildings presently enclaved therein or which in the future may be constructed; which waiver is allowed in favor of the Farmers Home Administration by Law number thirteen (13) of May twenty-eight of Nineteen Hundred Sixty-nine (1969) (31 L.P.R.A. 1851).--------------
EIGHTEENTH: The appearing parties, aware of what has been previously stated, accept the manner in which it has been prepared, having found it in accordance with what was agreed and I, the Notary, made the pertinent legal warnings as to its execution.------------------
AND HAVING this deed been read by the undersigned Notary out loud to the appearing parties and having the same read it, pursuant to the right I informed them they had to do so, find it to their agreement, accept its contents and then affix their initials on all of its pages, sign it on the last page, all of

CERTIFIED To be a true and correct translation from its original *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.      4/11/17

29

it before me and with me, the authorizing

Notary, who as to everything that has been

consigned herein, I, THE NOTARY, ATTEST.-----

(Signed) Ramón Norat Zayas, Myrta Collazo
Hernández.   (Signed,  marked,  sealed  and
flourished) ENRIQUE CORCHADO JUARBE.----------

(First note is totally illegible).

Second note:
Corresponds  truly  and  faithfully  with  the
contents  of  the  original  document  (rest  of
three   lines   illegible)   year   of   Nineteen
Hundred  Seventy  seven,  to  which  I  remit  and
for   delivery   to   Ramón   Norat   Zayas,   an
interested  party,  I  issue  this  first  copy
which  I  sign,  mark,  seal  and  flourish  in
Coamo,  Puerto  Rico,  today  the  16th  dfay  of
November  of  Nineteen  Hundred  Seventy  Seven.
All  of  which  I  attest.
                              s/illegible

Seal of Registrar of the Property

CERTIFIED To be a true and correct trans-
lation from its original. *(signature)*
AIDA TORRES. CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.        4/1/07

Notified today
October 6, 2000

Term of expiration of 60 days
suspended for having received today
the document to correct the
deficiency.
Bqtas, Dec 5, 2000.
      s/Elwin Rivera Martínez
      Registrar or Officer


This document is registered where indicated
in the note at the margin of each of the
descriptions of the properties.
Barranquitas, December 11, 2000.
No Fees

CERTIFIED To be a true and correct transla-
tion from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.      4/11/07

Forma FmHA-427-1 PR
5/76



———————— NUMERO CIENTO VEINTIDOS ————————

———————— HIPOTECA VOLUNTARIA ————————

En la ciudad de Juana Díaz, Puerto Rico, a dieciseis
de noviembre de mil novecientos setenta y siete.————
———————— ANTE MI ————————
ENRIQUE CORCHADO JUARBE, ————————

Abogado y Notario Público de esta Isla con residencia y vecindad en
Coamo, Puerto Rico———— y oficina en esta misma ciudad.

———————— COMPARECEN ————————

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca
denominados de aquí en adelante el "deudor hipotecario" y cuyas
circunstancias personales aparecen de dicho párrafo.————————

Doy fe del conocimiento personal de los comparecientes, así como por sus
dichos de su edad, estado civil, profesión y vecindad. ————————

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre
administración de sus bienes y teniendo a mi juicio la capacidad legal
necesaria para este otorgamiento, libre y espontáneamente,————

———————— EXPONEN ————————

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en
el párrafo UNDECIMO así como de todos los derechos e intereses en las
mismas, denominada de aquí en adelante "los bienes".————————

SEGUNDO: Que los bienes aquí hipotecados están afectos a los
gravámenes que se especifican en el párrafo UNDECIMO.————————

TERCERO: Que el deudor hipotecario viene obligado para con Estados
Unidos de América, actuando por conducto de la Administración de Hogares
de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",
en relación con un préstamo o préstamos evidenciado por uno o más pagarés
o convenio de subrogación, denominado en adelante el "pagaré", sean uno o
más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales
de una doceava parte de las contribuciones, avaluos (impuestos), primas de



Forma FmHA-427-1 PR
5/76

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria. ------

CUARTO: Se sobreentiende que: -------

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada. -------

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado. -------

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré. -------

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de seguro la porción del pago de intereses del pagaré que será designada como "cargo anual". -------

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tenedor cederá todos sus derechos y remedios contra el deudor hipotecario y cualquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptará en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario. -------



(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré

-2-

Forma FmHA-427-1 PR.
5/76

esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario. ⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario, y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la ¡ rrafo UNDECIMO más adelante, así como sobre los derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente o que en el futuro se adhiera . que sean razonablemente necesarias para el uso de los mismos, sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad. En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total



Forma FmHA-427-1 PR
5/76

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en el párrafo NOVENO de este documento. ————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:———————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. ————————————————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario. ——————————————————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario. ————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del CINCO ———————— por ciento (5 %) anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga.———————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,



—4—

Forma FmHA-427-1 PR
5/76

cualquier o todo adelanto hecho por el acreedor hipotecario para prima de seguro, reparaciones, gravámenes u otra reclamación en protección de los bienes hipotecados o para contribuciones o impuestos u otro gasto similar por razón de haber el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por el deudor hipotecario ————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipoteca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto hecho por el acreedor hipotecario no relevará al deudor hipotecario de su violación del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor hipotecario determinare. ————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para los propósitos autorizados por el acreedor hipotecario. ——————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravámenes y cargas que graven los bienes o los derechos o intereses del deudor hipotecar  bajo los términos de esta hipoteca. ————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en los bienes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y otros riesgos serán en la forma y por las cantidades, términos y condiciones que aprobare el acreedor hipotecario. ————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las reparaciones necesarias para la conservación de los bienes; no cometerá ni permitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros minerales sin el consentimiento del acreedor hipotecario y prontamente llevará a efecto las reparaciones en los bienes que

—5—

Forma FmHA-427-1 PR
5/76

el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir. ------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor hipotecario personalmente operará los bienes por sí y por medio de su familia como una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a menos que el acreedor hipotecario consienta por escrito en otro método de operación o al arrendamiento. ------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la información de sus ingresos y gastos y cualquier otra información relacionada con la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos que afecten los bienes o su uso. ------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía otorgada está siendo mermada o deteriorada, y si dicho examen o inspección determinare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o deteriorada, tal condición se considerará como una violación por parte del deudor hipotecario de los convenios de esta hipoteca. ------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción, podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros pagos. ------------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acreedor hipotecario, el acreedor hipotecario es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar sus rentas, beneficios e ingresos de los mismos

--6--



Forma FmHA-427-1 PR
5/76

y aplicarlos en primer término a los gastos de cobro y administración y en segundo término al pago de la deuda evidenciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada, en el orden y manera que el acreedor hipotecario determinare. ————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor hipotecario puede obtener un préstamo de una asociación de crédito para producción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un tipo de interés y términos razonables para préstamos por tiempo y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará y aceptará dicho préstamo en cantidad suficiente para satisfacer el pagaré y cualquier otra deuda aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho préstamo. ————————————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido o en cualquiera convenio suplementario, o falleciere o se declarare o fuere declarado incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acreedores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) incurrir y pagar los gastos razonables para la reparación o mantenimiento de los bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de seguro y cualquier otro pago o gasto para la protección y conservación de los bienes y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) de solicitar la protección de la ley. ————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos de esta hipoteca, los del pagaré y en cualquier otro



Forma FmHA-427-1 PR
5/76

convenio suplementario, incluyendo los gastos de mensura, evidencia de título, costas, inscripción y honorarios de abogado. ————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor hipotecario para requerir y hacer cumplir en cualquier fecha posterior los convenios, acuerdos u obligaciones aquí contenidas o similares u otros convenios y sin afectar la responsabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del gravámen, el acreedor hipotecario es por la presente autorizado y con poder en cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obligación aquí contenida o en el pagaré o en cualquier convenio suplementario; (Dos) negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el consentimiento del tenedor de dicho pagaré cuando esté en manos de un prestamista asegurado) o para el pago de cualquier deuda a favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cualquier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre dichos bienes.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca, incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones parciales, subordinación, cancelación total, radica sola y exclusivamente en el acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o interés alguno en o sobre el gravámen y los beneficios aquí contenidos. ————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cualesquiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipotecario, y el incumplimiento de cualesquiera de dichos instrumentos de garantía constituirá incumplimiento de esta hipoteca.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será remitido por correo certificado a menos que se disponga lo contrario por ley, y será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto, en el caso del acreedor hipotecario a Administración de Hogares de Agricultores, Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el caso del deudor hipotecario, a él a la dirección postal de

Forma FmHA-427-1 PR
5/76

su residencia según se especifica más adelante. ————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados a los bienes. El acreedor hipotecario aplicará el importe que reciba al pago de los gastos en que incurriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantizada por esta hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ————————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de CIENTO CUARENTA Y SIETE MIL NOVECIENTOS SESENTA DOLARES ($147,960.00) ————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requerimiento y se considerará en mora sin necesidad de notificación alguna por parte del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asignación y aseguramiento del préstamo antes mencionado.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca sin asegurar el pagaré, SETENTA MIL 70,000.00 DOLARES ($          ) al principal de dicho pagaré, con sus intereses según estipulados a razón del CINCO por ciento (    %) anual;

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado, SETENTA MIL 70,000.00 (X) DOLARES ($          )

—9—

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
5/76

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero; ——————————————————————————

(B) CIENTO CINCO MIL ——————————————————————

DOLARES ($105,000.00)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré; —————————————————

Tres. En cualquier caso y en todo tiempo: ————————————————

(A) VEINTIOCHO MIL ——————————————————————

DOLARES ($28,000.00 )

para intereses después de mora; ————————————————————

(B) CATORCE MIL ————————————————————————

DOLARES ($4,000.00 )

para contribuciones, seguro y otros adelantos para la conservación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero; ————————————————————————————

(C) SIETE MIL —————————————————————————

DOLARES ($7,000.00 )

para costas, gastos y honorarios de abogado en caso de ejecución; ——————

(D) SIETE MIL —————————————————————————

DOLARES ($7,000.00 )

para costas y gastos que incurriere el acreedor hipotecario en procedimientos para defender sus intereses contra cualquier persona que intervenga o impugne el derecho de posesión del deudor hipotecario a los bienes según se consigna en el párrafo SEXTO, Trece.

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO de esta hipoteca es (son) descrito(s) como sigue: ————————

Pagaré otorgado en el caso número sesenta y tres raya treintitrés raya quinientos ochenticuatro millones ciento cuarentitrés mil novecientos quince (63-33-584143915) fechado el día dieciseis de noviembre ———————— de mil novecientos setentisiete, por la suma de SETENTA MIL DOLARES ———— ($70,000.00) de principal, más intereses sobre el balance———— del principal adeudado a razón del cinco (5%) por ciento———— anual, hasta tanto su principal sea totalmente satisfecho———— según los términos, plazos, condiciones y estipulaciones———— contenidas en dicho pagaré y según acordados y convenidos———— entre el Prestatario y el Gobierno; excepto el pago final———— del total de la deuda aquí representada, de no haber sido———— satisfecha con anterioridad, vencerá y será pagadero a los——— cuarenta años (40 años) de la fecha de este Pagaré.————————

Dicho pagaré ha sido otorgado como evidencia de un présta-

Agricultura

—10—

concedio por el Gobierno al Prestatario  de conformidad-----
con la Ley del Congreso de Estados Unidos de America deno---
minada Consolidated Farm and Rural Development Act" o de ---
conformidad con el "Title V of the Housing Act of 1949", según
han sido emmendadas y está sujeto a los presentes reglamentos de
de la Administración de Hogares de Agricultores y a los fu---
turos reglamentos no inconsistentes con dicha Ley."-----------

UNDECIMO: que DON RAMON HORAT ZAYAS y su esposa————
DOÑA MYRTA COLLAZO HERNANDEZ son dueños en pleno————
dominio y legítima propiedad de los siguientes————
inmuebles:——————————————————————
NUMERO UNO——————————————————————
"RUSTICA: Predio de terreno localizado en el Barrio
Cuyón del término municipal de Coamo, Puerto Rico——
en forma triangular, compuesto de CIENTO CINCUENTA
CUERDAS CON VEINTISEIS CENTIMOS DE OTRA, equiva-——
lentes a cincuentinueve hectáreas, cinco áreas y—
ochontidós centiáreas y en colindancias por el——
Norte, terrenos de Luis Horat; por el Sur, Rafael
Díaz y Juan Botas; por el Este, Juan Botas y por—
el Oeste, Juan Botas, Luis Horat y Rafael Díaz."——

INSCRITA al folio ciento cuatro (104) del tomo——
ciento dos (102) de Coamo, finca número cuatro ——
mil ciento setentitres (4,173), inscripción segun-
da.————————————————————————————

TITULO Y CARGAS: La hubieron los esposos Horat——
Collazo según se desprende de la escritura pública
número ciento veintiuna —————— otorgada ante el——
fedante el día dieciseis —————— de noviembre de—
mil novecientos setenta y siete. Está sujeta a——
hipoteca por treinta y seis mil dólares ($36,000.00
en garantía de pagarés al portador constituída ——
mediante escritura número noventiocho de veinti-——
tres de agosto de mil novecientos setenticuatro——
ante este fedante. Aseguran los otorgantes que no—
reporta más cargas ni gravámenes.——————————

NUMERO DOS——————————————————————
"RUSTICA: Parcela de terreno situada en el Barrio
Cuyón del término municipal de Coamo, compuesta——
de VEINTISEIS CUERDAS CON SESENTA Y SEIS CENTI-——
MAS DE OTRA equivalentes a diez hectáreas, cuaren-
tisiete áreas y setenta y tres centiáreas, sita——
en el Barrio Cuyón de Coamo en lindes por el Norte,
con límite jurisdiccional entre Coamo y Aibonito,—
que separa de terrenos de doña Petronila González,
después de Librada Gutiérrez y Emilio Estéban,——
ahora de Espiridión Camino; por el Sur, a distan-
cia de ochoci ntos treinta metros con terrenos——
de Doña Elisa Aurelia Alvarado; por el Este, con-
terrenos de la Sucesión de Joaquín García y por——
el Oeste, con un camino municipal.——————————

INSCRITA al folio ciento treintisiete (137) del—
tomo, ci digo doscientos debe de ser ciento ——
diedisis de Coamo, finca número seis mil seis-——
(6,006), inscripción segunda.——————————————

TITULO y CARGAS: La hubieron los esposos Horat——
Collazo según se desprende de la escritura número

doscientos veintiocho————————————————————————
otorgada ante el Notario Carlos M. Berríos Rojas——
de Barranquitas, ————— en fecha de veinte de————
noviembre de mil novecientos setentiseis.———————
Se encuentra afecta a las siguientes cargas: Una—
hipoteca por la suma principal de ocho mil seis——
cientos dólares ($8,600.00) más dos créditos adi——
cionales por diez (10%) por ciento del principal——
cada uno y a una hipoteca por dos mil dólares y———
un crédito adicional por trescientos ($300.00)————
dólares y otro por doscientos cuarenta ($240.00)——
dólares, éste para pago de interes y aquél para——
costas y gastos en caso de ejecución por la vía———
judicial, siendo los acreedores hipotecarios el———
Federal Land Bank of Baltimore y la Puerto Rico———
Production Credit Association, respectivamente.————
Aseguran el deudor hipotecario que no reporta más—
cargas.———————————————————————————————

NUMERO TRES——————————————————————————
"URBANA: Solar marcado con el número cincuenta y——
uno del plano de inscripción de la Urbanización——
Vista del Sol, situada en el barrio San Ildefonso—
de Coamo, Puerto Rico, con una cabida superficial—
de cuatrocientos tres metros cuadrados y veinte———
centímetros cuadrados, en lindes por el Norte, en—
veintiocho metros con el solar número cincuenta;——
por el Sur, en veintiocho metros con el solar ————
número cincuenta y dos; por el Este, en catorce———
metros cuarenta centímetros con la Calle "D" y por
el Oeste, en catorce metros cuarenta centímetros——
con los solares número treinta y dos y cuarenta."—

INSCRITO al folio ciento veintiseis (126) del tomo
noventicuatro (94) de Coamo, finca número tres mil
seiscientos veintiuno (3,621), inscripción segunda.

TITULO Y CARGAS: La hubieron por compra según se—
desprende de la escritura pública número seiscien—
tos setentiuno de dieciocho de noviembre de mil———
novecientos setentiuno ante el Notario licenciado—
Pedro D. Aviles Mariani. Está sujeta a primera————
hipoteca por la suma principal de veintinueve mil—
cien dólares ($29,100.00) a favor del Sistema de——

Retiro de los Empleados del Estado Libre Asociado
de Puerto Rico.----------------------------------------
---Se aclara que sobre el solar antes descrito----
el deudor hipotecante tiene construida la estruc-
tura que se describe así:------------------------------
CASA de concreto destinada a vivienda para una--
sola familia.------------------------------------------
DUODECIMO: Los deudores hipotecarios son:-------.--
DON RAMON NOHAT LAYAS y su esposa DOÑA MYRTA ------
COLLAZO HERNANDEZ, mayores de edad, casados entre
sí, propietarios y vecinos de Coamo, Puerto Rico,
y cuya dirección postal es como se deja aquí ex-
presado: P. O. Box 101, Urbanización Vista del Sol, Calle
E número cincuentinue en Coamo, Puerto Rico.-----------
DECIMO TERCERO: El importe del préstamo aquí consignado se--
usó o será usado para fines agrícolas y la construcción y/o
reparación y/o mejoras de las instalaciones físicas en las
fincas descritas.--------------------------------------------
DECIMO CUARTO: El prestatario ocupará personalmente y usará
cualquier estructura que haya sido construida, mejorada o--
comprada con el importe del préstamo aquí garantizado y no---
arrendará o usará para otros fines dicha estructura a menos--
que el Gobierno lo consienta por escrito. La violación de es-
ta cláusula como la violación de cualquiera otro convenio----
o cláusula aquí contenida ocasionará el vencimiento de la obli-
gación como si todo el término hubiese transcurrido y en ap-
titud el Gobierno de declarar vencido y pagadero el préstamo
y proceder a la ejecución de la hipoteca.---------------------



Esta hipoteca se extiende expresamente a toda----
construcción o edificación existente en las fincas
antes descritas y a toda mejora, construcción o---
edificación que se construya en dichas fincas duran
te la vigencia del préstamo hipotecario constituí-
do a favor del Gobierno, verificada por los actua-
les dueños deudores o por sus cesionarios o -----
causahabientes.-------------------------------------

Manifiestan además los comparecientes en esta ---
escritura que por tratarse de un préstamo para --
fines agrícolas han acordado en no distribuir----
la responsabilidad entre las fincas gravadas y---
por lo tanto todas responderán por separado soli-
daria y mancomunadamente de la deuda, principal,-
intereses, costas y demás créditos garantizados--
por esta escritura, todo ello conforme al Artículo
ciento diecinueve de la Ley Hipotecaria, según----
el mismo ha sido enmendado por la Ley número seten
tinueve (79) del veinticinco de junio de mil nove-
cientos sesentinueve.-------------------------------

El deudor hipotecario por la presente renuncia ---
mancomunadamente y solidariamente por sí y a nombre
de sus herederos, causahabientes, sucesores o re--
presentantes a favor del acreedor hipotecario ---
(Administración de Hogares de Agricultores)------
cualquier derecho de Hogar Seguro (Homestead) que
en el presente o en el futuro pudiera tener en la
propiedad descrita en el párrafo undécimo--------
y en los edificios allí enclavados o que en el----
futuro fueran construídos; renuncia ésta permitida
a favor de la Administración de Hogares de Agri----
cultores por la Ley número trece (13) del veinti-

ocho de mayo de mil novecientos sesenta y nueve

(1969) (31 L.P.R.A. 1851).————————————

DECIMO OCTAVO: Los otorgantes impuestos de cuanto precede--

aceptan esta escritura en la forma redactada por hallarla--

conforme a lo convenido y yo, el Notario le hice las adver-

tencias legales pertinentes al otorgamiento.————————

Y LEIDA que fue esta escritura por el notario autorizante--

en alta voz a los otorgantes y leida por ellos en uso del de-

recho que les informé tenian de efectuarlo, la encuentran-

conforme, la aceptan, en su contenido se ratifican y luego-

de fijar sus inicales en todas sus páginas, la firman en la

última, todo ante mi y conmigo el Notario Autorizante, que-

de cuanto se deja consignado en este instrumentos público,-

YO EL NOTARIO DOY FE.————————————————————

(Firmados) Ramón Norat Zayas. Myrta Collazo Her-

nández. (Firmado, signado, sellado y rubricado)

ENRIQUE CORCHADO JUARBE.————————————————

A cr.jutil tiene adheridos y cancelados los corres-
pondientes sillos de renta, internos y la estampilla
notarial del .... .... .... por valor de consti-
.... contar... El margen .... .... .... de
los folios expresan las iniciales de los ot..... tes.

Corresponde bien y fielmente con el contenido de su
'riginal obrante en el protocolo corriente de esta
.otaría mi cargo bajo el número **setesiete** encuader-
nado, año de mil novecientos **setesiete**, del cual-
al cual me remito y para entregar a **Ramón Norta**
**Zayas** para ... expido
esta **primera** copia que firmo, signo, sello y
rubrico en Cosmo, Puerto Rico, hoy día __16__ de
__noviembre__ de mil novecientos __setenta__
__y siete__. De todo lo cual doy fe.

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married,
a resident of Guayama, Puerto Rico. In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of the
original document which I have under my
custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

Inscritos a los

folios: 105 vt, 139 vt y 128

tomos: 102; 116 y 94 de Coamo

fincas 4173; 6006, 3621

inscs - 4ta, 5ta y 3ra

4173- (Libre de cargas.) dice
afecta a hipoteca que por este
Doc. se constituye.

6006- afecta a hipoteca a
favor del Federal Land
Bank of Balt; por $8,600.00
hip. a favor de P.R. Produc-
tion credit association por
$2,000.00 y a la que por este doc.
se constituye.

3621- afecta por su procedencia a condiciones
restrictivas y a servidumbre a
favor de la A.A.A. - G.F.F. a
favor del Municipio de Coamo
y a hipoteca a favor del Sistema de
Retiro de los empleados del E.L.A. de P.R.
por $39,00.00 y a la que por este doc.
se constituye. Bqfas, a 2? ___ 197?

Sin pago

Verificada
2/14/73

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**CLIENT: RAMON NORAT ZAYAS**    **REF: 1521.141**
                                 **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 376, recorded at page 192 overleaf of volume 149 of Coamo, Property Registry of Barranquitas, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Predio de terreno situado en el Barrio Cuyón de la municipalidad de Coamo, Puerto Rico, de una superficie de **122.3205 cuerdas equivalentes a 48 hectáreas; 7 áreas y 89 centiáreas;** que linda al **ESTE,** con terrenos de Fernando Font; al **OESTE,** con los de Monserrat y María Teresa; al **NORTE,** con los de Evelio Santiago; y al **SUR,** con los de los Hermanos Passalacqua.

**TITLE:**

This property is registered in favor of RAMÓN NORAT ZAYAS, single, who acquired this and other properties by adjudication of liquidation of legal partnership, with a value of $250,000.00, pursuant to deed #72, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at overleaf of page 194 of volume 149 of Coamo, property number 376, 9th and last inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.  **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, over this and other properties, in favor of United State of America acting through Farmer Home Administration, in the original principal amount of $31,850.34, with 6.50% annual interests, due on 15 years, constituted by deed #42, executed in Coamo, Puerto Rico, on May 19, 1989, before Arquímedes Gierbolini Notary Public; and clarified by deed #132, executed in Coamo, Puerto Rico, on December 18, 1991 before same Notary, recorded at overleaf of page 192 of volume 149 of Coamo, property number 376, 7th inscription. Conditions.

2.  **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, over this and other properties, in favor of United State of America acting through Farmer Home Administration, in the original principal amount of $62,727.61, with 6.50% annual interests, due on 15 years, constituted by deed #43, executed in Coamo, Puerto Rico, on May 19, 1989, before Arquímedes Gierbolini Notary Public; and clarified by deed #132, executed in Coamo, Puerto Rico, on December 18, 1991 before same Notary, recorded at page 193 of volume 149 of Coamo, property number 376, 8th inscription. Conditions.

3.  **SEIZURE:** In favor of Treasure Department, Income Tax, Certification dated August 4, 1992, presented on September 11, 1992. Annotated on page 194, volume 149 of Coamo, annotation E, against Ramón Norat Zayas y Myrta Collazo, in the amount of $88,832.87.

PAGE #2
PROPERTY #376

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

4. The mortgage for the amount of $31,850.34 and $62,727.61 of 7th and 8th inscriptions is modified as follows: Mortgage for the sum of $31,850.34, this mortgage as of September 17, 1998 had a total balance of $46,573.72, will be for 15 years with an interest of 5% and will be paid in terms of $488.00 on September 1st, 1999 to September 17, 2013; the mortgage for the amount of $62,727.61, this mortgage as of September 17, 1998 had a total balance of $102,273.83, will be for 15 years with an interest of 5% annual, payments will be paid in terms of $9,857.00 starting on September 1st, 1999 and a subsequent years to the total balance, due on September 17, 2013, constituted by deed #73, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at overleaf of page 194 of volume 149 of Coamo, property number 376, 9th inscription.

5. **MORTGAGE:** Constituted by Ramón Norat Zayas, over this and other properties, in favor of United State of America acting through Farmer Home Administration, in the original principal amount of $75,000.00, responding for $32,693.98, with 3.75% annual interests, due on 20 years, constituted by deed #75, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at overleaf of page 194 of volume 149 of Coamo, property number 376, 9th inscription. Conditions

REVIEWED:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to March 19, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

***EAGLE TITLE AND OTHER SERVICES, INC.***

*Authorized signature*

mcr/mv
srd/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on March 19, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 29 day of March of 2019.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 3470.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 29 day of March of 2019.

NOTARY PUBLIC



# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

**CLIENT:** RAMÓN NORAT ZAYAS

**REF:** 1521.141
**BY:** TAIMARY ESCALONA

**PROPERTY NUMBER:** 4,173, recorded at page 10 of volume 160 of Coamo, Registry of the Property of Barranquitas, Puerto Rico.

**DESCRIPTION:** (As it is recorded in the Spanish language)

RUSTICA: Predio de terreno radicado en el Barrio Cuyón del término municipal de Coamo en forma triangular compuesta de **ciento cincuenta cuerdas con veintiséis centésimas de otra (150.26), equivalentes a cincuenta y nueve (59) hectáreas, cinco (5) áreas, y ochenta y dos (82) centiáreas,** y en colindancias por el **NORTE,** con terrenos de Luis Norat; **SUR,** Rafael Díaz y Juan Botas; **ESTE,** con Juan Botas; **OESTE,** con Juan Botas, Luis Norat y Rafael Díaz.

**ORIGIN:**

It is segregated from various properties.

**TITLE:**

This property is registered in favor of RAMÓN NORAT ZAYAS, single, who acquired this and other properties by adjudication of liquidation of legal partnership, with a value of $270,500.00, pursuant to deed #72, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at overleaf of page 13 of volume 160 of Coamo, property number 4,173, 8th and last inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, over this and other properties, in favor of United State of America, in the original principal amount of $70,000.00, with 5% annual interests, due on 40 years, constituted by deed #122, executed in Juana Díaz, Puerto Rico, on November 16, 1977, before Enrique Corchado Juarbe Notary Public, recorded at overleaf of page 105 of volume 162 of Coamo, property number 4,173, 4th inscription.

2.   The mortgage in the amount of $70,000.00 of 4th inscription is modified as follows: The principal amount and the mortgage that guarantees, and redeems starting on May 19, 1989, gave a total debt of $97,075.01 with interests 5% annual which only the amount of $95,775.73 will accrue interest of 5% annual, $1,299.28 are with no capitalized interests and by granting a partial deferral of 2 years, should be paid as follows: During the first 2 years there will be no term payment and will be starting to pay the amount of $7,081.00 on or before January 1st, 1992 and the amount of $7,081.00 on or before each January subsequent, except the final term of the debt, will be on or before the year 2017, constituted by deed #41, executed in Coamo, Puerto Rico, on May 19, 1989, before Arquímedes Gierbolini Notary Public, recorded at overleaf of page 10 of volume 160 of Coamo, property number 4,173, 5th inscription.

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**PAGE #2**
**PROPERTY #4,173**

3. **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, over this and other properties, in favor of United State of America acting through Farmer Home Administration, in the original principal amount of $31,850.34, with 6.50% annual interests, due on 15 years, constituted by deed #42, executed in Coamo, Puerto Rico, on May 19, 1989, before Arquímedes Gierbolini Notary Public; and clarified by deed #132, executed in Coamo, Puerto Rico, on December 18, 1991 before same Notary, recorded at overleaf of page 11 of volume 160 of Coamo, property number 4,173, 6$^{th}$ inscription. **Conditions**

4. **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, over this and other properties, in favor of United State of America acting through Farmer Home Administration, in the original principal amount of $62,727.61, with 6.50% annual interests, due on 15 years, constituted by deed #43, executed in Coamo, Puerto Rico, on May 19, 1989, before Arquímedes Gierbolini Notary Public; and clarified by deed #132, executed in Coamo, Puerto Rico, on December 18, 1991, before same Notary, recorded at page 12 of volume 160 of Coamo, property number 4,173, 7$^{th}$ inscription. Conditions.

5. **SEIZURE:** In favor of the Treasure Department, Income Tax, Certification dated August 4, 1992, presented on August 14, 1992. Annotated on page 13, volume 160 of Coamo, annotation C, against Ramón Norat Zayas y Myrta Collazo, in the amount of $88,832.87, dated August 17, 1992.

6. The mortgage for the amount of $31,850.34; $62,727.61 and $70,000.00 of 6$^{th}$; 7$^{th}$ and 4$^{th}$ inscriptions were modified as follows: The mortgage for the amount of $31,850.34 and $62,727.61 of 7$^{th}$ and 8$^{th}$ inscriptions is modified as follows: Mortgage for the sum of $31,850.34, this mortgage as of September 17, 1998 had a total balance of $46,573.72, will be for 15 years with an interest of 5% and will be paid in terms of $488.00 on September 1$^{st}$, 1999 to September 17, 2013; the mortgage for the amount of $62,727.61, this mortgage as of September 17, 1998 had a total balance of $102,273.83, will be for 15 years with an interest of 5% annual, payments will be paid in terms of $9,857.00 starting on September 1$^{st}$, 1999 and a subsequent years to the total balance, due on September 17, 2013, constituted by deed #73, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at overleaf of page 13 of volume 160 of Coamo, property number 4,173, 8$^{th}$ inscription.

7. **MORTGAGE:** Constituted by Ramón Norat Zayas, over this and other properties, in favor of United State of America acting through Farmer Home Administration, in the original principal amount of $75,000.00, responding for $35,374.90, with 3.75% annual interests, due on 20 years, constituted by deed #75, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at overleaf of page 13 of volume 160 of Coamo, property number 4,173, 8$^{h}$ inscription. Conditions

**PAGE #3**
**PROPERTY #4,173**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to March 19, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*



*EAGLE TITLE AND OTHER SERVICES, INC.*

_____
*Authorized signature*

mcr/mv
srd/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on March 19, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which make part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 29 day of March of 2019.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 3469.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 29 day of March of 2019.





_____
NOTARY PUBLIC

# TITLE SEARCH

**CLIENT: RAMÓN NORAT ZAYAS**          **REF: 1521.141**
                                        **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 6,006, recorded at page 15 of volume 160 of Coamo, Registry of the Property of Barranquitas, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

RUSTICA: Parcela de terreno situada en el Barrio Cuyón del término municipal de Coamo, Puerto Rico, compuesta de **veintiséis cuerdas con sesenta y seis centésimas de otra (26.66)**, equivalentes a diez (10) hectáreas, cuarenta y siete (47) áreas, setenta y tres (73) centiáreas y 80 miliáreas. En lindes por el **NORTE**, con límite jurisdiccional entre Coamo y Aibonito que separa terrenos de Petronila González, después de Librada Gutiérrez y Emilio Esteban, ahora Espiridión Canino; por el **SUR**, a distancia de ochocientos treinta (830) metros con terrenos de Elisa Aurelia Alvarado; **ESTE**, terrenos de la Sucesión de Joaquín García; y por el **OESTE** con camino municipal.

**ORIGIN:**

It is agrupated from property numbers 1,116; 3,613, recorded at pages 63; 135, volumes 51; 116 of Coamo, respectively.

**TITLE:**

This property is registered in favor of RAMÓN NORAT ZAYAS, single, who acquired this and other properties by adjudication of liquidation of legal partnership, with a value of $53,000.00, pursuant to deed #72, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at page 19 of volume 160 of Coamo, property number 6,006, 9TH and last inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, in favor of The Federal Land Bank at Baltimore, in the original principal amount of $8,600.00, with 8 ⅛% annual interests, due on January 1, 2002, constituted by deed #239, executed in Barranquitas, Puerto Rico, on November 20, 1976, before Carlos E. Berríos Rojas Notary Public, recorded at overleaf of page 138 of volume 116 of Coamo, property number 6,006, 3rd inscription.

2.   **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, in favor of Puerto Rico Production Credit Association, in the original principal amount of $2,000.00, with 8% annual interests, due on presentation, constituted by deed #240, executed in Barranquitas, Puerto Rico, on November 20, 1976, before Carlos E. Berríos Rojas Notary Public, recorded at page 139 of volume 116 of Coamo, property number 6,006, 4th inscription.

3.   **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo Hernández, over this and other properties, in favor of United States of America, in the original principal amount of $70,000.00, with 5% annual interests, due on 40 years, constituted by deed #122, executed in Juana Díaz, Puerto Rico, on November 16, 1977, before Enrique Corchado Juarbe Notary Public, recorded at overleaf of page 139 of volume 116 of Coamo, property number 6,006, 5th inscription.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PAGE #2
PROPERTY #6,006

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

4.  The mortgage in the amount of $70,000.00 of 5th inscription is modified as follows:
    The principal amount and the mortgage that guarantees, and redeems starting on May 19, 1989, gave a total debt of $97,075.01 with interests 5% annual which only the amount of $95,775.73 will accrue interest of 5% annual, $1,299.28 are with no capitalized interests and by granting a partial deferral of 2 years, should be paid as follows: During the first 2 years there will be no term payment and will be starting to pay the amount of $7,081.00 on or before January 1st, 1992 and the amount of $7,081.00 on or before each January subsequent, except the final term of the debt, will be on or before the year 2017, constituted by deed #41, executed in Coamo, Puerto Rico, on May 19, 1989, before Arquímedes Gierbolini Notary Public, recorded at page 16 of volume 160 of Coamo, property number 6,006, 6th inscription.

5.  **SEIZURE:** In favor of the Commonwealth of Puerto Rico, Certification dated August 4, 1992, presented on August 14, 1992. Annotated on page 19, volume 160 of Coamo, annotation D, against Ramón Norat Zayas y Myrta Collazo, in the amount of $88,832.87, for Income Tax.

6.  **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, over this and other properties, in favor of United States of America acting through Farmer Home Administration, in the original principal amount of $31,850.34, with 6.50% annual interests, due on 15 years, constituted by deed #42, executed in Coamo, Puerto Rico, on May 19, 1989, before Arquímedes Gierbolini Notary Public; and clarified by deed #132, executed in Coamo, Puerto Rico, on December 18, 1991 before same Notary, recorded at page 17 of volume 160 of Coamo, property number 6,006, 7th inscription.

7.  **MORTGAGE:** Constituted by Ramón Norat Zayas and his wife Myrta L. Collazo, over this and other properties, in favor of United States of America acting through Farmer Home Administration, in the original principal amount of $62,727.61, with 6.50% annual interests, due on 15 years, constituted by deed #43, executed in Coamo, Puerto Rico, on May 19, 1989, before Arquímedes Gierbolini Notary Public, recorded at page 18 of volume 160 of Coamo, property number 6,006, 8th inscription. **Conditions**

8.  The mortgage for the amounts of $31,850.34; $62,727.61 and $70,000.00 of 7th; 8th and 5th inscriptions were modified as follows: Mortgage for the sum of $31,850.34, this mortgage as of September 17, 1998 had a total balance of $46,573.72, which will be for 15 years with an interest of 5% and will be paid in terms of $488.00 on September 1st, 1999 to the last payment which will be on September 17, 2013; the mortgage for the amount of $62,727.61, this mortgage as of September 17, 1998 had a total balance of $102,273.83, will be for 15 years with an interest of 5% annual, payments will be paid in terms of $9,857.00 starting on September 1st, 1999 and a subsequent years to the total balance, due on September 17, 2013; the mortgage for the amount of $70,000.00 redeemed and modified to the sum of $97,075.01, this mortgage as of September 17, 1998 had a total balance of $142,063.39, it will be paid in 15 years with interest of 5% annual with payments of $11,756.08 starting on September 1st, 1999 till the total debt payment due on September 17, 2017, constituted by deed #73, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at page 19 of volume 160 of Coamo, property number 6,006, 9th inscription.


Eagle Title & Other Services, Inc.

**ESTUDIOS DE TITULO**
**SEGUROS DE TITULO**

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #3
PROPERTY #6,006

9.    **MORTGAGE:** Constituted by Ramón Norat Zayas, over this and other properties, in favor of United States of America acting through Farmer Home Administration, in the original principal amount of $75,000.00, responding for $6,931.12, with 3.75% annual interests, due on 20 years, constituted by deed #75, executed in Coamo, Puerto Rico, on September 17, 1998, before Antonio Ortiz Rodríguez Notary Public, recorded at page 19 of volume 160 of Coamo, property number 6,006, 9th and last inscription.

10.   **BITÁCORA:** Al asiento 2019-014674-BA01, el día 12 de febrero de 2019, se presenta Declaración Jurada solicitando cancelación de hipoteca por prescripción, de fecha 31 de enero de 2019, suscrita ante la Notario Lourdes M. Quintero Betancourt, para cancelar la hipoteca por $2,000.00. Pendiente de calificación y despacho.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to March 19, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

                    *EAGLE TITLE AND OTHER SERVICES, INC.*

                    _____
                              *Authorized signature*

mcr/mv
srd/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San
Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above
mentioned.

2. That on March 19, 2019, I examined the books and files
of The Property Registry of Puerto Rico and prepared the
attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in
all its parts the status of the above described
property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are
true.

In Guaynabo, Puerto Rico, this 29 day of March of 2018.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 3471 .

Sworn and subscribed to before me by Elías Díaz Bermúdez of
the aforementioned personal circumstances, whom I
personally know.

In Guaynabo, Puerto Rico, this 29 day of March of 2018.

NOTARY PUBLIC



Nodelo RD-60 (Rev. 1/85)
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD - AFASS
Area de Registro Demográfico

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF HEALTH - HFSA
Area of Demographic Registry

# CERTIFICADO DE ACTA DE DEFUNCION
## Certificate of Death Registration

Certifico que en la Sección de Defunciones del
Registro a mi cargo aparece la siguiente inscripción:

*I certify that in the Section of Deaths of the Registry
under my custody the following death is registered:*

| Libro Núm. 059 | Folio Núm. 00000 | Acta Núm. | Municipio donde ocurrió la defunción: CAGUAS, P.R. |
|---|---|---|---|
| Volume No. | Folio No. | Certificate No. | Municipality where death occurred |

| Fecha de Inscripción: Date of Registration | | | Fecha de defunción: Date of Death | | |
|---|---|---|---|---|---|
| 22 | DICIEMBRE | 2006 | 05 | DICIEMBRE | 2006 |
| día (day) | mes (month) | año (year) | día (day) | mes (month) | año (year) |

| Nombre del Fallecido: Name of Deceased | RAMON NORAT ZAYAS | Sexo (sex): X Varón (male) ☐ Hembra (female) | Edad: Age 60 AÑOS |
|---|---|---|---|

| Estado Civil: Civil Status | ☐ Soltero ☐ Single | ☐ Casado ☐ Married | ☐ Viudo ☐ Widowed | X Divorciado ☐ Divorced | Natural de: NO CONSTA |
|---|---|---|---|---|---|
| | | | | | Estado o País (State or Country) |

Si casado, viudo o divorciado, nombre del cónyuge:     MIRTHA COLLAZO
If married, widowed, divorced, name of spouse:

| Nombre del padre Name of Father | LUIS NORAT | Natural de: NO CONSTA |
|---|---|---|
| | | Birthplace     Estado o País     (State or Country) |

| Nombre de la Madre: MARIA ZAYAS Name of Mother | Natural de: NO CONSTA |
|---|---|
| | Birthplace     Estado o País     (State or Country) |

| Causa de la Muerte: Cause of Death | Médico que Certifica: Attending Physician |
|---|---|

| Si Veterano, Número de Serie: If Veteran Serial Number | Número del Seguro Social: 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 Social Security Number |
|---|---|

## DATOS SOBRE EL SOLICITANTE
### Information on Applicant

| Solicitante: UNITED STATE DEPT. OF AGRICULTURE Applicant | Si veterano, licenciamiento honorable Núm. If veteran, honorable discharge Number |
|---|---|

| Dirección: CALLE FERROCARRIL - PONCE, P.R. Address |
|---|

Si para uso oficial de una Agencia del Gobierno Estatal o Federal:
If for official use of an agency of the Commonwealth of Puerto Rico or Federal Government

| Nombre de la Agencia: DEPT. AGRICULTURE Name of Agency | Dirección: PONCE, P.R. Address |
|---|---|

### ADVERTENCIA
Este certificado no será válido si en el mismo no se ha
estampado el sello oficial del Registro Demográfico
correspondiente. También se requiere la cancelación de
un sello de rentas internas de $2. según exige la ley,
excepto en aquellos casos en que el certificado se ex-
pide para uso exclusivo de un veterano o de una agencia
de gobierno del Estado Libre Asociado de Puerto Rico
o de los Estados Unidos de América. LA MERA POSE-
SION DE ESTE DOCUMENTO NO DEBE CONSTITUIR
BASE PARA IDENTIFICAR AL PORTADOR COMO PA-
RIENTE DE LA PERSONA FALLECIDA A QUIEN CO-
RRESPONDE LA INSCRIPCION.

### *WARNING*
*This certificate is void if the official seal of the cor-
responding Demographic Registry Office has not been
stamped hereon. Also, a $2. internal revenue stamp is
required by law to be cancelled hereon, unless this
certificate is issued for the exclusive use of a veteran
or for the official use of any Agency of the Common-
wealth of Puerto Rico or of the Federal Government of
United States. THE MERE POSSESSION OF THIS
DOCUMENT DOES NOT CONSTITUTE EVIDENCE
FOR IDENTIFYING THE BEARER AS A REL-
ATIVE OF THE DECEASED TO WHOM THE REG-
ISTRATION REFERS.*

ESTE CERTIFICADO NO SERA VALIDO SI EN EL MISMO APARECEN TACHADURAS, BORRADURAS O
ALTERACIONES
*This certificate is void if there are any alterations or erasures on same.*

| Fecha de Expedición: Date of Issue | 24 ABRIL 2007 | Municipio de: Municipality of | PONCE, P.R. | Puerto Rico |
|---|---|---|---|---|

DEPARTAMENTO DE SALUD
REGISTRO DEMOGRAFICO
DISTRITO NUM. 0232
PONCE R.D. PRINCIPAL

Encargado del Registro
Registrar

AMANDA PINTO VEGA
Nombre a maquinilla o letra de molde
Typed name

Firma
Signature   *Amanda Pinto Vega*

NUMBER FORTY

**WAIVER OF INHERITANCE RIGHTS**

In San Juan, Puerto Rico, on February eight (8), two thousand eighteen (2018).

BEFORE ME

RAFAEL E. TORRES SUAREZ, attorney and notary of the Island of Puerto Rico, residing and practicing in San Juan.

APPEARS

THE SOLE PARTY: **LEILA MILAGROS NORAT COLLAZO**, of legal age, married to Juan Alejandro Díaz Robles, employed with a private company, residing in Boynton Beach, State of Florida, in the United States of America.

I DO ATTEST

[Seal]
[Initials]

To personal acquaintance with the party and, through her statements, to my belief of her personal circumstances. She assures me she has, and, in my judgment, she does have the necessary legal capacity for this granting and, therefore, does so freely.

SHE STATES

FIRST: The appearing party, Leila Milagros Norat Collazo is one of the daughters of the decedent Ramón Norat Zayas, who passed away on December five (5), two thousand six (2006), in Caguas, Puerto Rico. She is entitled to an inheritance by intestate succession.

The decedent is survived by other direct descendant heirs.

At the time of the decedent's passing, his marital status was single, as he was divorced.

SECOND: The decedent left one real estate property subject to adjudication and division among his legal heirs.

THIRD: To date, the appearing party has not had in her possession nor received equity in nor any benefit from the property or properties left by the aforementioned decedent. Furthermore, she has not undertaken any action tacitly accepting the inheritance, nor she has made any express acceptance of same.

FOURTH: As it is not in the appearing party's interest to accept said inheritance for undisclosed reasons, she does wish, through this deed, waive all rights to the decedent's inheritance does therefore formally, totally and irrevocably waive her rights to the totality of the inheritance left by the decedent, all assets making up the wealth, and leaves the free disposition of same in favor of other heirs that may have the right to succeed the decedent, Ramón Norat Zayas.

[Seal]
[Initials]

FIFTH: The appearing party acknowledges that this notary has advised her of the consequences and legal ramifications of waiving her inheritance rights related to intestate succession of the wealth left by the decedent. However, it was explained to her that in the event that a last will and testament is found for this decedent, she would have the option to accept or waive her property, rights or actions that the last testament document may assign her.

Furthermore, it was explained to the appearing party that the waiver that has been made, implies her refusal to accept whatsoever she may have inherited and a rejection of the asset that forms part of the wealth of the decedent, ratifying her desire as recorded in this document.

**ACCEPTANCE**

The appearing party, in agreement with all the particulars of this document, does accept same and all parts thereof, as it does reflect her wishes.

I, the notary, DO ATTEST to having made verbally to the appearing party the pertinent legal reservations and warnings.

So stated and granted; the appearing party has read and consented to this document, without requesting the intervention of witnesses, a right of which I did advise her; and I, the Notary, DO ATTEST to all that is affirmed, stated and related in this document.

[Seal]
[Initials]

SIGNED:   **LEILA MILAGROS NORAT COLLAZO**

Signed, stamped, initialed, and sealed: RAFAEL E. TORRES SUÁREZ, Notary Public. The corresponding internal revenue and forensic notary tax seals have been paid on the original; the initials of the appearing party, the seal of the authorizing notary, the signature and sign appear affixed to the margin of each and every page of the original of this deed.

This is a true, exact, literal and complete transfer of the original of this deed, which consists of three (3) pages, and of its contents, filed in my protocol for the year indicated on the first page of this copy under the number stated there. I do attest. And at the request of the interested party, I issue this first certified copy to **LEILA MILAGROS NORAT COLLAZO**, which I do sign, stamp, initial, and seal in San Juan, Puerto Rico, on the same day of its granting.

[Stamps]   [Seal]                              [Signature]
                                               NOTARY PUBLIC

## Statement of Accuracy

I hereby certify that the attached document titled:

**Waiver of Inheritance Rights, number 40**, appearing party Leila Milagros Norat Collazo, granted before the notary Rafael E. Torres Suarez in San Juan, PR, dated February 8, 2018 – 3 Pages

is a true and accurate translation from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English. DATED February 15, 2018.

_____
Thomas L. Bransfield
Certified Court Interpreter
Certified Medical Interpreter

WITNESS my hand and official seal hereto affixed this 15th day of February of 2018.

Signature _____*Rosa Capdevielle*_____

Print Name: Rosa Capdevielle

Notary Public in and for the State of WA          .

My appointment expires: March 15, 2022          .

NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

---------------NÚMERO CUARENTA------------------

----------**REPUDIACION DE HERENCIA**----------

---En San Juan, Puerto Rico a los ocho (8) días--

del mes de septiembre del año dos mil dieciocho--

(2018).------------------------------------------

------------------ANTE MÍ------------------------

---RAFAEL E. TORRES SUAREZ, abogado y notario

de la Isla de Puerto Rico, con residencia y estu-

dio abierto en San Juan.-------------------------

------------------COMPARECE----------------------

---DE UNA SOLA PARTE: **LEILA MILAGROS NORAT**-------

**COLLAZO**, mayor de edad, casada con Juan Alejandro

Díaz Robles, empleada de empresa privada, resi---

dente y domiciliada en Boynton Beach, Estado de--

la Florida, en los Estados Unidos de América.----

--------------------DOY FE-----------------------

--Del conocimiento personal de la compareciente y

por por sus dichos y mi creencia de sus circuns--

tancias personales. Me asegura tener y tiene a---

mi juicio la capacidad legal necesaria para este-

otorgamiento y en su consecuencia libremente:----

--------------------EXPONE-----------------------

---PRIMERO: La compareciente, Leila Milagros-----

Norat Collazo es una de las hijas del causante---

Ramón Norat Zayas, ésta con derecho a heredar a--

título intestada, quien falleció el día cinco (5)

de diciembre del año dos mil seis (2006) en------

Caguas, Puerto Rico.-----------------------------

--Al causante le sobreviven otros herederos en la

línea directa descendente.-----------------------

--Al momento de fallecer el causante, su estado--

civil era de soltero por haberse divorciado.-----

---SEGUNDO: El causante dejó un bien inmueble----

susceptible de adjudicación y división entre sus-

legítimos herederos.-----------------------------

-------------------------------------------------

-------------------------------------------------



---TERCERO: Hasta éste momento, la compareciente
no ha tenido en su poder ni ha recibido partici--
pación o beneficio alguno del bien o bienes------
dejados por el referido causante y en adición no-
ha realizado actuación alguna por virtud de la---
cual haya aceptado tácitamente dicha herencia, ni
ha hecho aceptación expresa de la misma.---------
---CUARTO: No conviniéndole a la compareciente---
aceptar dicha herencia por causas que se reserva,
mediante la presente escritura desea repudiar la-
herencia de su causante y por la presente hace---
repudiación formal, absoluta, irrevocable y sin--
reserva alguna de la totalidad de la herencia----
dejada por el causante, de todos los bienes que--
constituyen el caudal dejando la libre disposi---
ción de los mismos a favor de otros herederos que
pudieren tener derecho a suceder al fenecido,----
Ramón Norat Zayas.-------------------------------
---QUINTO: La compareciente reconoce que éste----
notario le ha advertido de las consecuencias y---
efectos legales de haber repudiado la herencia---
del caudal relicto de su causante a título intes-
tada; Sin embargo, se le ha explicado que de-----
surgir algún documento de última voluntad de su--
causante, ella tendria la decisión de aceptar o--
de repudiar su participación, derechos o acciones
que se le designara en el documento de testa-----
mento.-------------------------------------------
---Se le ha explicado además, a la compareciente-
que la repudiación que han efectuado, implica su-
negativa en aceptar lo que pudiera heredar y un--
rechazo al activo que forma parte del caudal-----
relicto del fenecido, ratificando ésta su deseo--
según se ha consignado en el presente documento.-
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------



2

------------------**ACEPTACIÓN**--------------------

---La compareciente, conforme con todos los------

particulares de este documento lo acepta en todas

sus partes por estar conforme a su voluntad.------

---Yo, el notario, DOY FE de haberle hecho de----

palabras a la compareciente las reservas y-------

advertencias legales pertinentes.-----------------

----Así lo dice y otorga; la compareciente que ha

leído y conciente a este documento y lo firma----

sin solicitar la intervención de testigos de cuyo

derecho les advertí; y YO, el notario DOY FE de--

cuanto más afirmo, refiero o relato en este------

documento.----------------------------------------



----FIRMADO: **LEILA MILAGROS NORAT COLLAZO.**---------

---Firmado, signado, sellado y rubricado: RAFAEL E.
TORRES SUÁREZ, Notario Público. Se ha cancelado el
correspondiente sello de rentas internas y de----
impuesto notarial forense en el original; al margen
de todos y cada uno de los folios de la escritura
original aparecen estampadas las iniciales de la
otorgante, la impresión del sello notarial--
autorizante, la firma, signo y rúbrica.------------

---Es copia fiel, exacta y traslado literal y total
del original de esta escritura que consta de tres
(3)folios y de su contenido obrante en mi protocolo
del año relacionado en el primer folio de esta
copia bajo el número allí expresa doy en Fe de ello
y a parte interesada, libro esta primera copia
rtificada a **LEILA MILAGROS NORAT COLLAZO** que
rmo, signo, sello y rubrico en San Juan, Puerto
co, en la misma fecha de su otorgamiento.--------



NOTARIO PÚBLICO

Sello
07/16/2018
$1.00
Impuesto Notarial
80143-2018-0716-51545133

18-A7783432

Sello
08/03/2018
$0.50
Sello de Rentas Internas
80143-2018-0803-97845094

18-A0036217

3

DEED NUMBER TWENTY-FIVE (25)

WAIVER OF INHERITANCE RIGHTS

In San Juan, Puerto Rico, on December one (1), two thousand eighteen (2018).

BEFORE ME

CARLOS H. RAFFUCCI CARO, attorney and notary public of Commonwealth State of Puerto Rico, with offices located in San Juan and residence in Guaynabo, Puerto Rico.

APPEAR

THE FIRST PARTY: **AMILCAR NORAT COLLAZO**, of legal age, single, contractor and resident of Coamo, Puerto Rico, hereafter called, "AMILCAR."

THE SECOND PARTY: **RICARDO LEONEL NORAT COLLAZO**, of legal age, single, executive, and resident of the city of New York, New York State, United States of America. He is temporarily in the city of San Juan, Puerto Rico, and shall hereafter be referred to as "RICARDO."

I, the Notary, DO ATTEST to having confirmed the identity of both appearing parties as both are known to me; and through their statements, I DO ATTEST to their ages, marital status, personal circumstances and residencies. They assure me they have and, in my judgment, they do have the necessary legal capacity for this granting and, therefore, freely:

THEY STATE

FIRST: AMICAR AND RICARDO, are the sons of the decedent, Mr. Ramón Norat Zayas, who passed away on December five (5), two thousand six (2006), in Caguas, Puerto Rico. According to the recognized order of inheritance in this jurisdiction, they would inherit from their decedent father. The appearing parties

[Seal]
[Initials]

2

state that they are aware that their father passed away intestate.

SECOND: The decedent Ramón Norat Zayas is survived by other possible direct heirs, all children of the decedent. It is clarified that, at the time of the decedent's passing, Mr. Ramón's marital status was single by way of divorce.

THIRD: At the time of his death, Ramón Norat Zayas was owner of a real estate property or farm in the municipality of Coamo and other possible assets and liabilities.

FOURTH: Neither AMILCAR nor RICARDO have had control over their father's properties or assets in any way, nor have they received benefits, equity, or exploited any asset for their own benefit that could form part of their father's estate. Neither has undertaken any action that can be interpreted as a direct or tacit acceptance of the estate or potential inheritance of their father.

FIFTH: It is not in the best interest of AMILCAR or RICARDO to accept their decedent father's inheritance for undisclosed reasons that is not necessary to mention. Therefore, through the granting of this deed, both do make an intelligent, voluntary and free decision to waive the inheritance in question. This action is irrevocable and taken without any reservation. It extends to the totality of the assets and liabilities making up the decedent's estate. They leave or increase their shares or interests in favor of the other heirs, if applicable and without prejudice to the rights of

[Seal]
[Initials]

3

those heirs.

SIXTH: The appearing parties and grantors acknowledge that this Notary has advised them of the consequences and legal ramifications of waiving their inheritance rights and the estate of the testator, and according to the waiver expressed, they shall not benefit in any form from their father's inheritance. AMILCAR and RICARDO ratify and reaffirm their decision.

ACCEPTANCE

The appearing parties state that they are in agreement with this deed, as they find it drafted according to their agreement, and I, the Notary, DO ATTEST to having made to them the pertinent legal reservations and warnings. So, the appearing parties state and grant, after waiving their right, of which I did advise them, to demand the presence of instrumental witnesses. Having read this deed out loud to the appearing parties, by me, the Notary, in their presence, read personally by them, they ratify same and affix their initials to every page of same and sign at the bottom of the last page, before me, the Notary. And to all stated and related in this Public Instrument, I, the Notary, I DO ATTEST.

[Seal]
[Initials]

[Signatures]

[Seal]

## Statement of Accuracy

I hereby certify that the attached document titled:

**Deed Number 25, Waiver of Inheritance Rights**, granted in San Juan, Puerto Rico, December 1, 2018 – 3 pages
Is a true and accurate translation from Spanish into English to the best of my knowledge, ability and
belief. I am trained, experienced and competent to translate from Spanish into English.
DATED March 13, 2019.

Thomas L. Bransfield
Certified Court Interpreter
Certified Medical Interpreter

WITNESS my hand and official seal hereto affixed this 13th day of March of 2019.

Signature _____
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of ____WA_____.
My appointment expires: _____March 15, 2022_____.



NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

---ESCRITURA NÚMERO VEINTICINCO (25) ------------

--------------REPUDIACIÓN DE HERENCIA------------

---En San Juan, Puerto Rico, a uno (1) de diciembre

de dos mil dieciocho (2018). --------------------

--------------------ANTE MÍ----------------------

---CARLOS H. RAFFUCCI CARO, abogado y notario

público en el Estado Libre Asociado de Puerto Rico

con oficinas localizadas en San Juan y residencia

en Guaynabo, Puerto Rico. --------------------

--------------------COMPARECEN--------------------

---DE LA PRIMERA PARTE: **AMILCAR NORAT COLLAZO**,

mayor de edad, soltero, contratista y vecino de

Coamo, Puerto Rico, en adelante, "AMILCAR". -----

---DE LA SEGUNDA PARTE: **RICARDO LEONEL NORAT**

**COLLAZO**, mayor de edad, soltero, ejecutivo y vecino

de la ciudad de New York, estado de Nueva York,

Estados Unidos de Norteamérica, de paso por la

ciudad de San Juan, Puerto Rico, en adelante,

"RICARDO". ---------------------------------------

---Yo, el Notario, DOY FE de haberme asegurado de

la identidad de ambos comparecientes por conocerlos

personalmente; y por sus dichos, DOY FE, de sus

edades, estados civiles, circunstancias personales

y vecindades. Me aseguran tener y a mi juicio

tienen la capacidad legal necesaria para este

otorgamiento, por lo que libremente:-------------

--------------------EXPONEN----------------------

---PRIMERO: AMICAR y RICARDO son hijos del

fallecido, don Ramon Norat Zayas, quien falleció

intestado el cinco (5) de diciembre de dos mil seis

(2006, en Caguas, Puerto Rico, por lo que conforme

el orden sucesoral reconocido en esta jurisdicción

heredarían a su fallecido padre. Los otorgantes



manifiestan que le consta el fallecimiento

intestado de su señor padre. ----------------------

---SEGUNDO: A don Ramón Norat Zayas le sobreviven

otros posibles herederos en línea directa

descendente, todos hijos del fallecido. Se aclara

que, al momento del fallecimiento, el estado civil

de don Ramón era soltero por divorcio. ------------

---TERCERO: A la fecha de su fallecimiento don

Ramón Norat Zayas era dueño de un inmueble o finca

en el municipio de Coamo y de otros posibles activos

y pasivos. -------------------------------------------

---CUATRO: Ni AMILCAR ni RICARDO han estado en

poder de bienes ni activos de clase alguna de su

fallecido padre, ni han recibido beneficios,

participaciones o explotado para su beneficio bien

alguno que pueda formar parte del caudal relicto

de su fallecido padre. Tampoco han incurrido en

acto alguno que pueda interpretarse como una

aceptación directa ni tácita del caudal o potencial

herencia de su padre. ------------------------------

---QUINTO: Ni a AMILCAR ni a RICARDO les conviene

ni beneficia aceptar la herencia de su fallecido

padre por razones que no es necesario hacer

constar, por lo que ambos mediante el otorgamiento

de esta escritura, de manera inteligente,

voluntaria y libre han decidido repudiar la

herencia en cuestión, acción que es irrevocable, y

sin reserva alguna, extendiéndose sobre la

totalidad de los activos y pasivos que puedan

formar parte del caudal del fallecido, quedando o

acreciendo sus participaciones o intereses a favor

los demás herederos, si esto fuese lo que

corresponde y sin perjuicio de los derechos de



éstos. ----------------------------------------------

---SEXTO: Los otorgantes y comparecientes reconocen que el Notario les advirtió de las consecuencias y efectos legales de haber repudiado la herencia y caudal relicto de su causante, y que conforme la repudiación expresada no podrán beneficiarse de modo alguno de la herencia de su padre, ratificando y reafirmando Amilcar y Ricardo su decisión.------

---------------------ACEPTACIÓN--------------------

---Los otorgantes manifiestan su conformidad con esta escritura por encontrarla redactada de acuerdo con lo convenido y pactado, y Yo, el Notario, DOY FE de haberle hecho las reservas y advertencias legales pertinentes. Así lo dicen y otorgan los comparecientes, luego de haber renunciado al derecho que les hice saber tenían de requerir la presencia de testigos instrumentales. Leida en alta voz esta escritura a los comparecientes por mí, el Fedatario, en su presencia, y leída personalmente por ellos, se ratifican en la misma, fijan sus iniciales en todos y cada uno de los folios de la misma, y la firman al final del último, ante mí, el Notario, que de todo lo demás que refiero o relato en este Instrumento Público, Yo, el Notario, DOY FE.-------------------------------------------





**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
**654 Muñoz Rivera Ave.,**
**654 Plaza Bldg. Suite 829,**
**San Juan, PR 00918**


Borrower:  **Norat Zayas, Ramon**                    **Agency Claim No.: 63-026-3915**


*Certification of Indebtedness*

I, Liha Sánchez, of legal age, married, a resident of Mayaguez, Puerto Rico, in my official capacity as Farm Loan Program Support Specialist of the Farm Service Agency (FSA), United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness as of 03/13/2019 is as shown in the following Statement of Account, according to information obtained from all available records at the USDA - Farm Service Agency:


*Statement of Account*

| Loan Number | **43-09** |
|---|---|
| Type of Loan | **Emergency Loan (EM)** |
| Date of Original Loan | **09/17/1998** |
| Original Loan Amount | **$75,000.00** |
| Interest Rate | **3.75%** |
| Daily Interest Accrual | **$7.7055** |
| Principal Balance | **$75,000.00** |
| Unpaid Interest | **$57,449.45** |
| Miscellaneous Charges: | **$165.00** |
| Total Balance | **$132,614.45** |
| Amount Delinquent | **$132,614.45** |
| Years Delinquent | **FULLY MATURE** |

| | |
|---|---|
| Loan Number | **41-10** |
| Type of Loan | **Farm Ownership  (FO)** |
| Date of Original Loan | **11/16/1977** |
| Original Loan Amount | **$70,000.00** |
| Interest Rate | **5.00%** |
| Daily Interest Accrual | **$19.4607** |
| Principal Balance | **$142,063.39** |
| Unpaid Interest | **$145,507.96** |
| Miscellaneous Charges: | **$0.00** |
| Total Balance | **$287,571.35** |
| Amount Delinquent | **$287,571.35** |
| Years Delinquent | **FULLY MATURE** |

| | |
|---|---|
| Loan Number | **44-11** |
| Type of Loan | **Operational Loan (OL)** |
| Date of Original Loan | **01/18/1980** |
| Original Loan Amount | **$17,970.00** |
| Interest Rate | **4.375%** |
| Daily Interest Accrual | **$5.5825** |
| Principal Balance | **$46,573.72** |
| Unpaid Interest | **$36,271.68** |
| Miscellaneous Charges: | **$0.00** |
| Total Balance | **$82,845.40** |
| Amount Delinquent | **$82,845.40** |
| Years Delinquent | **FULLY MATURE** |

| Loan Number | **44-12** |
|---|---|
| Type of Loan | **Operating Loan  (OL)** |
| Date of Original Loan | **08/14/1981** |
| Original Loan Amount | **$44,000.00** |
| Interest Rate | **4.375%** |
| Daily Interest Accrual | **$12.2612** |
| Principal Balance | **$102,293.83** |
| Unpaid Interest | **$96,161.45** |
| Miscellaneous Charges: | **$0.00** |
| Total Balance | **$198,455.28** |
| Amount Delinquent | **$198,455.28** |
| Years Delinquent | **FULLY MATURE** |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.
- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.
- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

Liha Sánchez
FLP Support Specialist
03/13/2019

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) ) | Foreclosure of Mortgage |
| The Estate of RAMON NORAT ZAYAS, composed by his known heirs RAMON L. NORAT COLLAZO, et als. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aníbal Norat Santiago,

Urb. Jardines de Coamo, H-19, Coamo, PR 00769; St. Rd. 704, Km. 3.6, Cuyón Wd., Coamo, PR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No. |
| | ) | Foreclosure of Mortgage |
| The Estate of RAMON NORAT ZAYAS, composed by his known heirs RAMON L. NORAT COLLAZO, et als. | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Carla Norat Díaz,

Urb. Valles del Paraíso, Bo. Los Llanos, Coamo, PR 00769; St. Rd. 704, Km. 3.6, Cuyón Wd., Coam

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_FRANCES RIOS DE MORAN, ESQ._
_CLERK OF COURT_

Date: _____     _____

_Signature of Clerk or Deputy Clerk_

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| The Estate of RAMON NORAT ZAYAS, composed by his known heirs RAMON L. NORAT COLLAZO, et als. | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

Foreclosure of Mortgage

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ramir Norat Díaz,

Urb. Valles del Paraíso, Bo. Los Llanos, Coamo, PR 00769; St. Rd. 704, Km. 3.6, Cuyón Wd., Coam

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| The Estate of RAMON NORAT ZAYAS, composed by his known heirs RAMON L. NORAT COLLAZO, et als. | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

Foreclosure of Mortgage

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ramón A. Norat Santiago,

Urb. Jardines de Coamo, H-19, Coamo, PR 00769; St. Rd. 704, Km. 3.6, Cuyón Wd., Coamo, PR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No. |
| | ) | Foreclosure of Mortgage |
| The Estate of RAMON NORAT ZAYAS, composed by his known heirs RAMON L. NORAT COLLAZO, et als. | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Ramón Luis Norat Collazo,

Urb. Vista del Sol, E-51, Coamo, PR 00769; St. Rd. 704, Km. 3.6, Cuyón Wd., Coamo, P.R. 00769

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_FRANCES RIOS DE MORAN, ESQ._
_CLERK OF COURT_

Date: _____          _____
                                                                                  _Signature of Clerk or Deputy Clerk_

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):     Fortuño, Juan Carlos

USDC-PR Bar Number:     211913

Email Address:     jcfortuno@fortuno-law.com

1.  Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff:     United States Department of Agriculture-Farm Service Agency

    Defendant:     The Estate of RAMON NORAT ZAYAS, et als.

2.  Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3.  Indicate the title and number of related cases (if any).

    N/A

4.  Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5.  Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6.  Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted:

rev. Dec. 2009

[ Print Form ]     [ Reset Form ]

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
United States Department of Agriculture (Farm Service Agency)

**DEFENDANTS**
The Estate of RAMON NORAT ZAYAS, composed by his known heirs
RAMON LUIS NORAT COLLAZO, et als.

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Coamo
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Fortuño & Fortuño Fas, CSP
Juan Carlos Fortuño Fas
PO Box 9300, San Juan, PR 00908 ; (787)751-5290

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. and 28 USC 1345
Brief description of cause:
Foreclosure of Mortgage

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
691,355.44

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE   4-1-2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____